UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Chrisha Creastions, Ltd.

Plaintiff(s)

v

Dkt. No 06 499 S

TL TOYS KY LTD

Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ Chrisha Creations, Ltd. hereby moves that Celeste M. Butera be admitted PRO HAC VICE in the above case as counsel with local counsel identified below

Chrisha Creations, Ltd.
(Plaintiff/Defendant)

By: /s/ Thomas C.Plunkett
Bar ID No: 1662
Address: 91 Friendship Street
Providence, RI 02903

DATED: 11/20/2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s) See Rider Attached, and my eligibility to practice before those courts has not been restricted in any way

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Celeste M. Butera (CMB 5659)

Print Name State Bar ID #

Rivkin, Radler LLP

Firm Name

926 Reckson Plaza

Business Address

Uniondale, NY 11556-0926

516-357-3000 516-357-3333

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Thomas C. Plunkett

Signature of Local Counsel

Thomas C. Plunkett 1662

Print Name R.I. Bar ID #

91 Friendship Street

Providence, RI 02903

Firm and Business Address

Tel. # 401-831-2900 Fax # 401-331-7123

## ORDER

This motion is hereby ______________________________

______________________________

District Judge

Date:

Celeste M. Butera – Date of Admissions for Court

| | |
|---|---|
| State of New York | March 28, 1990 |
| United States District Court – Ninth Circuit | January 2, 2002 |
| United States Court of Appeals – 11th Circuit – | October 20, 1999 |
| United States District Court – Southern District of New York | January 17, 2002 |
| United States District Court Eastern District of New York | July 1, 1992 |
| United States District Court Western District of Michigan | February 27, 1991 |
| United States Court of Appeals for the Federal Circuit | August 24, 2004 |
| United States Court of Appeals for the Second Circuit | December 10, 2004 |
| United States District Court Northern District of New York | January 22, 2004 |