**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CHRISHA CREATIONS, LTD.
Plaintiff

VS.

Civil Action No.:
06-CV-00499S-LDA

TL TOYS HK LTD.
Defendant

**7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, CHRISHA CREATIONS LTD. ("Chrisha") identifies the following as a parent corporation or publicly held corporation that owns 10% or more of its stock:

NONE

Dated: Uniondale, New York
January 8, 2007

RIVKIN RADLER LLP

By: /s/ Celeste M. Butera

Attorneys for Plaintiff
926 Reckson Plaza
Uniondale, New York 11556-0111
(516) 357-3000
e-mail: celeste.butera@rivkin.com

By: /s/ Thomas C. Plunkett

THOMAS C. PLUNKETT #1662
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
e-mail: tplunkett@kprlaw.com