UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.
PLAINTIFF

VS. CIVIL ACTION NO. 06-499S

TL TOYS HK, LTD.
DEFENDANT

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The plaintiff in the above-entitled action pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby makes application to the Clerk for Entry of Default for the plaintiff and against the defendant for failure of said defendant to plead or otherwise defend.

Said failure of defendant to plead or otherwise defend is set forth in the following affidavit.

**AFFIDAVIT**

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is a duly authorized attorney for the plaintiff and has personal knowledge of the facts set forth in this affidavit.

2. That the plaintiff on the 16th day of November, 2006, filed in the action, its complaint against the defendant.

3. That examination of the court files and records in this action shows that the said defendant was duly served with a copy of the summons together with a copy of plaintiff's complaint on January 16, 2007.

4. That more than 20 days have elapsed since service of the summons and complaint; and

5. That the defendant has failed to plead or otherwise defend as to plaintiff's complaint; and

6. That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant for its failure to plead or otherwise defend as to the plaintiff's complaint.

/s/ Thomas C. Plunkett

AFFIANT

Subscribed and sworn to before me this 6th day of March, 2007.

/s/ Charles N. Redihan, Jr.

Notary Public

NOTARY PUBLIC

**ENTRY OF DEFAULT**

It appearing that the defendant(s) in the above action, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

DEFAULT is hereby entered for the plaintiff and against defendant

this day of March, 2007.

CLERK