UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD

v. CA 06-499S

TL TOYS HK, LTD

ORDER

The above-captioned case was filed on November 16, 2006 and default was entered on March 7, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 41.

SO ORDERED:

WSmith

William E. Smith
U.S. District Judge
Date: 3/23/07

ENTERED:

Karen Baldwell
Deputy Clerk