06-147

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. C. A. NO. 06-499S

TL TOYS HK, LTD.

**CORRECTED**
**RESPONSE OF THE PLAINTIFF TO THE SHOW CAUSE ORDER DATED MARCH 23, 2007**

The court issued a show cause order on March 23, 2007 requesting that the plaintiff show cause why the action should not be dismissed without prejudice for lack of prosecution pursuant to Local Rule 41. That rule permits the court to dismiss an action when service is not made and proof of service is not filed within the time prescribed by law. In this action service was made and proof of service was filed within the time prescribed by law. Service was effected on the defendant on January 16, 2007 and the proof of service was filed on January 29, 2007 and was identified as Document No. 10 on the docket report for this matter. Another set of the documents evidencing service are attached to this response. See Exhibit 1. The Clerk entered default on March 7, 2007, pursuant to plaintiff's request for entry of default. Since that time, the plaintiff has been preparing a motion for a default judgment against defendant and has been diligently working to quantify its currently known damages for the motion for default judgment. Plaintiff intends to complete and file its motion for a default judgment against defendant within one week. Accordingly, the plaintiff requests that the court determine that cause has been shown and that the case should not be dismissed.

This is a corrected response to the show cause order. The one previously filed was a draft and should not have been filed.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Dated: April 4, 2007