UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. CIVIL ACTION NO. 06-499S

TL TOYS HK, LTD.

MOTION FOR ALTERNATIVE SERVICE OF NOTICE
OF MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff pursuant to F.R.C.P. 55 and moves for permission to serve the defendant with a copy of its motion for entry of judgment by Federal Express. Plaintiff relies on the attached memorandum.

CHRISHA CREATIONS, LTD.
By its Attorney,

/s/ Thomas C. Plunkett 1662

KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
401-831-2900
401-331-7123
E-MAIL: tplunkett@kprlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. CIVIL ACTION NO. 06- 499S

TL TOYS HK, LTD.

MEMORANDUM IN SUPPORT OF ITS
MOTION FOR ALTERNATIVE SERVICE

Plaintiff is filing concurrently with this motion a motion for entry of judgment. Local Rule Cv 55 states that a motion for entry of default judgment made against a party not represented by counsel shall be accompanied by a certification that notice of the motion was given by regular and certified mail to the defendant and a copy of the return receipt shall be appended to the certification. The defendant is a Hong Kong entity with its office in Hong Kong. Delivery by regular U.S. mail will take a long time. Certified mail can not be used since Hong Kong is in a foreign country. Plaintiff requests permission to use Federal Express since it is a reliable overseas mail delivery system. The plaintiff proposes to send a copy of the motion to the address in Hong Kong at which the defendant was served with the summons and complaint.

Further, the defendant while ignoring the proceedings in this Court improperly filed an action in the United States District Court of New York styled TL Toys HK, LTD. v. Chrisha Creations , LTD., more than one month after it was served in this action, concerning the exact same transactions that are the subject of the within action. TL Toys is represented by counsel in that improperly filed second action and plaintiff also proposes to send a copy of this motion to counsel representing TL Toys in that improper second filed action.[1]

---

[1] Chrisha has filed a motion to dismiss that improperly filed second action, based on the first filed rule . The motion to dismiss is pending and is in the process of being fully briefed.

CHRISHA CREATIONS, LTD.
By its Attorney

________________________________

THOMAS C. PLUNKETT #1662
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
401-831-2900
401-331-7123
e-mail tplunkett@kprlaw.com