UNITED
STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. CIVIL ACTION NO. 06-499S TL TOYS

HK, LTD.

MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff pursuant to F.R.C.P. 55(b) and moves for entry of judgment against the defendant in accordance with the relief requested in the complaint. The defendant was defaulted on March 7, 2007. Plaintiff now seeks judgment. The plaintiff relies on the attached memorandum of law in support and the affidavit of William Machala and exhibits thereto.

CHRISHA CREATIONS, LTD.

By its Attorney,

/s/ Thomas C. Plunkett

Thomas C.
Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN 91
Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123

Dated: April 9, 2007