UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. Civil Action No: 06-CV-00499S-LDA

TL TOYS HK LTD.

CERTIFICATION OF SERVICE

To: Jeffrey S. Mandel, Esq.
DAY PITNEY LLP
7 Times Square
New York, New York 10036

Joseph K. Sculley, Esq.
DAY PITNEY LLP
City Place 1
Hartford, CT 06103-3499

The plaintiff hereby certifies that it sent a copy of the motion for entry of judgment to the defendant at 13/F., Portion A, Peninsula Centre, 67 Mody Road, Tsimshatsui, Kowloon, Hong King by Federal Express and mailed a copy of the motion for entry of judgment to the defendant's attorneys as listed above on this 12th day of April, 2007.

CHRISHA CREATIONS LTD.

By its Attorney,

/s/ Thomas C. Plunkett

Thomas C. Plunkett, Esq. 1662
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
401-831-2900 Tel.
401-331-7123 Fax
E-mail: tplunkett@kprlaw.com