**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| VS. | : | |
| | : | |
| TL TOYS HK, LTD. | : | |
| | : | |
| Defendant. | : | APRIL 25, 2007 |

**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND**
**TO PLAINTIFF'S MOTION FOR DEFAULT**

Pursuant to Fed. R. Civ. P. 6 and 12 and Local Rule 29(b), it is hereby stipulated by the parties that the time in which the Defendant, TL Toys HK Ltd shall have to respond to the Plaintiff's Motion for Default Judgment in this matter shall be extended up through and including May 4, 2007.

PLAINTIFF, CHRISHA CREATIONS, LTD.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (#1662)
*tplunkett@kprlaw.com*
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 (fax)

Its Attorneys

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on April 25, 2007 a copy of foregoing **Stipulation to Extend Time in Which to Respond to Plaintiff's Motion for Default** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)