UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS.

TL TOYS HK LTD.

Civil Action No:
06-CV-00499S-LDA

**ORAL ARGUMENT REQUESTED**

OBJECTION OF PLAINTIFF TO DEFENDANT'S
MOTION TO SET ASIDE DEFAULT

Now comes the plaintiff and objects to the defendant's Motion to Set Aside Default. Plaintiff relies upon the memorandum, exhibits, appendix, and Declaration of Celeste Butera which accompany this objection. Plaintiff requests that the motion to set aside default be denied.

Plaintiff requests oral argument. Initially, plaintiff requests approximately twenty minutes. If testimony is required, additional time will be requested as the Court may allow.

CHRISHA CREATIONS LTD.
By its Attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett, Esq. 1662
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
401-831-2900 Tel.
401-331-7123 Fax
E-mail: tplunkett@kprlaw.com

By: /s/ Celeste M. Butera

Attorneys for Plaintiff
926 Reckson Plaza
Uniondale, New York 11556-0111
(516) 357-3000
e-mail: celeste.butera@rivkin.com

/s/ Jason B. Gurdus

926 Reckson Plaza
Uniondale, New York 11556-0111
(516) 357-3000
e-mail: Jason.gurdus@rivkin.com

/s/ Stephen J. Smirti, Jr.

926 Reckson Plaza
Uniondale, New York 11556-0111
(516) 357-3000
e-mail: stephen.smirti@rivkin.com

To:

Joseph K. Sculley, Esq.
DAY PITNEY LLP
City Place 1
Hartford, CT 06103-3499

I hereby certify I mailed a copy of the within to counsel listed above.

April 30, 2007 /s/ Thomas C. Plunkett