UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | ) | Civil Action No.: 06-0499S |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF** **<u>CELESTE M. BUTERA</u>** |
| TL TOYS HK, LTD. | ) | |
| Defendant. | ) | |

I, Celeste M. Butera, hereby declare the following:

1. I am a member of the firm of Rivkin Radler LLP, one of the attorneys for plaintiff Chrisha Creations, Ltd. ("Chrisha") in the above-captioned action. I respectfully submit this declaration in opposition to defendant's motion to set aside the default entered against defendant TL Toys HK, Ltd. ("TL").

2. On November 16, 2006, Chrisha filed this action in the United States District Court for the District of Rhode Island.

3. After the filing of this action, the parties entered into settlement negotiations in December 2006. At the settlement meeting on December 27, 2006, I provided TL and its counsel with courtesy copies of the summons and complaint in this action and requested that counsel for TL advise me whether counsel would accept service of the summons and complaint.

4. Settlement discussions were unsuccessful and counsel for TL never responded to my request that they accept service of the summons and complaint. As a result, Chrisha properly served TL with the summons and complaint in this action on January 16, 2007.

5. Thereafter, TL commenced an action against Chrisha in the United States District Court for the Southern District of New York. After receiving the lawsuit in the New York

action, I contacted counsel for TL by telephone and requested that TL withdraw the complaint in the New York action or Chrisha would move to dismiss the New York action. I also informed counsel for TL that Chrisha would move forward with default proceedings against TL in this action.

6. On March 6, 2007, Chrisha moved for the entry of a default against TL in this action, which was entered by the Clerk of the Court on March 7, 2007, and on April 9, 2007, Chrisha filed its motion for default judgment against TL.

/s/ Celeste M. Butera
CELESTE M. BUTERA

2034665 v1