# EXHIBIT "A"

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CHRISHA CREATIONS, LTD.

V.

TL TOYS HK, LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-499 S

TO: (Name and address of Defendant)

TL TOYS HK, LTD.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Plunkett, Esq.
KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE December 20, 2006

(By) DEPUTY CLERK

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

PLAINTIFF

CA 06 499S

VS.

CIVIL ACTION NO.

TL TOYS HK, LTD.

DEFENDANT.

COMPLAINT

Plaintiff, CHRISHA CREATIONS, LTD. ("Chrisha"), by and through its attorneys, KIERNAN PLUNKETT & REDIHAN, hereby states its claims for relief against Defendant, TL TOYS HK, LTD. (hereinafter "TL Toys") and alleges as follows:

NATURE AND STATUTORY BASES OF ACTION

1. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201 and 2202, and damages as a result of a breach of contract by TL Toys. Chrisha seeks a declaration that it properly rejected defective goods received from defendant TL Toys under the Uniform Commercial Code, U.C.C. § 2-601, *et. seq.* (R.I. Gen. Laws § 6A-2-601, *et. seq.).* Chrisha seeks a declaration that it is entitled to indemnification from TL Toys

for any claims against Chrisha by third-parties arising out of the delivery and rejection of defective goods from TL Toys. Chrisha also seeks damages as a result of the breach of sales orders by TL Toys.

## PARTIES

2. Chrisha is a corporation formed under the laws of the State of Rhode Island with its principal place of business in Smithfield, Rhode Island.

3. Upon information and belief, TL Toys is a corporation formed under the laws of Hong Kong with its principal place of business in Hong Kong.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the parties are of diverse citizenship and the amount in controversy exclusive of costs and fees is in excess of $75,000.

5. This Court has personal jurisdiction over TL Toys, as TL Toys has transacted and does transact business within the District of Rhode Island, and TL Toys has purposefully directed its conduct toward Chrisha in this District.

6. Venue is proper in the District of Rhode Island under 28 U.S.C. § 1391(a) and (c), as Chrisha resides in this District and TL Toys conducts business in this District.

## GENERAL ALLEGATIONS

7. Chrisha entered into certain contracts with TL Toys for the purchase by Chrisha of certain goods manufactured by TL Toys. Specifically, Chrisha purchased

from TL Toys "rotating inflatable products", product numbers 89004, 88886, 89005, 89011, 88996m and 89004m, and "inflatable Halloween archway tunnels", product number 89017 (collectively referred to as "the TL Toys products").

8. The TL Toys products purchased by Chrisha were to be distributed by Chrisha to its customers. In many cases, the TL Toys products were shipped directly from TL Toys to Chrisha's customers in the United States and Canada.

9. Upon inspection of the TL Toys products received from TL Toys, various defects were discovered and, as a result, such products do not conform to the terms of the contracts entered into between Chrisha and TL Toys.

10. The total number of currently known non-conforming "Rotating inflatable products" is approximately 40,000 pieces and the defects currently known to be contained in the "Rotating inflatable products" include the following: (1) the Rotating module fails to rotate; (2) the Snow circulation tubes do not properly circulate snow and do not function as required; (3) the Center inflatable is not inflating; (4) the support string inside the inflatable is breaking and fails to support the figure upright as necessary; and (5) there are stained and otherwise non-conforming materials that were used in the products.

11. The total number of non-conforming "Halloween Archway Tunnels" is approximately 1,000 pieces and the defects currently known to be contained in the "Halloween Archway Tunnels" include the following: (1) the fan is not up to contract

standards; and (2) the products fail to inflate.

12. The TL Toys products also were not timely delivered by TL Toys as required by the terms of the contracts.

13. As a result of the non-conformity of the TL Toys products, Chrisha rejected the TL Toys products pursuant to the contracts between TL Toys and Chrisha and the Uniform Commercial Code.

14. Chrisha also retained and reserved all of its rights and remedies, including the right to seek all damages available to it under the Uniform Commercial Code and based on any other law or fact.

15. As a result of the non-conformity of the TL Toys products, Chrisha has no obligation to make payment to TL Toys for any of the TL Toys products in accordance with the terms and conditions of the Uniform Commercial Code.

FIRST CLAIM FOR RELIEF

(Proper Rejection Under UCC)

16. Chrisha hereby incorporates Paragraphs 1 through 15 as if fully stated herein.

17. The TL Toys products provided by TL Toys pursuant to the contracts entered into between TL Toys and Chrisha were defective and did not conform to the terms of the contracts.

18. Pursuant to U.C.C. § 2-601 *et. seq.* (R.I. Gen. Laws § 6A-2-601, *et. seq.*), Chrisha properly rejected the TL Toys products as they failed to conform to the contracts.

19. Chrisha's rejection of the TL Toys products was within a reasonable time after their delivery by TL Toys.

20. Chrisha is thus entitled to a judicial declaration that its rejection of the TL Toys products was proper under the Uniform Commercial Code.

SECOND CLAIM FOR RELIEF

(Indemnification of Third-Party Claims)

21. Chrisha hereby incorporates Paragraphs 1 through 20 as if fully stated herein.

22. Chrisha entered into contracts with certain of its customers to supply such customers with rotating inflatable products and inflatable Halloween archway tunnels.

23. As a result of TL Toys' breach of the contracts concerning its sale of the TL Toys products to Chrisha, Chrisha was unable to fulfill its obligations to its customers under its contracts with its customers.

24. TL Toys is responsible for indemnifying Chrisha against any and all third-party claims by Chrisha's customers arising out of TL Toys' breach of its contracts with Chrisha for the TL Toys products, including TL Toys' reimbursement of the purchase price paid by Chrisha' s customers for the TL Toys products and the profit that

Chrisha's customers would have derived from the sale of the TL Toys products.

25. Chrisha is thus entitled to a judicial declaration that TL Toys is responsible for indemnifying Chrisha against any and all third-party claims by Chrisha's customers arising out of TL Toys' breach of its contracts with Chrisha for the TL Toys products.

THIRD CLAIM FOR RELIEF

(Breach of Contract)

26. Chrisha hereby incorporates Paragraphs 1 through 25 as if fully stated herein.

27. As a result of TL Toys' breach of contract, Chrisha was forced to incur various costs, including but not limited to, freight and shipping charges, inspection of the defective products and other costs.

28. The full extent of Chrisha's damages has not yet been ascertained.

29. Chrisha seeks to recover damages against TL Toys for all amounts and costs that Chrisha has sustained or will sustain as a result of the breach of contract by TL Toys.

WHEREFORE, Chrisha requests that this Court enter judgment against TL Toys as follows:

a. On Chrisha's First Claim for Relief, a judicial declaration that its rejection of the TL Toys products was proper under the Uniform

Commercial Code;

b. On Chrisha's Second Claim for Relief, a judicial declaration that TL Toys is responsible for indemnifying Chrisha against any and all third-party claims by Chrisha's customers arising out of TL Toys' breach of its contracts with Chrisha for the TL Toys products;

c. On Chrisha's Third Claim for Relief, damages in an amount to be determined by this Court representing all amounts and costs that were incurred and will be incurred by Chrisha as a result of the breach of contract by TL Toys;

d. Awarding Chrisha its costs in this action; and

e. Awarding Chrisha such other and further relief as this Court deems just and proper.

Thomas C. Plunkett

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
Attorney for Plaintiff
CHRISHA CREATIONS, LTD.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims for relief to which it is entitled to a jury.

Thomas C. Plunkett #1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401) 331-7123
Attorney for Plaintiff
CHRISHA CREATIONS, LTD.

Dated: November 16, 2006