EXHIBIT "B"

cmecf@rid.uscourts.gov
01/29/2007 10:47 AM

To cmecfnef@rid.uscourts.gov
cc
bcc Jason Gurdus/rivkin
Subject Activity in Case 1:06-cv-00499-S-LDA Chrisha Creations, Ltd. v. TL Toys HK, Ltd. "Summons Returned Executed"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Geile, Wendy entered on 1/29/2007 at 10:47 AM EST and filed on 1/29/2007

| | |
|---|---|
| **Case Name:** | Chrisha Creations, Ltd. v. TL Toys HK, Ltd. |
| **Case Number:** | 1:06-cv-499 |
| **Filer:** | Chrisha Creations, Ltd |
| **Document Number:** | 10 |

**Docket Text:**
SUMMONS Returned Executed by Chrisha Creations, Ltd. TL Toys HK, Ltd served on 1/16/2007. (Attachments: # (1) Affidavit of Service)(Geile, Wendy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=1/29/2007] [FileNumber=132537-0]
[65279aa9df0c4543bc780ec52b26d01df52e6ac247281c27253b515abbc3e6d92d1a
123d8af8ccf1a982cdfac796a92654f3ea11ddefb4fdf92e845896ed05e0]]
**Document description:**Affidavit of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=1/29/2007] [FileNumber=132537-1]
[049ef5ea03c0c5648c10ece6008e6ddcff2479cb9851720d67d9b8686abd099a42a7
d6407e746a5422ff19b2064f1980f8bb172f31a5e8b18dba68403bbfe7b1]]

**1:06-cv-499 Notice will be electronically mailed to:**

Celeste M. Butera celeste.butera@rivkin.com

Jason B. Gurdus jason.gurdus@rivkin.com

Thomas C. Plunkett tplunkett@kprlaw.com, info@kprlaw.com

**1:06-cv-499 Notice will be delivered by other means to:**

Stephen J. Smirti , Jr
Rivkin, Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556-0926

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CHRISHA CREATIONS, LTD.

V.

T.L. TOYS HK, LTD.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-499 S

TO: (Name and address of Defendant)

T.L. TOYS HK, LTD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 06

(By) DEPUTY CLERK

Case 1:06-cv-00499-S-LDA Document 10 Filed 01/29/2007 Page 2 of 2

/25

*Holder of Hong Kong Identity Card No. K896741 (5)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE [redacted] |
| NAME OF SERVER *(PRINT)* * POON MING HANG | TITLE [redacted] |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 13/F., Portion A, Peninsula Centre, 67 Mody Road, Tsimshatsui, Kowloon, Hong Kong.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on [redacted]
Date

[signature]
Signature of Server

[redacted]
Address of Server
Central, Hong Kong.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COUT

District of Rhode Island

CHRISHA CREATIONS, LTD.

V.

TL TOYS HK, LTD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-499 S

**AFFIRMATION OF POON MING HANG**

I, Poon Ming Hang, holder of Hong Kong Identity Card No. K896741(5) of 6th Floor, Prince's Building, 10 Chater Road, Central, Hong Kong, clerk to Messrs Wilkinson & Grist, Solicitors for the Plaintiff, do solemnly, sincerely and truly affirm and say as that on Tuesday, 16th January 2007 I served the above-named Defendant TL TOYS HK, LTD. with a sealed copy of the Summons and the Complaint in Civil Case No.06-499 S together with a letter dated 16 January 2007 by delivering to the address of the registered office of the Defendant TL TOYS HK, LTD. at 13/F., Portion A, Peninsula Centre, 67 Mody Road, Tsimshatsui, Kowloon, Hong Kong. There is now produced and shown to me marked "PMH-1" a copy of the Letter and the Summons with the Complaint attached. The Defendant TL TOYS HK, LTD. has acknowledged receipt of the documents by affixing its company chop on the documents.

AFFIRMED at Room 1225, Prince's Building, Central, Hong Kong )
on 23rd day of January 2007. )

Before me,

Notary Public

LAI HIN WING, HENRY
Notary Public, Hong Kong SAR
Room 1225, 12/F., Prince's Building,
10 Chater Road, Central, Hong Kong.

# UNITED STATES DISTRICT COUT

District of Rhode Island

| | |
|---|---|
| CHRISHA CREATIONS, LTD. | **SUMMONS IN A CIVIL CASE** |
| V. | |
| TL TOYS HK, LTD. | |
| | CASE NUMBER: 06-499 S |

**AFFIRMATION OF POON MING HANG**

Filed on January, 2007
at

 1/25

THIS IS THE EXHIBIT MARKED "PMH-1"
REFERRED TO IN THE STATUTORY DECLARATION
OF POON MING HANG DELCARED ON
THE 22nd DAY OF JANUARY, 2007.

Before me,

Notary Public
LAI HIN WING, HENRY
Notary Public, Hong Kong SAR
Room 1225, 12/F, Prince's Building,
10 Chater Road, Central, Hong Kong.

| DATE | EXHIBIT MARKED | DESCRIPTION | NO. OF PAGE(S) |
|---|---|---|---|
| 16/01/2007 | "PMH-1" | a copy of the Letter and the Summons with the Complaint attached | 11 |

W&G

Wilkinson & Grist

SOLICITORS & NOTARIES • AGENTS FOR TRADEMARKS & PATENTS

6th Floor, Prince's Building,
10 Chater Road, Hong Kong.
General Line: (852) 2524 6011
General Fax: (852) 2520 2090
Interchange: DX-009004 Central 1

Direct Line: (852) 2905 4729
Direct Fax : (852) 2840 0692
Direct E-mail: kho@wilgrist.com

高露雲律師行

*Our Ref:* KH:ic:R801L0001
*Your Ref:*

*Date: 16 January 2007*

**BY HAND**

**TL Toys HK Limited**
13/F., Portion A,
Peninsula Centre,
67 Mody Road,
Tsimshatsui,
Kowloon,
Hong Kong

**Attn: Mr. Sun Li, Director**

Dear Sirs,

Re: **Chrisha Creation, Ltd. vs. TL Toys HK Ltd.**
**Summons in a Civil Case – Case No. 06-499 S issued by United States District Court, District of Rhode Island**

We are the Hong Kong solicitors representing Chrisha Creations, Ltd. in the subject matter.

* We enclose by way of service the Summons in Civil Case dated December 20, 2006.

Yours faithfully,

WILKINSON & GRIST

Encl.(*)

16 01 07

3:45.

TL TOYS HK LIMITED

Partners:
L.O. Leung*
Catherine Y.N. Chong*†
Michael W.T. Chan
Anne C.Y. Choi*
Yvonne Chua*
John R. Budge*

Claresa P.Y. Wong†
Keith M.K. Ho*
Andrea S.Y. Fong
Jeffrey H. Lane
Howard H.L. Tsang
Raymond C.K. Chan†

Kenneth W.K. Fok
Esther W.L. Ho
Hannah M.W. Chow
Mena S.M. Lo
Winnie W.N. Chiu
Selene S.L. Ng

Associates:
Evelyn Y.L. Chan
Florence Y.Y. Chan
Janet S. Chan
Lawrence K.M. Chan
Thomas P.H. Chan
Lily Cheung

Loretta W.K. Lau
Rebecca K.P. Lau
Sherrie S.L. Lee
Venus K.P. Lee
Margaret Y.Y. Leung
Paul P.Y. Liu

Thomas C.S. Tsang
Albert T.S. Tsui
Antony C.K. Wong
Cyril C.H. Yeung
Rosalind C.Y. Yung

Consultants:
Peter C. Brown
Grace S.Y. Fung*

* Notary Public
† China-Appointed Attesting