EXHIBIT "C"

COPY

DAY PITNEY LLP
Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK Ltd.

RECEIVED
2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

| | |
|---|---|
| TL TOYS HK, LTD., Plaintiff, v. CHRISHA CREATIONS, LTD., Defendant. | 07 CV 1366 COMPLAINT |

Plaintiff, TL Toys HK, Ltd. ("TL Toys"), by its attorneys Day Pitney LLP, for their Complaint against Chrisha Creations, Ltd. ("Chrisha") in this action allege:

**PARTIES AND JURISDICTION**

1. Plaintiff, TL Toys, is a corporation organized and existing under the laws of Hong Kong.

2. Defendant, Chrisha, is a New York corporation with its principle place of business in Rhode Island.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy, exclusive of costs and fees, exceeds $75,000.

4. This Court has personal jurisdiction over the Defendant.

5. Venue is proper pursuant to 28 U.S.C. § 1391.

## ALLEGATIONS COMMON AS TO ALL COUNTS

6. This is a breach of contract action arising out of Chrisha's receipt of merchandise from TL Toys, and Chrisha's failure to pay.

7. TL Toys shipped the merchandise to several locations as agreed with Chrisha, including to New York.

8. TL Toys performed under the contract by supplying the merchandise ordered by Chrisha.

9. Chrisha accepted the merchandise and failed to timely and/or properly reject the merchandise.

10. Chrisha also agreed to pay to TL Toys upfront costs incurred by TL Toys, including but not limited to product development costs.

11. The upfront costs were designated as debit notes and were payable to TL Toys by Chrisha.

12. Chrisha made payments on some of the merchandise, but then stopped making payments.

13. Chrisha belatedly returned a small portion of the merchandise asserting that the merchandise was non-confirming.

## FIRST CAUSE OF ACTION
(Breach of Contract)

14. TL Toys repeats and re-alleges paragraphs 1 through 13 as if set forth herein.

15. Chrisha agreed to pay TL Toys for upfront costs so that TL Toys could manufacture certain merchandise for Chrisha.

16. The following debit notes were issued:

| INVOICE | AMT DUE | INVOICE | AMT DUE |
|---|---|---|---|
| DN074/2005 | $77.00 | DN006/2006 | $387.10 |
| DN004/2006 | $16,000.00 | DN013/2006 | $14,050.00 |
| DN005/2006 | $11,548.00 | DN014/2006 | $66.00 |

| | | | |
|---|---|---|---|
| DN015/2006 | $2,914.00 | DN033/2006 | $8,000.00 |
| DN024/2006 | $147.50 | DN040/2006 | $90.30 |
| DN025/2006 | $671.00 | DN041/2006 | $180.65 |
| DN026/2006 | $120.00 | DN042/2006 | $220.00 |
| DN027/2006 | $49,250.00 | DN043/2006 | $1,124.54 |
| DN031/2006 | $114.00 | DN044/2006 | $903.23 |
| DN032/2006 | $176.00 | DN050/2006 | $606.40 |

17. Despite demand for payment, Chrisha has failed to pay the remaining balance.

18. An outstanding balance of $106,645.72, plus interest, remains due and owing from Chrisha to TL Toys for the debit notes.

**SECOND CAUSE OF ACTION**
(Breach of Contract)

19. TL Toys repeats and re-alleges paragraphs 1 through 18 as if set forth herein.

20. On or around November 11, 2006, Chrisha filed a Complaint against TL Toys in the United States District Court for the District of Rhode Island (1:06-cv-499-S-LDA), which alleged that a small portion of the merchandise manufactured by TL Toys was allegedly non-conforming (the "Rhode Island Complaint").

21. Chrisha has not properly served TL Toys with the Rhode Island Complaint.

22. The Rhode Island Complaint identifies, and alleges as being non-conforming, TL Toys' product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017.

23. The TL Toys' product numbers identified by Chrisha in the Rhode Island Complaint correspond to Chrisha invoices as follows:

| PRODUCT # | INVOICE | AMT |
|---|---|---|
| 89004 | CHRS6046 | $299,040.00 |
| 88886 | CHRS6031 | $365,844.00 |
| 88886 | CHRS6051 | $26,230.00 |
| 89005 | CHRS6031 | $469,810.00 |
| 89011 | CHRS6029 | $215,000.00 |
| 88996m | CHRS6029 | $215,000.00 |
| 89004m | CHRS6050 | $179,224.00 |
| 89017 | CHRS6027 | $21,945.00 |

24. The total amount of all of the invoices set forth in the Rhode Island Complaint by Chrisha is $1,792,093.00.

25. Chrisha accepted the merchandise identified in the Rhode Island Complaint and/or failed to timely and/or properly reject the merchandise.

26. Despite demand for payment on same, Chrisha has refused to make payment to TL Toys for the merchandise identified by Chrisha in the Rhode Island Complaint.

27. An outstanding balance of $1,792,093.00, plus interest, remains due and owing from Chrisha to TL Toys on product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017.

**THIRD CAUSE OF ACTION**
(Breach of Contract)

28. TL Toys repeats and re-alleges paragraphs 1 through 27 as if set forth herein.

29. TL Toys manufactured merchandise for Chrisha pursuant to the parties' agreement in addition to the merchandise identified by Chrisha in the Rhode Island Complaint..

30. Below are the invoices for all of the merchandise manufactured by TL Toys for Chrisha:

| INVOICE | AMT DUE | INVOICE | AMT DUE | INVOICE | AMT DUE |
|---|---|---|---|---|---|
| CHRS6031 | $1,081,526.30 | CHRS6013 | $86,072.00 | CHRS6032 | $33,631.20 |
| CHRS6017 | $45,948.00 | CHRS6013 | $44,576.00 | CHRS6032 | $34,470.00 |
| CHRS6017 | $25,620.00 | CHRS6013 | $86,240.00 | CHRS6032 | $34,885.20 |
| CHRS6017 | $33,600.00 | CHRS6013 | $60,760.00 | CHRS6032 | $34,470.00 |
| CHRS6025 | $15,945.60 | CHRS6013 | $104,664.00 | CHRS6032 | $33,631.20 |
| CHRS6025 | $9,530.40 | CHRS6032 | $9,342.00 | CHRS6032 | $34,470.00 |
| CHRS6011 | $192,405.40 | CHRS6032 | $44,841.60 | CHRS6032 | $34,470.00 |
| CHRS6011 | $37,093.20 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $41,955.20 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6045 | $4,554.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $6,364.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $5,390.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $1,540.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6029 | $3,710.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,792.80 |
| CHRS6029 | $618.00 | CHRS6032 | $34,470.00 | CHRS6032 | $41,935.20 |
| CHRS6013 | $99,736.00 | CHRS6032 | $34,470.00 | CHRS6032 | $14,947.20 |
| CHRS6013 | $149,184.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $88,256.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $109,592.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $150,920.00 | CHRS6032 | $33,003.60 | CHRS6032 | $34,470.00 |

| | | | | | |
|---|---|---|---|---|---|
| CHRS6032 | $34,662.00 | CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,631.20 | CHRS6032 | $33,588.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,631.20 | CHRS6032 | $33,631.20 | CHRS6013 | $46,088.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $40,897.20 | CHRS6049 | $35,310.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6031 | $92,730.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $18,000.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $19,622.40 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 | CHRS6032 | $34,054.80 |
| CHRS6032 | $34,470.00 | CHRS6032 | $33,847.20 | CHRS6032 | $20,058.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $7,617.60 | CHRS6032 | $19,056.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $3,385.60 | CHRS6032 | $19,586.40 |
| CHRS6032 | $34,470.00 | CHRS6017 | $15,708.00 | CHRS6032 | $19,830.00 |
| CHRS6032 | $43,803.60 | CHRS6032 | $34,470.00 | CHRS6032 | $18,207.60 |
| CHRS6032 | $40,761.60 | CHRS6032 | $34,470.00 | CHRS6029 | $164,491.20 |
| CHRS6029 | $32,076.00 | CHRS6032 | $26,608.80 | CHRS6029 | $120,610.80 |
| CHRS6049 | $27,000.00 | CHRS6032 | $34,470.00 | CHRS6029 | $137,663.60 |
| CHRS6046 | $50,760.00 | CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6031 | $55,110.00 | CHRS6032 | $34,470.00 | CHRS6032 | $38,035.20 |
| CHRS6024 | $57,072.00 | CHRS6032 | $34,470.00 | CHRS6032 | $17,131.20 |
| CHRS6024 | $43,994.00 | CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6024 | $44,848.00 | CHRS6032 | $33,610.80 | CHRS6032 | $18,792.00 |
| CHRS6024 | $16,956.00 | CHRS6032 | $12,456.00 | CHRS6032 | $1,245.60 |
| CHRS6024 | $10,698.00 | CHRS6050 | $71,724.00 | CHRS6032 | $8,926.80 |
| CHRS6024 | $26,996.00 | CHRS6050 | $35,862.00 | CHRS6032 | $1,868.40 |
| CHRS6024 | $16,584.00 | CHRS6046 | $50,760.00 | CHRS6050 | $71,638.00 |
| CHRS6024 | $51,452.00 | CHRS6046 | $50,760.00 | CHRS6029 | $73,132.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6029 | $180,200.60 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6029 | $55,097.20 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6051 | $23,656.20 |
| CHRS6032 | $33,346.80 | CHRS6046 | $50,760.00 | CHRS6008/09 | $70,500.00 |
| CHRS6032 | $35,092.80 | CHRS6046 | $50,760.00 | CHRS6031 | $33,505.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 | CHRS6019 | $27,023.00 |
| CHRS6011 | $22,962.00 | CHRS6046 | $40,797.60 | CHRS6031 | $1,775.00 |
| CHRS6031 | $28,441.20 | CHRS6046 | $40,797.60 | CHRS6004 | $34,720.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $17,011.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $12,760.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $20,398.80 | CHRS6020 | $65,419.20 |
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 | CHRS6020 | $66,178.80 |

31. The total amount of the invoices for merchandise manufactured by TL Toys for Chrisha is $8,145,265.70.

32. An outstanding balance of $8,145,265.70, plus interest, remains due and owing from Chrisha to TL Toys from all of the merchandise manufactured by TL Toys for Chrisha.

33. Despite demand for payment, Chrisha has failed to pay the remaining balance.

34. Accepting as true the allegations in the Rhode Island Complaint, and accepting that Chrisha is not liable for $1,792,093.00 on product numbers 89004, 88886, 89005, 89011, 88996m, 89004m, and 89017, then an outstanding balance of $6,353,172.70, plus interest, remains.

35. Chrisha has accepted merchandise manufactured by TL Toys for Chrisha as confirming, without payment for same, totaling $6,353,172.70, plus interest.

36. Despite demand for payment, Chrisha has failed to pay the remaining balance.

37. An outstanding balance of $6,353,172.70, plus interest, remains due and owing from Chrisha to TL Toys from the merchandise manufactured by TL Toys for Chrisha that is not identified in the Rhode Island Complaint as being non-confirming.

**FOURTH CAUSE OF ACTION**
(Unjust Enrichment)

38. TL Toys repeats and re-alleges paragraphs 1 through 37 as if set forth herein.

39. Chrisha had use and possession of TL Toy's merchandise without making payments to TL Toys.

40. Chrisha was unjustly enriched in an amount equal to the contract price of the merchandise plus interest, plus any other income Chrisha realized or received due to its possession, use and/or sale of TL Toy's products.

41. Accordingly, TL Toys is entitled to judgment against Chrisha in an amount to be determined by the value of the merchandise, the amounts due under the parties' contracts plus any other income that Chrisha received due to the possession and/or sale of the products.

**FIFTH CAUSE OF ACTION**
(Book Account)

42. TL Toys repeats and re-alleges paragraphs 1 through 41 as if set forth herein.

43. The agreements between TL Toys and Chrisha are evidenced by invoices.

44. Chrisha has failed and refused to pay said sum in full, despite due demand, which said amount remains due and owing.

45. TL Toys' invoices were rendered in the regular course of business and Chrisha did not timely object to the amount contained therein.

46. Accordingly, Chrisha is liable to TL Toys for an account stated in the amount of $8,251,911.42 plus interest.

**SIXTH CAUSE OF ACTION**
(Breach of Duty of Good Faith and Fair Dealing)

47. TL Toys repeats and re-alleges paragraphs 1 through 46 as if set forth herein.

48. Chrisha has arbitrarily and unreasonably withheld money due and owing to TL Toys under the parties' agreement.

49. Chrisha's conduct has deprive TL Toys of the benefits of the parties' agreement.

50. Chrisha has acted with bad motive and/or intention in failing to honor the agreement.

51. Chrisha's conduct constituted a breach of the implied covenant of good faith and fair dealing.

WHEREFORE, Plaintiff, TL Toys HK Ltd., seeks judgment against Defendant, Chrisha Creations Ltd., as follows:

(a) Declaring Defendant, Chrisha Creations Ltd., in breach of contract;

(b) Awarding Plaintiff, TL Toys HK Ltd., an amount of $8,251,911.42 plus interest;

(c) Awarding Plaintiff, TL Toys HK Ltd., an amount equal to that which Defendant, Chrisha Creations Ltd., has been unjustly enriched; and

(d) Awarding Plaintiff, TL Toys HK Ltd., such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: [signature]
Jeffrey S. Mandel (JM8435)

DAY PITNEY LLP
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK Ltd.

Dated: 2/21/07

AO 440 (Rev. 5/85) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SUMMONS IN A CIVIL ACTION

TL TOYS HK, LTD.,

Plaintiff,

V.

CHRISHA CREATIONS, LTD.,

Defendant.

CASE NUMBER: 07 CV 1366

JUDGE BATTS

TO: SPIEGEL & UTRERA, P.A. P.C.
45 JOHN STREET
SUITE 711
NEW YORK, NEW YORK, 10038
(registered agent)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Jeffrey S. Mandel, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON
CLERK

FEB 23 2007
DATE

Marcos Quintero
BY DEPUTY CLERK

1503875A01022107

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of Process on: | DATE |
| Name of Server: | TITLE |
| Place of Service: | |

Documents served:

Method of Service:

[ ] Served personally upon the defendant

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Unable to effect service.

Description of Person Receiving Documents:

[ ] Sex _____; Hair Color __________; Age (prox.) ____; Height (prox.) ______;

[ ] Weight (prox.) _______; Skin Color __________, Facial Hair ________.

[ ] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________
*Date*

______________________________
*Signature of Server*

______________________________
*Address of Server*

1503875A01022107

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK JUDGE BATTS

| | | |
|---|---|---|
| TL TOYS HK, LTD., | : | CASE NO. 07 CV 1366 |
| Plaintiff, | : | |
| v. | : | CERTIFICATION PURSUANT TO F.R.C.P. 7.1 |
| CHRISHA CREATIONS, LTD., | : | |
| Defendant. | : | |

Pursuant to F.R.C.P. 7.1, the undersigned counsel to plaintiff TL Toys HK, Ltd., a private non-governmental party, certifies that it has no corporate parent and no publicly held subsidiaries or affiliates.

RECEIVED FEB 2 2 2007 U.S.D.C. S.D. N.Y. CASHIERS

DAY PITNEY LLP

Jeffrey S. Mandel (JM8435)
7 Times Square
New York, New York 10036
(212) 297-5800

Attorneys for Plaintiff
TL Toys HK, Ltd.

Dated: 2/21/07



1503727A01022207