# EXHIBIT "F"

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TL TOYS HK, Ltd.<br><br>Defendant. | Civil Action No.:<br>06-CV-0499 (WES) (LDA)<br><br>**AFFIDAVIT OF WILLIAM MACHALA** |

STATE OF )
: ss
COUNTY OF )

WILLIAM MACHALA, being duly sworn, deposes and says:

1. I am the President of Chrisha Creations, Ltd. ("Chrisha").

2. Chrisha is in the business of selling seasonable toys and seasonal outdoor decorative products including inflatable lawn decorations.

3. Chrisha has been in business for more than eighteen years.

4. During the selling year 2006, Chrisha entered into many contracts with its customers for Chrisha to sell and supply to its retail customers, outdoor inflatable lawn decorations for each of the holidays throughout the 2006 calendar year and for each of the four seasons.

5. Also, during the selling year 2006, Chrisha entered into numerous contracts with TL Toys HK, Ltd. ("TL Toys") pursuant to which TL Toys HK, Ltd. was to manufacture the outdoor inflatable lawn decorations and supply them to Chrisha, by dates specified, so that Chrisha in turn could meet its obligations under its contracts

with its retail customers outlined in paragraph 4 above, to deliver the outdoor inflatable lawn decorations to its customers.

6. TL Toys breached its contracts with Chrisha by delivering defective and non-conforming outdoor inflatable lawn decorations to Chrisha and by failing to timely deliver non-defective and conforming outdoor inflatable lawn decorations.

7. As a result of TL Toys' failure to deliver the non-defective, conforming goods that Chrisha contracted for, Chrisha was unable to fulfill its contractual obligations to its retail customers to timely supply them with non-defective, conforming outdoor inflatable lawn decorations pursuant to each of Chrisha's contracts with its retail customers.

8. As a result of TL Toys' breach of its contracts with Chrisha, Chrisha has suffered damages in the amount of $10,776,835 (Ten Million, Seven Hundred Seventy-Six Thousand, Eight Hundred and Thirty-Five Dollars).

9. These damages are comprised of the following categories: (A) lost profits by Chrisha in 2006; (B) refunds and payment of damages by Chrisha to Chrisha's customers for Chrisha's failure to meet its contractual obligations to its customers pursuant to its contracts; (C) additional freight and shipping charges to ship product to customers due to TL Toys' late shipping of product to Chrisha or failure to ship certain products at all to Chrisha; (D) additional costs and expenses to warehouse the defective products supplied by TL Toys and to transport or return defective products from Chrisha's customers back to Chrisha or to TL Toys; (E) lost business and profits for 2007 due to Chrisha's customers refusing to do business with Chrisha in 2007 due to

Chrisha's failure to meet its contractual obligations to its customers for the 2006 selling season.

10. The damages in categories 9(A)-(D) total $6,471,837.40. Attached as Exhibit A is a Chart detailing the damages suffered by Chrisha by customer in categories 9(A)-(D) above as a result of TL Toys' breach of its contracts with Chrisha. Attached as exhibit B is a listing of those damages suffered by Chrisha in category 9 (D) due to TL Toys' breach of its contracts with Chrisha.

11. The damages in category 9(E) total $4,305,000.00. Attached as exhibit C is a chart detailing by Customer the profits lost by Chrisha in 2007 due to TL Toys' breach of its contracts with Chrisha.

12. Thus, the total damages suffered to date by Chrisha as a result of TL Toys' breach of its contracts with Chrisha total $10,776,835.00. Chrisha believes that its customers may also refuse to do business with it again in 2008 and years following due to TLToys' breach of contract with Chrisha and Chrisha reserves the right to seek those damages in the future, should they be suffered by Chrisha.

Chrisha therefore respectfully requests that the Court award it damages against TL Toys in the amount of $10,776,835 (Ten Million Seven Hundred Seventy Six Thousand Eight Hundred and Thirty Five Dollars).

William Machala

WILLIAM MACHALA

Sworn to before me this
9th day of April, 2007.

Richard W. Lawton
Richard W. Lawton

Notary Public 01/30/2009

2029950 v1

# Exhibit A

$ 6,315,639.31

| amount | customer | reason | quantity | unit | description: | memo | cost | unit | subtotal | total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11 | containers | deconsolidation | email, J Jordan, 06142006 | $ 300.0000 | ea | $ 3,300.00 | |
| | | | 11 | containers | hot stow | email, J Jordan, 06142006 | $ 200.0000 | ea | $ 2,200.00 | |
| | | | 7 | trailers | rush inland | email, J Jordan, 06142006 | $ 4,000.0000 | ea | $ 28,000.00 | |
| $ 31,300.00 | HSN | expedited freight | 11 | containers | dray credit | email, J Jordan, 06142006 | $ (200.0000) | ea | $ (2,200.00) | $ 31,300.00 |
| $ - | Lowe's | late shipment | 9500 | ea | air freight | email Jjordan 07112006 | $ - | ea | $ - | $ - |
| $ 9,002.58 | Brooks | late shipment | 5662 | ea | price reduction | email, Sheana 071106 to SS | $ 1.5900 | ea | $ 9,002.58 | $ 9,002.58 |
| $ 500.00 | AmSales | late shipment | 1 | ea | chargeback | email, Rema 071406 to Sheana | $ 500.0000 | ea | $ 500.00 | $ 500.00 |
| $ 8,460.00 | XMasTree | late shipment | 1880 | ea | price reduction | email, Jjordan to XMasTree 07182006 | $ 4.5000 | ea | $ 8,460.00 | $ 8,460.00 |
| $ 8,100.00 | Toys "R" Us | cancel due to late ship TL 2516 | 6000 | ea | 15757T Motorcyc | email, TL/Christi - 07292006 (TL folder) | $ 1.3500 | ea | $ 8,100.00 | $ 8,100.00 |
| $ 167,369.00 | Dollar Gen | reduced quantity; late ship | 21596 | ea | 68903 Xmas Globe | email from Calvin 07312006 | $ 7.7500 | ea | $ 167,369.00 | $ 167,369.00 |
| $ 303.00 | Burlington | reduced quantity; late ship and cube errors | 20 | ea | 88922B | email from Sheana 07282006; 1:00pm | $ 5.2500 | ea | $ 105.00 | |
| | | | 20 | ea | 88848 | email from Sheana 07282006; 1:00pm | $ 0.9000 | ea | $ 18.00 | |
| | | | 40 | ea | 88897 | email from Sheana 07282006; 1:00pm | $ 4.5000 | ea | $ 180.00 | $ 303.00 |
| $ 14,824.84 | DoItBest | cancel, switch to SHA - lost profit and quantities | 760 | ea | 14249F | | $ 5.1600 | ea | $ 3,921.60 | |
| | | | 1248 | ea | 14630 | | $ 3.1800 | ea | $ 3,968.64 | |
| | | | 400 | ea | 15793 | cancel entirely | $ 8.0000 | ea | $ 3,200.00 | |
| | | | 1420 | ea | 14155 | | $ 2.6300 | ea | $ 3,734.60 | $ 14,824.84 |
| $ 5,616.00 | Zellers | cancel, switch to SHA - lost profit and quantities | 1800 | ea | 16168z | | $ 0.7000 | ea | $ 1,260.00 | |
| | | | 1200 | ea | 12503z | | $ 3.6300 | ea | $ 4,356.00 | $ 5,616.00 |
| $ 6,764.80 | AmSaleCorp | cancel, switch to SHA - lost profit and quantities | 400 | ea | 12493 | | $ 3.13 | ea | $ 1,251.80 | |
| | | | 400 | ea | 12888 | | $ 3.13 | ea | $ 1,252.00 | |
| | | | 400 | ea | 12889 | cancel entirely | $ 3.13 | ea | $ 1,252.00 | |
| | | | 400 | ea | 13886 | | $ 3.36 | ea | $ 1,345.00 | |
| | | | 400 | ea | 88848 | | $ 4.16 | ea | $ 1,664.00 | $ 6,764.80 |
| $ 1,900.00 | USA Drug | cancellation of inflatable order | 400 | ea | 88905 | cancel entirely | $ 4.75 | ea | $ 1,900.00 | $ 1,900.00 |
| $ 3,649.00 | Toys "R" Us | didn't book with TOYSA contract | 1 | ea | freight charge | TOYSA - $4,998 / no contract - $8,647 | $ 3,649.00 | ea | $ 3,649.00 | $ 3,649.00 |
| $ 9,393.06 | Canac | cancel, switch to SHA - lost profit and quantities | 504 | ea | 13910 | cancel entirely | $ 0.9525 | ea | $ 480.06 | |
| | | | 400 | ea | 12541 | cancel entirely | $ 3.3625 | ea | $ 1,345.00 | |
| | | | 400 | ea | 89047 | | $ 5.3000 | ea | $ 2,120.00 | |
| | | | 500 | ea | 14605 | | $ 0.8000 | ea | $ 400.00 | |
| | | | 400 | ea | 89050 | | $ 0.8000 | ea | $ 320.00 | |
| | | | 400 | ea | 11790 | | $ 4.8000 | ea | $ 1,920.00 | |
| | | | 400 | ea | 12331DD | | $ 0.8000 | ea | $ 320.00 | |
| | | | 400 | ea | 14637 | | $ 2.1800 | ea | $ 872.00 | |
| | | | 400 | ea | 14426 | | $ 4.0400 | ea | $ 1,616.00 | $ 9,393.06 |
| $ 13,507.50 | Orchard | switches, cancellations, delayed shipments | 1 | ea | totals | lost profit | $ 13,507.50 | ea | $ 13,507.50 | $ 13,507.50 |
| $ 6,294.00 | Navarro | cancellation of inflatable order | 800 | ea | 88905 | lost profit | $ 4.75 | ea | $ 3,800.00 | |
| | | cancellation of inflatable order | 116 | ea | 88848 | lost profit | $ 6.75 | ea | $ 783.00 | |
| | | cancellation of inflatable order | 116 | ea | 88900 | lost profit | $ 14.75 | ea | $ 1,711.00 | $ 6,294.00 |
| $ 1,400.00 | AmSales | demurrage due to late documents | 1 | ea | chargeback | Bank of NY email (BoNY folder) 080206 | $ 1,400.00 | ea | $ 1,400.00 | $ 1,400.00 |
| $ 12,967.50 | Dollar Gen | cube variance chargeback | 1 | chargeback | freight charge | email Brendan Chan 080206 DG folder | $ 12,967.50 | ea | $ 12,967.50 | $ 12,967.50 |
| $ 6,887.50 | Dollar Gen | cube variance chargeback | 1 | chargeback | freight charge | email Brendan Chan 080206 DG folder | $ 6,887.50 | ea | $ 6,887.50 | $ 6,887.50 |
| $ 6,749.52 | Sodisco | cancel, switch to SHA - lost profit and quantities | 288 | ea | 13870 | cancel entirely | $ 3.55 | ea | $ 1,022.40 | |
| | | | 672 | ea | 14636 | | $ 3.40 | ea | $ 2,284.80 | |
| | | | 504 | ea | 15959DD | | $ 6.83 | ea | $ 3,442.32 | $ 6,749.52 |
| $ 500.00 | Dollar Gen | penalty for late revision to inspection date | 1 | ea | penalty | see Christi's email 8/14 2:13pm | $ 500.00 | ea | $ 500.00 | $ 500.00 |
| $ 18,120.00 | PriceSmart | lost profits - unshipped merch on 2637121 | 752 | ea | 88865 | cancelation 2460 | $ 13.23 | ea | $ 9,945.20 | |
| | | lost profits - unshipped merch on 2637121 | 428 | ea | 16240 | cancelation 2460 | $ 19.10 | ea | $ 8,174.80 | $ 18,120.00 |
| $ 6,120.00 | Wal-Mart Canada | lost profits - unshipped merch on 3750102575 | 1600 | 13962 | cancelation 2422 | never shipped product | $ 3.83 | ea | $ 6,120.00 | $ 6,120.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 26,505.00 | Dollar Gen | cube variance chargeback | 1 | chargeback | freight charge | email Brendan Chan 082306 DC folder | $ 26,505.00 | ea | $ 26,505.00 | $ 26,505.00 |
| $ 1,344.21 | Dollar Gen | light load chargeback | 1 | chargeback | freight charge | email Brendan Chan 080206 DC folder | $ 1,344.21 | ea | $ 1,344.21 | $ 1,344.21 |
| $ 4,350.00 | Mills Fleet | price reduction due to late ship | 800 | ea | 13863R | email from Sheana 08252006 | $ 4.00 | | $ 3,200.00 | |
| | Mills Fleet | price reduction due to late ship | 800 | ea | 14545MF | email from Sheana 08252006 | $ 0.50 | | $ 400.00 | |
| | Mills Fleet | price reduction due to late ship | 600 | ea | 97646 | email from Sheana 08252006 | $ 1.25 | | $ 750.00 | $ 4,350.00 |
| $ 9,527.50 | Mills Fleet | cancellation of inflatable order | 800 | ea | 13863R | email from Sheana 08302006 | $ 2.58 | | $ 2,060.00 | |
| | Mills Fleet | cancellation of inflatable order | 800 | ea | 14545MF | email from Sheana 08302006 | $ 2.58 | | $ 2,060.00 | |
| | Mills Fleet | cancellation of inflatable order | 600 | ea | 97646 | email from Sheana 08302006 | $ 9.01 | | $ 5,407.50 | $ 9,527.50 |
| $ 33,250.00 | Dollar Gen | cube variance chargeback IN2MY8 | 1 | chargeback | freight charge | email Brendan Chan 083106 DC folder | $ 33,250.00 | ea | $ 33,250.00 | $ 33,250.00 |
| $ 52,500.00 | Menards | recall - all Spider Tunnels | 1000 | ea | 89017 | email Jjordan 08312006 JJ folder | $ 52.50 | ea | $ 52,500.00 | $ 52,500.00 |
| $ 430.00 | Home Depot USA | chargeback for cancelled inspection - Kingston | 1 | chargeback | missed inspectior | email from Calvin 09012006 | $ 430.00 | ea | $ 430.00 | $ 430.00 |
| $ 430.00 | Home Depot USA | chargeback for cancelled inspection - Yunyi | 1 | chargeback | missed inspectior | email from Calvin 09012006 | $ 430.00 | ea | $ 430.00 | $ 430.00 |
| $ 10,725.00 | Dollar Gen | late shipment IN2J80 | 1 | chargeback | late shipment | IN2J80, email from B Chan 09072006 | $ 10,725.00 | ea | $ 10,725.00 | $ 10,725.00 |
| $ 500.00 | American Sales | UPC Violation | 1 | chargeback | UPC wrong | "UPC Discrepency" from Skerwin 0912 | $ 500.00 | | $ 500.00 | $ 500.00 |
| $ 1,313.78 | Dollar Gen | light load chargeback IN2J80 | 1 | chargeback | freight charge | email Brendan Chan 091406 DC Folder | $ 1,313.78 | ea | $ 1,313.78 | $ 1,313.78 |
| $ 1,074.41 | Dollar Gen | light load chargeback IN2FYF | 1 | chargeback | freight charge | email Brendan Chan 091406 DC Folder | $ 1,074.41 | ea | $ 1,074.41 | $ 1,074.41 |
| $ 225.00 | Dollar Gen | re-inspection fees: IN2J9Q | 1 | chargeback | inspection | email Brendan Chan 092106 DC Folder | $ 225.00 | ea | $ 225.00 | $ 225.00 |
| $ 225.00 | Dollar Gen | re-inspection fees; IN2J80 | 1 | chargeback | inspection | email Brendan Chan 092106 DC Folder | $ 225.00 | ea | $ 225.00 | $ 225.00 |
| $ 225.00 | Dollar Gen | re-inspection fees: IN2FYF | 1 | chargeback | inspection | email Brendan Chan 092106 DC Folder | $ 225.00 | ea | $ 225.00 | $ 225.00 |
| $ 675.00 | Dollar Gen | re-inspection fees: IN2FK0 | 1 | chargeback | inspection | email Brendan Chan 092106 DC Folder | $ 675.00 | ea | $ 675.00 | $ 675.00 |
| $ 1,541.91 | Dollar Gen | light load chargeback IN2MY8 | 1 | chargeback | freight charge | email Brendan Chan 092806 DC Folder | $ 1,541.91 | ea | $ 1,541.91 | $ 1,541.91 |
| $ 770.00 | Canac | LCL due to short-shipment | 1 | ea | fine | email Sheana 08232006 SK Folder | $ 770.00 | ea | $ 770.00 | $ 770.00 |
| $ 735.06 | Brooks | late shipment | 1 | chargeback | P.O. 4455594 | yables Issues\Chargeback, Fees, and Fines\Bı | $ 735.06 | ea | $ 735.06 | $ 735.06 |
| $ 100.00 | Brooks | non preferred carrier - Purchase Order 5012720 | 1 | chargeback | TTNU9776396 | yables Issues\Chargeback, Fees, and Fines\Bı | $ 100.00 | ea | $ 100.00 | $ 100.00 |
| $ 43,250.00 | Home Depot USA | air ship charges - 173ctn to Southgate | 1 | chargeback | air freight | | $ 43,250.00 | ea | $ 43,250.00 | $ 43,250.00 |
| $ 73,250.00 | Home Depot USA | air ship charges - 501ctn to Newark | 1 | chargeback | air freight | ail 10022006 J Waggoner in Freight Forwarc | $ 73,250.00 | ea | $ 73,250.00 | $ 73,250.00 |
| $ 117,765.88 | Home Depot USA | › charges - 740ctns to Hudd (418ctn 348-144; 322ctn 3 | 1 | chargeback | air freight | | $ 117,765.88 | ea | $ 117,765.88 | $ 117,765.88 |
| $ - | Home Depot USA | air 14ctns to Long Beach | 1 | chargeback | air freight | values zero - may have been paid by TL | | ea | $ - | $ - |
| $ - | Home Depot USA | air 74 cartons to Newark | 1 | chargeback | air freight | values zero - may have been paid by TL | | ea | $ - | $ - |
| $ - | Home Depot USA | air 49 cartons to Seattle | 1 | chargeback | air freight | values zero - may have been paid by TL | | ea | $ - | $ - |
| $ 229.97 | Mills Fleet | opening fees | 1 | chargeback | fees | s\Payables Issues\Chargeback, Fees, and Fin | $ 24.97 | ea | $ 24.97 | |
| | | cancel fees | 1 | chargeback | fees | s\Payables Issues\Chargeback, Fees, and Fin | $ 205.00 | ea | $ 205.00 | $ 229.97 |
| $ 44,246.22 | Menards | Pumpkin Globe with Ghost | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 38.31 | |
| | Menards | Spider Archway | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 52.50 | ea | $ 105.00 | |
| | Menards | Pop-up Ghost | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 41.47 | ea | $ 82.94 | |
| | Menards | Purple/Black Spider | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 12.09 | |
| | Menards | Scary Tree | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 12.09 | |
| | Menards | Green Monster | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 12.09 | |
| | Menards | 12' Tree | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 40.83 | ea | $ 81.66 | |
| | Menards | 96" Ghost Arch | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 27.17 | ea | $ 81.51 | |
| | Menards | 48: Pumpkin Globe | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 76.62 | |
| | Menards | Spider Archway | 9 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 52.50 | ea | $ 472.50 | |
| | Menards | Pumpkin Globe with Ghost | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 76.62 | |
| | Menards | Pop-up Ghost | 15 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 41.47 | ea | $ 622.05 | |
| | Menards | Scary Tree | 9 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 108.81 | |
| | Menards | Green Monster | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 36.27 | |
| | Menards | Airblown Snowman | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 12.09 | |
| | Menards | Airblown Spooky Tree | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 40.83 | ea | $ 122.49 | |
| | Menards | Airblown Ghost Arch | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 27.17 | ea | $ 27.17 | |
| | Menards | Pumpkin Globe with Ghost | 4 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 153.24 | |
| | Menards | Spider Archway | 657 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 52.50 | ea | $ 34,492.50 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Menards | 48" Pumpkin Ghost | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 114.93 | |
| | Menards | Pop-up Ghost | 16 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 663.52 | |
| | Menards | Purple/Black Spider | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 12.09 | |
| | Menards | Scary Tree | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 36.27 | |
| | Menards | Green Monster | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 24.18 | |
| | Menards | 12' Tree | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 40.83 | ea | $ 40.83 | |
| | Menards | 96" Ghost Arch | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 27.17 | ea | $ 54.34 | |
| | Menards | Spider Archway | 15 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 52.50 | ea | $ 787.50 | |
| | Menards | 48" Pumpkin Ghost | 7 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 268.17 | |
| | Menards | Pop-up Ghost | 11 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 456.17 | |
| | Menards | Purple/Black Spider | 5 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 60.45 | |
| | Menards | Scary Tree | 8 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 96.72 | |
| | Menards | Green Monster | 4 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 48.36 | |
| | Menards | 12' Tree | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 40.83 | ea | $ 81.66 | |
| | Menards | 96" Ghost Arch | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 27.17 | ea | $ 54.34 | |
| | Menards | Pop-up Ghost | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 30.96 | ea | $ 30.96 | |
| | Menards | Spider Archway | 9 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 52.50 | ea | $ 472.50 | |
| | Menards | 48" Pumpkin Ghost | 9 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 344.79 | |
| | Menards | Pop-up Ghost | 13 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 539.11 | |
| | Menards | Purple/Black Spider | 12 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 145.08 | |
| | Menards | Scary Tree | 6 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 72.54 | |
| | Menards | Green Monster | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 36.27 | |
| | Menards | Chimney Pop-Up Santa | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 41.47 | |
| | Menards | 4ft Snowglobe Inflatable | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 76.62 | |
| | Menards | Airblown Penguin | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 34.96 | ea | $ 34.96 | |
| | Menards | 12' Tree | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 40.83 | ea | $ 81.66 | |
| | Menards | 96" Ghost Arch | 5 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 27.17 | ea | $ 135.85 | |
| | Menards | 48" Pumpkin Ghost | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 76.62 | |
| | Menards | Pop-up Ghost | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 30.96 | ea | $ 30.96 | |
| | Menards | Spider Archway | 2 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 52.50 | ea | $ 105.00 | |
| | Menards | 48" Pumpkin Ghost | 16 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 612.96 | |
| | Menards | Pop-up Ghost | 26 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 1,078.22 | |
| | Menards | Purple/Black Spider | 26 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 314.34 | |
| | Menards | Scary Tree | 23 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 278.07 | |
| | Menards | Green Monster | 8 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 96.72 | |
| | Menards | shortage - 16ea 89041; 3ea 89043 | 1 | ea | shortage | yables Issues\Chargeback, Fees, and Fines\M $ | 215.94 | ea | $ 215.94 | $ 44,246.22 |
| $ 500.00 | Dollar Gen | inspection penalty | 1 | ea | penalty | see Christi's email, 10/13, 6:09am $ | 500.00 | ea | $ 500.00 | $ 500.00 |
| $ 4,222.82 | Menards | 12' Spooky Tree | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 40.83 | ea | $ 40.83 | |
| | Menards | 96" Ghost Arch | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 27.17 | ea | $ 81.51 | |
| | Menards | 48" Pumpkin Ghost | 6 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 229.86 | |
| | Menards | 6' pop-up ghost from pumpkin | 6 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 30.96 | ea | $ 185.76 | |
| | Menards | Spider Archway | 3 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 52.50 | ea | $ 157.50 | |
| | Menards | 48" Pumpkin Ghost | 21 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 804.51 | |
| | Menards | 96" pop-up ghost | 47 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 41.47 | ea | $ 1,949.09 | |
| | Menards | Purple/Black Spider | 22 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 265.98 | |
| | Menards | Scary Tree | 27 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 326.43 | |
| | Menards | Green Monster | 15 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 12.09 | ea | $ 181.35 | $ 4,222.82 |
| $ 4,725.53 | Menards | 96" Ghost Arch | 4 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 27.17 | ea | $ 108.68 | |
| | Menards | 48" Pumpkin Ghost | 4 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 38.31 | ea | $ 153.24 | |
| | Menards | 6' pop-up ghost from pumpkin | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 30.96 | ea | $ 30.96 | |
| | Menards | Spider Archway | 4 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M $ | 52.50 | ea | $ 210.00 | |