| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Menards | 48" Pumpkin Ghost | 23 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 881.13 | |
| | Menards | 96" pop-up ghost | 66 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 41.47 | ea | $ 2,737.02 | |
| | Menards | Purple/Black Spider | 20 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 241.80 | |
| | Menards | Scary Tree | 17 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 205.53 | |
| | Menards | Green Monster | 13 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 157.17 | $ 4,725.53 |
| $ 4,868.29 | Menards | 12' Spooky Tree | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 40.83 | ea | $ 40.83 | |
| | Menards | 96" Ghost Arch | 16 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 27.17 | ea | $ 434.72 | |
| | Menards | 48" Pumpkin Ghost | 7 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 268.17 | |
| | Menards | 6' pop-up ghost from pumpkin | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 30.96 | ea | $ 30.96 | |
| | Menards | Spider Archway | 0 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ - | ea | $ - | |
| | Menards | 48" Pumpkin Ghost | 24 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 919.44 | |
| | Menards | 96" pop-up ghost | 58 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 41.47 | ea | $ 2,405.26 | |
| | Menards | Purple/Black Spider | 21 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 253.89 | |
| | Menards | Scary Tree | 30 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 362.70 | |
| | Menards | Green Monster | 6 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 12.09 | ea | $ 72.54 | |
| | Menards | 96" Chimney w/ Pop-up Santa | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 41.47 | ea | $ 41.47 | |
| | Menards | 4ft Snowglobe Inflatable | 1 | ea | defective | yables Issues\Chargeback, Fees, and Fines\M | $ 38.31 | ea | $ 38.31 | $ 4,868.29 |
| $ 134,854.00 | Menards | team-trucking costs, rejection costs, reroute costs | 1 | ea | defective | see Kelvin Hardy (Hyundai) email 11132006 | $ 134,854.00 | ea | $ 134,854.00 | $ 134,854.00 |
| $ 46,000.00 | Raley's | Raleys lost profits merchandise not shipped / recalle | 1 | ea | recall/cancelation | see email from C.M. 2/6/2007 | $ 46,000.00 | ea | $ 46,000.00 | $ 46,000.00 |
| $ 2,017,635.80 | Home Depot USA | 88886 - store cost (landed + 25%) | 8305 | ea | recall | see "THD Recap Letter.PDF" 12/5/06 | $ 69.06 | ea | $ 573,543.30 | |
| | Home Depot USA | 89005 - store cost (landed + 25%) | 8562 | ea | recall | see "THD Recap Letter.PDF" 12/5/06 | $ 96.25 | ea | $ 824,092.50 | |
| | Home Depot USA | Home Depot's lost margin | 1 | ea | recall | see "THD Recap Letter.PDF" 12/5/06 | $ 620,000.00 | ea | $ 620,000.00 | $2,017,635.80 |
| $ 175,925.45 | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 437 | ea | rush inland | S Bill for Home Depot Breakout" on deskto | $ 159.28 | ea | $ 69,604.88 | |
| | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 437 | ea | credit | S Bill for Home Depot Breakout" on deskto | $ (30.19) | ea | $ (13,190.92) | |
| | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 253 | ea | rush inland | S Bill for Home Depot Breakout" on deskto | $ 136.22 | ea | $ 34,462.62 | |
| | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 349 | ea | rush inland | S Bill for Home Depot Breakout" on deskto | $ 80.86 | ea | $ 28,218.72 | |
| | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 650 | ea | rush inland | S Bill for Home Depot Breakout" on deskto | $ 107.90 | ea | $ 70,132.60 | |
| | Home Depot USA | UPS Bills for breakout of airfreight due to late ship | 650 | ea | credit | S Bill for Home Depot Breakout" on deskto | $ (20.47) | ea | $ (13,302.45) | $ 175,925.45 |
| $ 100,000.00 | Toys "R" Us | Markdown on 583337, 603845, 615328 | 1 | ea | defective | see "Toys R Us $100K Markdown" on deskto | $ 100,000.00 | ea | $ 100,000.00 | $ 100,000.00 |
| $ 2,650.38 | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 260.16 | ea | $ 260.16 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 471.54 | ea | $ 471.54 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 243.90 | ea | $ 243.90 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 579.94 | ea | $ 579.94 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 281.84 | ea | $ 281.84 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 487.80 | ea | $ 487.80 | |
| | Toys "R" Us | freight cost for inbound costs for product recalled | 1 | chargeback | freight charge | see scan TRU Chargeback.PDF | $ 325.20 | ea | $ 325.20 | $ 2,650.38 |
| $ 983,952.00 | Costco Wholesale | credit for returned goods | 5340 | 89004 | defective | stuck in Canada as of February 07 | $ 81.60 | ea | $ 435,744.00 | |
| | Costco Wholesale | credit for returned goods | 15228 | 89031 | defective | stuck in Canada as of February 07 | $ 36.00 | ea | $ 548,208.00 | $ 983,952.00 |
| $ 248,640.00 | Costco Wholesale | lost profits on above | 5340 | 89004 | defective | lost profits | $ 26.60 | ea | $ 142,044.00 | |
| | Costco Wholesale | lost profits on above | 15228 | 89031 | defective | lost profits | $ 7.00 | ea | $ 106,596.00 | $ 248,640.00 |
| $ 290,100.25 | Home Depot USA | Chrisha's lost profits on defectives | 8305 | 88886 | defective | lost profits | $ 12.25 | ea | $ 101,736.25 | |
| | Home Depot USA | Chrisha's lost profits on defectives | 8562 | 89005 | defective | lost profits | $ 22.00 | ea | $ 188,364.00 | $ 290,100.25 |
| $ 235,492.00 | Toys "R" Us | credit for returned goods 2535 | 4168 | 89049 | defective | returned rotating Christmas Globes | $ 56.50 | ea | $ 235,492.00 | $ 235,492.00 |
| $ 56,268.00 | Toys "R" Us | Chrisha's lost profits on defectives 2535 | 4168 | 89049 | defective | lost profits | $ 13.50 | ea | $ 56,268.00 | $ 56,268.00 |
| $ 692,546.00 | Menards | credit for returned goods | 5000 | 89011 | defective | Rotating Globe | $ 60.98 | ea | $ 304,900.00 | |
| | Menards | credit for returned goods | 5000 | 88996M | defective | Dancing Claus Globes | $ 60.98 | ea | $ 304,900.00 | |
| | Menards | credit for returned goods | 900 | 89004M | defective | 3pc Animated Bear / Snowman | $ 91.94 | ea | $ 82,746.00 | $ 692,546.00 |
| $ 237,046.00 | Menards | lost profits on above | 5000 | 89011 | defective | lost profits | $ 17.98 | ea | $ 89,900.00 | |
| | Menards | lost profits on above | 5000 | 88996M | defective | lost profits | $ 17.98 | ea | $ 89,900.00 | |
| | Menards | lost profits on above | 900 | 89004M | defective | lost profits | $ 36.94 | ea | $ 33,246.00 | |
| | Menards | Archway lost profits | 1000 | 89017 | defective | lost profits | $ 24.00 | ea | $ 24,000.00 | $ 237,046.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 62,917.55 | Menards | ocean freight paid for above defectives - 89011 | 5000 | 2.82cu/ea | freight charge | cost of ocean freight | $ 1.90 | est $/cuft | $ 26,790.00 | |
| | Menards | ocean freight paid for above defectives - 88996M | 5000 | 2.82cu/ea | freight charge | cost of ocean freight | $ 1.90 | est $/cuft | $ 26,790.00 | |
| | Menards | ocean freight paid for above defectives - 89004M | 900 | 2.96cu/ea | freight charge | cost of ocean freight | $ 1.90 | est $/cuft | $ 5,053.05 | |
| | Menards | ocean freight paid for above defectives - 89017 | 1000 | 2.26cu/ea | freight charge | cost of ocean freight | $ 1.90 | est $/cuft | $ 4,284.50 | $ 62,917.55 |
| $ 34,580.00 | Variety | lost profits - Purchase Order 67780 | 400 | 15790 | cancelation 2423 | never shipped product | $ 8.40 | ea | $ 3,360.00 | |
| | Variety | lost profits - Purchase Order 67780 | 400 | 15802 | cancelation 2423 | never shipped product | $ 8.75 | ea | $ 3,500.00 | |
| | Variety | lost profits - Purchase Order 67780 | 400 | 88906 | | shipped | $ - | ea | $ - | |
| | Variety | lost profits - Purchase Order 67780 | 400 | 15795 | cancelation 2423 | never shipped product | $ 7.00 | ea | $ 2,800.00 | |
| | Variety | lost profits - Purchase Order 67780 | 400 | 88899 | cancelation 2423 | never shipped product | $ 7.00 | ea | $ 2,800.00 | |
| | Variety | lost profits - Purchase Order 67785 | 800 | 15790 | cancelation 2423 | never shipped product | $ 8.40 | ea | $ 6,720.00 | |
| | Variety | lost profits - Purchase Order 67785 | 800 | 15802 | cancelation 2423 | never shipped product | $ 8.75 | ea | $ 7,000.00 | |
| | Variety | lost profits - Purchase Order 67785 | 1200 | 88906 | | shipped | $ - | ea | $ | |
| | Variety | lost profits - Purchase Order 67785 | 800 | 15795 | cancelation 2423 | never shipped product | $ 7.00 | ea | $ 5,600.00 | |
| | Variety | lost profits - Purchase Order 67785 | 400 | 88899 | cancelation 2423 | never shipped product | $ 7.00 | ea | $ 2,800.00 | $ 34,580.00 |
| $ 10,416.00 | Dollar Gen | lost profits - Purchase Order IN2FKO | 1488 | 88862 | cancelation 2426 | product not shipped | $ 7.00 | ea | $ 10,416.00 | $ 10,416.00 |
| $ 2,314.00 | Nantucket Dist | lost profits - unshipped merch on 44974 | 356 | 13962W | cancelation 2449 | never shipped product | $ 6.50 | ea | $ 2,314.00 | $ 2,314.00 |
| $ 12,006.00 | Loblaws | lost profits - unshipped merch on 152846 38 | 390 | 88886 | cancelation 2453 | never shipped product | $ 12.00 | ea | $ 4,680.00 | |
| | Loblaws | lost profits - unshipped merch on 152846 38 | 458 | 13507REVL | cancelation 2453 | never shipped product | $ 15.00 | ea | $ 6,870.00 | |
| | Loblaws | lost profits - unshipped merch on 152846 38 | 76 | 16177 | cancelation 2453 | never shipped product | $ 6.00 | ea | $ 456.00 | $ 12,006.00 |
| $ 12,084.00 | Loblaws | lost profits - unshipped merch on 400128 38 | 292 | 88886 | cancelation 2453 | never shipped product | $ 12.00 | ea | $ 3,504.00 | |
| | Loblaws | lost profits - unshipped merch on 400128 38 | 572 | 13507REVL | cancelation 2453 | never shipped product | $ 15.00 | ea | $ 8,580.00 | $ 12,084.00 |
| $ 12,258.00 | Loblaws | lost profits - unshipped merch on 107169 32 | 284 | 88886 | cancelation 2453 | never shipped product | $ 12.00 | ea | $ 3,408.00 | |
| | Loblaws | lost profits - unshipped merch on 107169 32 | 590 | 13507REVL | cancelation 2453 | never shipped product | $ 15.00 | ea | $ 8,850.00 | $ 12,258.00 |
| $ 6,106.50 | Burlington | lost profits - unshipped merch on 6280236 | 390 | 88922B | cancelation 2454 | never shipped product | $ 5.25 | ea | $ 2,047.50 | |
| | Burlington | lost profits - unshipped merch on 6280236 | 410 | 88848 | cancelation 2454 | never shipped product | $ 0.90 | ea | $ 369.00 | |
| | Burlington | lost profits - unshipped merch on 6280236 | 820 | 88897 | cancelation 2454 | never shipped product | $ 4.50 | ea | $ 3,690.00 | $ 6,106.50 |
| $ 13,454.00 | Dollar Gen | lost profits - unshipped merch on IN2J9Q | 1922 | 88862 | cancelation 2462 | never shipped product | $ 7.00 | ea | $ 13,454.00 | $ 13,454.00 |
| $ 6,726.00 | ACO Hardware | lost profits - unshipped merch on 153559 | 708 | 88886 | cancelation 2469 | never shipped product | $ 9.50 | ea | $ 6,726.00 | $ 6,726.00 |
| $ 7,390.50 | Raley's | lost profits - unshipped merch on 101-39555 | 460 | 15927 | cancelation 2439 | never shipped product | $ 6.00 | ea | $ 2,760.00 | |
| | Raley's | lost profits - unshipped merch on 101-39555 | 254 | 15860 | cancelation 2439 | never shipped product | $ 10.75 | ea | $ 2,730.50 | |
| | Raley's | lost profits - unshipped merch on 101-39555 | 304 | 88841 | cancelation 2439 | never shipped product | $ 6.25 | ea | $ 1,900.00 | $ 7,390.50 |
| $ 6,764.00 | Navarro | lost profits - unshipped merch on 250329 | 800 | 88905 | cancellation 2478 | never shipped product | $ 4.25 | ea | $ 3,400.00 | |
| | Navarro | lost profits - unshipped merch on 250329 | 116 | 88848 | cancellation 2478 | never shipped product | $ 14.25 | ea | $ 1,653.00 | |
| | Navarro | lost profits - unshipped merch on 250329 | 116 | 88900 | cancellation 2478 | never shipped product | $ 14.75 | ea | $ 1,711.00 | $ 6,764.00 |
| $ 1,900.00 | USA | lost profits - unshipped merch on 76094 | 400 | 88905 | cancellation 2486 | never shipped product | $ 4.75 | ea | $ 1,900.00 | $ 1,900.00 |
| $ 13,911.00 | HSN | lost profits - unshipped merch on 736670 | 534 | 89034 | short ship 2489 | never shipped product | $ 13.50 | ea | $ 7,209.00 | |
| | HSN | lost profits - unshipped merch on 736670 | 358 | 89035 | short ship 2489 | never shipped product | $ 13.50 | ea | $ 4,833.00 | |
| | HSN | lost profits - unshipped merch on 736670 | 84 | 88838 | short ship 2489 | never shipped product | $ 22.25 | ea | $ 1,869.00 | $ 13,911.00 |
| $ 34,929.50 | True Value | lost profits - unshipped merch on 0513/2006-T 34 | 618 | 15800 | cancelation 2531 | never shipped product | $ 9.75 | ea | $ 6,025.50 | |
| | True Value | lost profits - unshipped merch on 0513/2006-T 34 | 828 | 15805TV | cancelation 2531 | never shipped product | $ 15.00 | ea | $ 12,420.00 | |
| | True Value | lost profits - unshipped merch on 0513/2006-T 34 | 1384 | 88835TV | cancelation 2531 | never shipped product | $ 6.50 | ea | $ 8,996.00 | |
| | True Value | lost profits - unshipped merch on 0513/2006-T 34 | 1152 | 88836TV | cancelation 2531 | never shipped product | $ 6.50 | ea | $ 7,488.00 | $ 34,929.50 |
| $ 9,528.00 | Raley's | lost profits - merch on 101-52000 | 610 | 88886 | 2536 | product will not be paid for by customer | $ 12.00 | ea | $ 7,320.00 | |
| | Raley's | lost profits - unshipped merch on 101-52000 | 552 | 88888 | 2536 | never shipped product | $ 4.00 | ea | $ 2,208.00 | $ 9,528.00 |
| $ 12,347.00 | Raley's | lost profits - unshipped merch on 101-51999 | 1260 | 10458 | cancelation 2537 | never shipped product | $ 1.35 | ea | $ 1,701.00 | |
| | Raley's | lost profits - unshipped merch on 101-51999 | 428 | 88848 | cancelation 2537 | never shipped product | $ 11.50 | ea | $ 4,922.00 | |
| | Raley's | lost profits - unshipped merch on 101-51999 | 126 | 88847 | cancelation 2537 | never shipped product | $ 13.00 | ea | $ 1,638.00 | |
| | Raley's | lost profits - unshipped merch on 101-51999 | 508 | 15795 | cancelation 2537 | never shipped product | $ 4.50 | ea | $ 2,286.00 | |
| | Raley's | lost profits - unshipped merch on 101-51999 | 144 | 14577R | cancelation 2537 | never shipped product | $ 4.50 | ea | $ 648.00 | |
| | Raley's | lost profits - unshipped merch on 101-51999 | 288 | 88888 | cancelation 2537 | never shipped product | $ 4.00 | ea | $ 1,152.00 | $ 12,347.00 |
| $ 6,765.00 | merican Sales Cor | lost profits - cancel order and reissue to Toy Art | 400 | 12493 | :ancel/reissue 249 | ation is expected TL profits vs. rush Toy Art | $ 3.13 | ea | $ 1,252.00 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | American Sales Cor | lost profits - cancel order and reissue to Toy Art | 400 | 12888 | :ancel/reissue 249ation is expected TL profits vs. rush Toy Art | | $ | 3.13 | ea | $ | 1,252.00 | | |
| | | American Sales Cor | lost profits - cancel order and reissue to Toy Art | 400 | 12889 | :ancel/reissue 249ation is expected TL profits vs. rush Toy Art | | $ | 3.13 | ea | $ | 1,252.00 | | |
| | | American Sales Cor | lost profits - cancel order and reissue to Toy Art | 400 | 13886 | :ancel/reissue 249ation is expected TL profits vs. rush Toy Art | | $ | 3.36 | ea | $ | 1,345.00 | | |
| | | American Sales Cor | lost profits - cancel order and reissue to Toy Art | 400 | 88848 | :ancel/reissue 249ation is expected TL profits vs. rush Toy Art | | $ | 4.16 | ea | $ | 1,664.00 | $ | 6,765.00 |
| $ | 11,088.00 | H. Schlemmer | lost profits - cancelation of 7030778 | 660 | 88937HS | cancelation 2542 | never shipped product | $ | 16.80 | ea | $ | 11,088.00 | $ | 11,088.00 |
| $ | 4,200.00 | H. Schlemmer | lost pofits - cancelation of 7030779 | 600 | 15775HS | cancelation 2543 | never shipped product | $ | 7.00 | ea | $ | 4,200.00 | $ | 4,200.00 |
| $ | 33,610.50 | DSI | lost profits - cancelation of DSIXM06-017 | 848 | 88828DSI | cancelation 2545 | never shipped product | $ | 4.50 | ea | $ | 3,816.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 2970 | 88829DSI | cancelation 2545 | never shipped product | $ | 1.40 | ea | $ | 4,158.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 424 | 88830DSI | cancelation 2545 | never shipped product | $ | 6.50 | ea | $ | 2,756.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 462 | 88834DSI | cancelation 2545 | never shipped product | $ | 10.50 | ea | $ | 4,851.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 410 | 88847 | cancelation 2545 | never shipped product | $ | 18.00 | ea | $ | 7,380.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 322 | 88848 | cancelation 2545 | never shipped product | $ | 6.75 | ea | $ | 2,173.50 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 214 | 88886 | cancelation 2545 | never shipped product | $ | 17.00 | ea | $ | 3,638.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 190 | 88900 | cancelation 2545 | never shipped product | $ | 17.00 | ea | $ | 3,230.00 | | |
| | | DSI | lost profits - cancelation of DSIXM06-017 | 268 | 88914 | cancelation 2545 | never shipped product | $ | 6.00 | ea | $ | 1,608.00 | $ | 33,610.50 |

# Exhibit B

Apr 02 07 1

Chrisha Creations, Ltd. ®

Playful Plush

# Memo

**Date:** 4/2/2007

**Re:** TL Toys Charge Backs

---

**Subject:**

| | |
|---|---|
| Mercury Cartage LLC | $118,871.00 |
| TSPM | $8875.32 |
| Costco Trans Chargeback | $8542.66 |
| Re Transportation Inc. | $3810.00 |
| Re Transportation | $4310.00 |
| Mark Holiday | $2000.00 |
| Lucy Kahn | $129.90 cust refund |
| SRS | $9520.85 Monthly/ $1904.17 Dec-March 2007 |
| DHX | $139.40 |

**Corporate Offices:** Showroom 7 Industrial Drive South Smithfield, RI 02917

**New York Showroom:** International Toy Center 1 Chatham Road South 2nd Floor, Suite 206 New York, NY 10010

**Hong Kong Showroom:** 12th Floor Minhang District Tsimshatsui, Kowloon Hong Kong

**Shangha** 1058 Jidi Road Shanghai 201107 China

| | |
|---|---|
| Toys R US | $2650.38 Frt. cost on Quality issue |
| Hudd | $28602.40 |
| Total | $187451.91 |

# Exhibit C

$ 4,305,000.00

| amount | customer | reason | quantity | unit | rebate | memo | cost | unit | subtotal | total |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 300,000.00 | Menards | further rebate for '07 business | 1 | ea | rebate | )06 shipping & qulaity prol | $ 300,000.0000 | ea | $ 300,000.00 | $ 300,000.00 |
| $ 2,100,000.00 | Home Depot | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 10,000,000.0000 | % | $ 2,100,000.00 | $ 2,100,000.00 |
| $ 105,000.00 | Toys "R" Us | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 500,000.0000 | % | $ 105,000.00 | $ 105,000.00 |
| $ 880,000.00 | Dollar General | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 4,000,000.0000 | % | $ 880,000.00 | $ 880,000.00 |
| $ 200,000.00 | HSN | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 1,000,000.0000 | % | $ 200,000.00 | $ 200,000.00 |
| $ 200,000.00 | Menards | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 1,000,000.0000 | % | $ 200,000.00 | $ 200,000.00 |
| $ 80,000.00 | Brooks/Eckerd | lost business / profits 2007 | 1 | year | lost sales | expected volume | $ 400,000.0000 | % | $ 80,000.00 | $ 80,000.00 |
| $ 440,000.00 | Misc Accts | Raleys/Rona/Orchard/Mills/Zellers | 1 | year | lost sales | expected volume | $ 2,200,000.0000 | % | $ 440,000.00 | $ 440,000.00 |