# APPENDIX "4"

# Treaties in Force

# A List of Treaties and Other International Agreements of the United States in Force on January 1, 2004

This publication lists treaties and other international agreements of the United States on record in the Department of State on January 1, 2004 which had not expired by their terms or which had not been denounced by the parties, replaced or superseded by other agreements, or otherwise definitely terminated.

Compiled by the Treaty Affairs Staff,
Office of the Legal Adviser,
Department of State.

# FOREWORD

*Treaties in Force* is published annually by the Department of State for the purpose of providing information on treaties and other international agreements to which the United States has become a party and which are carried on the records of the Department of State as being in force as of January 1 of each year.

The title *Treaties in Force* uses the term treaty in the generic sense as defined in the Vienna Convention on the Law of Treaties, that is, an international agreement "governed by international law, whether embodied in a single instrument or in two or more related instruments and whatever its particular designation." The term "treaty" in its restricted usage in the United States denotes international agreements made by the President with the advice and consent of the Senate in accordance with Article II, section 2 of the Constitution of the United States. In addition to such "treaties," this publication covers international agreements in force for the United States which have been concluded by the Executive (a) pursuant to or in accordance with existing legislation or a prior treaty, (b) subject to congressional approval or implementation, and/or (c) under and in accordance with the President's Constitutional powers.

## *Arrangement*

This publication is arranged in two parts, with an appendix. Part 1 includes bilateral treaties and other international agreements listed by country or other international entity with subject headings under each entry. Arrangements with territorial possessions of a country appear at the end of the entry for that country. In some cases, treaties and international agreements applicable to a territory prior to its independence are included in the entry for that country on the basis of its assumption of treaty obligations upon becoming independent, as noted at the beginning of the entry for that country.

Part 2 lists multilateral treaties and other international agreements to which the United States is a party, arranged by subject with a listing of the parties to that agreement. Information is based on the most recent data available from the government or organization that serves as the depositary for that agreement. Where countries are listed on the basis of their assumption of obligations under treaties and agreements applied to them prior to independence, a reference is included to the note at the beginning of the entry for that country in Part 1 of this publication.

While every effort is made to insure that the multilateral listings in *Treaties in Force* are accurate and up to date, the depositary has the ultimate responsibility for furnishing a current list of parties and information on other matters concerning the status of the agreement.

The appendix contains a consolidated tabulation of documents affecting international copyright relations of the United States. In addition to treaties and agreements listed in Parts 1 and 2 of this publication, the appendix includes proclamations by the United States with respect to copyright relations

## *Status of Treaties and Other Agreements*

*Treaties in Force* includes those treaties and other international agreements entered into by the United States which on January 1 of the specified year had not expired by their own terms, been denounced by the parties or replaced or superseded by other agreements, or otherwise definitely terminated. Certain agreements, particularly those concerned with World War II and the immediate postwar period, which contain continuing provisions or which have not been clearly terminated in their entirety are included even though operations under the agreements may have ceased. The absence of a listing for a particular agreement should not be regarded as a determination that it is not in force. Listings are based largely upon treaties and agreements published in the *Treaties and Other International Acts Series* (TIAS). Entries for these treaties and agreements show a TIAS designator. Other agreements that the Department of State will not publish in TIAS, pursuant to Section 138 of Public Law, 1 U.S.C. 112a, and 22 C.F.R. 181.8, are also listed in *Treaties in Force*. Each of these agreements is designated Not Printed (NP). Certain arrangements are not listed in *Treaties in Force*; these include, for example, project grants and loans made by the Agency for International Development and agreements that are considered as "implementing" other treaties and agreements.

*Supplementary Information*

Information on the current status of treaties and other international agreements is published regularly in the Department of State Dispatch, a monthly publication for sale by the Superintendent of Documents, United States Government Printing Office, Washington, D.C. 20402.

Inquiries concerning agreements a user believes may not have been included in *Treaties in Force* or requests for agreements that are not being printed in TIAS may be made to the Office of Treaty Affairs, Department of State, Washington, D C 20520.

## References

Bevans — Treaties and Other International Agreements of the United States of America 1776–1949, compiled under the direction of Charles I. Bevans.

EAS — Executive Agreement Series, issued singly in pamphlets by the Department of State (until replaced in 1945 by the TIAS).

*Foreign Relations* — Foreign Relations of the United States.

F.R. — Federal Register.

H.Doc. — House Document.

ILM — International Legal Materials.

LNTS — League of Nations Treaty Series.

Miller — Treaties and other International Acts of the United States of America, edited by Hunter Miller.

NP — Not Printed in *Treaties and Other International Acts Series*.

Stat. — United States Statutes at Large.

T.Doc — Senate Treaty Document.

TIAS — Treaties and Other International Acts Series, issued singly in pamphlets by the Department of State.

TS — Treaty Series, issued singly in pamphlets by the Department of State (until replaced in 1945 by the TIAS).

UNTS — United Nations Treaty Series.

UST — United States Treaties and Other International Agreements (volumes published on a calendar-year basis beginning as of January 1, 1950).

## CHILE (Cont'd)

entered into force February 19, 1959; operative from December 31, 1958
10 UST 783; TIAS 4216; 343 UNTS 17

### TRADE

United States–Chile free trade agreement, with annexes and related exchanges of letters. Signed at Miami June 6, 2003; entered into force January 1, 2004.
TIAS

### VISAS

Agreement relating to passport visas for nonimmigrants. Exchange of notes at Santiago August 29, 1950; effective September 1, 1950.
1 UST 719; TIAS 2137; 122 UNTS 43

### WEATHER STATIONS

Agreement relating to a cooperative meteorological observation program in Chile. Exchange of notes at Santiago February 23, June 2 and September 7, 1977; entered into force February 15, 1978; effective January 1, 1977.
29 UST 1969; TIAS 8912.

## CHINA [1]

NOTE:
[1] See also note under CHINA (Taiwan) at end of the bilateral section.

In connection with Hong Kong, the People's Republic of China submitted to the Secretary General of the United Nations a note, dated June 20, 1997, which reads in pertinent part as follows:

"In accordance with the Joint Declaration of the Government of the United Kingdom of Great Britain and North Ireland and the Government of the People's Republic of China on the Question of Hong Kong signed on 19 December 1984 (hereinafter referred to as the Joint Declaration), the People's Republic of China will resume the exercise of sovereignty over Hong Kong with effect from 1 July 1997. Hong Kong will, with effect from that date, become a Special Administrative Region of the People's Republic of China.

It is provided in Section I of Annex 1 to the Joint Declaration, "Elaboration by the Government of the People's Republic of China of its Basic Policies Regarding Hong Kong", and in Articles 12, 13 and 14 of the Basic Law of the Hong Kong Special Administrative Region of the People's Republic of China, which was adopted on 4 April 1990 by the National People's Congress of the People's Republic of China (hereinafter referred to as the Basic law), that the Hong Kong Special Administrative Region will enjoy a high degree of autonomy, except in foreign and defence affairs which are the responsibility of the Central People's Government of the People's Republic of China. Furthermore, it is provided both in Section XI of Annex I to the Joint Declaration and Article 153 of the Basic Law that international agreements to which the People's Republic of China is not a party but which are implemented in Hong Kong may continue to be implemented in the Hong Kong Special Administrative Region.

In this connection, on behalf of the Government of the People's Republic of China, I would like to inform Your Excellency as follows:

I. The treaties listed in Annex I [not printed herein] to this Note, to which the People's Republic of China is a party, will be applied to the Hong Kong Special Administrative Region with effect from 1 July 1997 as they:

(i) are applied to Hong Kong before 1 July 1997; or

(ii) fall within the category of foreign affairs or defence or, owing to their nature and provisions, must apply to the entire territory of a State; or

(iii) are not applied to Hong Kong before 1 July 1997 but with respect to which it has been decided to apply them to the Hong Kong Special Administrative Region with effect from that date (denoted by an asterisk in Annex I.)

II. The treaties listed in Annex II [not printed herein] to this Note, to which the People's Republic of China is not yet a party and which apply to Hong Kong before 1 July 1997, will continue to apply to the Hong Kong Special Administrative Region with effect from 1 July 1997.

The provisions of the International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights as applied to Hong Kong shall remain in force beginning from 1 July 1997. ...

III. The Government of the People's Republic of China has already carried out separately the formalities required for the application of the treaties listed in the aforesaid Annexes, including all the related amendments, protocols, reservations and declarations, to the Hong Kong Special Administrative Region with effect from 1 July 1997.

IV. With respect to any other treaty not listed in the Annexes to this Note, to which the People's Republic of China is or will become a party, in the event that it is decided to apply such treaty to the Hong Kong Special Administrative Region, the Government of the People's Republic of China will carry out separately the formalities for such application. For the avoidance of doubt, no separate formalities will need to be carried out by the Government of the People's Republic of China with respect to treaties which fall within the category of foreign affairs or defence or which, owing to their nature and provisions, must apply to the entire territory of a State."

In connection with Macao, the People's Republic of China submitted to the Secretary General of the United Nations a note, dated December 13, 1999, which reads in pertinent part as follows:

"In accordance with the Joint Declaration of the Government of the People's Republic of China and the Government of the Republic of Portugal on the Question of Macao signed on 13 April 1987 (hereinafter referred to as the Joint Declaration), the Government of the People's Republic of China will resume the exercise of sovereignty over Macao with effect from 20 December 1999. Macao will, from that date, become a Special Administrative Region of the People's Republic of China.

It is provided in Section I of Elaboration by the Government of the People's Republic of China of its Basic Policies Regarding Macao, which is Annex I to the Joint Declaration, and in Article 12, 13 and 14 of the Basic Law of the Macao Special Administrative Region of the People's Republic of China (hereinafter referred to as the Basic Law), which was adopted by the National People's Congress of the People's Republic of China on 31 March 1993, that the Macao Special Administrative Region will enjoy a high degree of autonomy, except in foreign and defence affairs which are the responsibilities of the Central People's Government of the People's Republic of China. Furthermore, it is provided both in Section VIII of Annex I to the Joint Declaration and Article 138 of the Basic Law that international agreements to which the People's Republic of China is not yet a party but which are implemented in Macao may continue to be implemented in the Macao Special Administrative Region.

In this connection, on behalf of the Government of the People's Republic of China, I have the honour to inform your Excellency that:

I. The Treaties listed in Annex I [not printed herein] to this Note, to which the People's Republic of China is a Party, will be applied to the Macao Special Administrative Region with effect from 20 December 1999 so long as they are one of the following categories:

(i) Treaties that apply to Macao before 20 December 1999;

(ii) Treaties that must apply to the entire territory of a state as they concern foreign affairs or defence or their nature or provisions so require.

II. The Treaties listed in Annex II [not printed herein] to this Note, to which the People's Republic of China is not yet a Party and

## CHINA [1] (Cont'd)

which apply to Macao before 20 December 1999, will continue to apply to the Macao Special Administrative Region with effect from 20 December 1999.

III. The Government of the People's Republic of China has notified the treaty depositories concerned of the application of the treaties including their amendments and protocols as lised in the aforesaid Annexes as well as reservations and declarations made thereto by the Chinese Government to the Macao Special Administrative Region with effect from 20 December 1999.

IV. With respect to other treaties that are not listed in the Annexes to this Note, to which the People's Republic of China is or will become a Party, the Government of the People's Republic of China will go through separately the necessary formalities for their application to the Macao Special Administrative Region if it is so decided."

Listings and annotations in "Part 2: Multilateral Treaties and Other Agreements", to the effect that Hong Kong and Macao are parties to treaties or other agreements, are based on the above notes, annexes and notifications from depositaries.

### ATOMIC ENERGY

Agreement for cooperation concerning peaceful uses of nuclear energy, with annexes and agreed minute. Signed at Washington July 23, 1985; entered into force December 30, 1985.
TIAS 12027.

Agreement on cooperation concerning peaceful uses of nuclear technologies, with annex. Signed at Beijing June 29, 1998; entered into force June 29, 1998.
TIAS

### AVIATION

Agreement relating to civil air transport, with annexes and exchanges of letters. Signed at Washington September 17, 1980; entered into force September 17, 1980.
33 UST 4559; TIAS 10326.

Amendments:
February 10, 1992 (TIAS 12448)
February 16 and March 27, 1996
April 8, 1999.

Agreement concerning the airworthiness certification of imported civil aeronautical products. Exchange of notes at Beijing October 8 and 14, 1991; entered into force October 14, 1991.
TIAS 12437

### CLAIMS

Agreement concerning the settlement of claims. Signed at Beijing May 11, 1979; entered into force May 11, 1979.
30 UST 1957; TIAS 9306; 1153 UNTS 289.

Amendment:
September 28, 1979 (31 UST 5596; TIAS 9675).

Memorandum of understanding concerning settlement of claims relating to deaths, injuries or losses suffered by Chinese personnel as a result of the U.S. bombing of the Chinese Embassy in the Federal Republic of Yugoslavia, with annex. Signed at Beijing July 30, 1999; entered into force July 30, 1999.
TIAS

### CONSULS

Agreement on the mutual establishment of consular relations and the opening of consulates general, with annex. Signed at Washington January 31, 1979; entered into force January 31, 1979.
30 UST 17; TIAS 9177.

Consular convention, with exchange of notes. Signed at Washington September 17, 1980; entered into force February 19, 1982.
33 UST 2973; TIAS 10209; 1529 UNTS 199.

Agreement modifying the consular convention of September 17, 1980. Exchange of notes at Beijing January 17, 1981; entered into force February 19, 1982.
33 UST 3048; TIAS 10209.

Agreement concerning the establishment of additional consulates general. Exchange of notes at Washington September 17, 1980; entered into force September 17, 1980.
TIAS 12007.

Agreement concerning the establishment of additional consulates general, with annex and related letter. Exchange of notes at Beijing June 16, 1981; entered into force June 16, 1981.
TIAS 12007

Agreement concerning the enlargement of existing consular districts. Exchange of notes at June 16, 1981; entered into force June 16, 1981.
TIAS

Agreement regarding the maintenance of the U.S. consulate general in the Hong Kong Special Administrative Region. Signed at Beijing March 25, 1997; entered into force July 1, 1997.
TIAS

### COPYRIGHT (See APPENDIX)

### CUSTOMS

Agreement regarding mutual assistance in customs matters. Signed at Washington April 9, 1999; entered into force April 10, 2003.
TIAS

### EDUCATION

Agreement for cooperation in educational exchanges. Signed at Beijing March 28, 2000; entered into force March 28, 2000.
TIAS

### EMBASSY SITES

Agreement concerning the mutual provision of properties for use of the two countries, with appendices. Signed at Beijing March 23, 1991; entered into force April 22, 1991.
TIAS

Memorandum of understanding concerning the provision of properties in Washington, D.C., Beijing, and Guangzhou. Signed at Beijing November 1, 2000; entered into force November 1, 2000.
TIAS

### ENVIRONMENTAL COOPERATION

Agreement for cooperation in the Global Learning and Observations to Benefit the Environment (GLOBE) Program, with appendices. Signed at Beijing October 18, 1995; entered into force October 18, 1995.
TIAS 12698.

### FINANCE

Agreement relating to investment guaranties, with related notes and statement. Exchange of notes at Beijing October 30, 1980; entered into force October 30, 1980.
32 UST 4010; TIAS 9924; 1267 UNTS 315.

### FISHERIES

Agreement concerning fisheries off the coasts of the United States, with annexes and agreed minutes. Signed at Washington July 23, 1985; entered into force November 19, 1985.
TIAS 12002; 1443 UNTS 151.

Amendments and extensions:
March 14 and 22, 1990 (TIAS 11893).
May 12 and July 6, 1992 (TIAS 11907).

# CHINA [1] (Cont'd)

Memorandum of understanding on effective cooperation and implementation of United Nations General Assembly Resolution 46/215 of December 20, 1991. Signed at Washington December 3, 1993; entered into force December 3, 1993.
TIAS

Extension:
August 30 and December 31, 2001.

## INDUSTRIAL AND TECHNOLOGICAL COOPERATION

Accord on industrial and technological cooperation. Signed at Washington January 12, 1984; entered into force January 12, 1984.
35 UST 4233; TIAS 10920.

## INTELLECTUAL PROPERTY

Memorandum of understanding on the protection of intellectual property. Signed at Washington January 17, 1992; entered into force January 17, 1992.
TIAS 12036.

## JUDICIAL ASSISTANCE

Agreement on mutual legal assistance in criminal matters. Signed at Beijing June 19, 2000; entered into force March 8, 2001.
TIAS

## LABOR

Memorandum of understanding on prohibiting import and export trade in prison labor products. Signed at Washington August 7, 1992; entered into force August 7, 1992.
TIAS

Statement of cooperation on the implementation of the memorandum of understanding on prohibiting import and export trade in prison labor products. Signed at Beijing March 14, 1994; entered into force March 14, 1994.
TIAS

## MARITIME MATTERS

Agreement concerning maritime search and rescue cooperation. Signed at Washington January 20, 1987; entered into force January 20, 1987.
TIAS 12013

Agreement on establishing a consultation mechanism to strengthen military maritime safety. Signed at Beijing January 19, 1998; entered into force January 19, 1998.
TIAS

## PEACE CORPS

Agreement concerning the United States volunteer program in China. Signed at Beijing June 29, 1998; entered into force June 29, 1998.
TIAS

## POSTAL MATTERS

Memorandum of understanding concerning the operation of the INTELPOST field trial, with details of implementation. Signed at Beijing and Washington January 17 and February 5, 1987; entered into force March 1, 1987.
NP

Postal money order agreement. Signed at Washington and Beijing June 19 and 27, 1992; entered into force July 1, 1992.
NP

## PRIVILEGES AND IMMUNITIES

Agreement relating to privileges and immunities for the respective diplomatic missions in Washington and Beijing. Exchange of notes at Washington January 5, 1981; entered into force January 5, 1981.
TIAS

## REMOTE SENSING

Memorandum of understanding relating to establishment and operation of a Landsat system, with annex. Signed at Washington and Beijing July 2 and 8, 1985; entered into force July 8, 1985.
TIAS 11128; 2120 UNTS 81.

## SATELLITES

Memorandum of agreement on liability for satellite launches. Signed at Washington December 17, 1988; entered into force March 16, 1989.
TIAS

## SCIENTIFIC COOPERATION

Agreement on cooperation in science and technology, with exchange of letters. Signed at Washington January 31, 1979; entered into force January 31, 1979.
30 UST 35; TIAS 9179; 1150 UNTS 349.

Amendment and extensions:
May 22, 1991
April 24 and 25, 2001.

## TAXATION

Agreement with respect to mutual exemption from taxation of transportation income of shipping and air transport enterprises. Signed at Beijing March 5, 1982; entered into force September 23, 1983; effective January 1, 1981.
35 UST 3819; TIAS 10884; 2014 UNTS 419.

Agreement for the avoidance of double taxation and the prevention of tax evasion with respect to taxes on income, with protocol and exchange of notes. Signed at Beijing April 30, 1984; entered into force November 21, 1986.
TIAS 12065.

Protocol concerning the interpretation of paragraph 7 of the protocol to the agreement for the avoidance of double taxation and the prevention of tax evasion with respect to taxes on income of April 30, 1984. Signed at Beijing May 10, 1986; entered into force November 21, 1986.
TIAS 12065.

## TECHNOLOGY TRANSFER

Memorandum of agreement on satellite technology safeguards. Signed at Beijing February 11, 1993; entered into force February 11, 1993.
TIAS 12486.

## TELECOMMUNICATION

Agreement on the establishment of the direct secure telephone link. Signed at Beijing April 29, 1998; entered into force April 29, 1998.
TIAS

## TOURISM

Memorandum of understanding on the development of bilateral tourism relations. Signed at Beijing August 5, 1982; entered into force August 5, 1982.
34 UST 1418; TIAS 10426.

## TRADE AND COMMERCE

Agreement on trade exhibitions. Signed at Beijing May 10, 1979; entered into force May 10, 1979.
30 UST 4472; TIAS 9470; 1171 UNTS 305.

Agreement on trade relations. Signed at Beijing July 7, 1979; entered into force February 1, 1980.
31 UST 4651; TIAS 9630; 1202 UNTS 179.

## CHINA [1] (Cont'd)

Arrangement relating to a visa system for exports to the United States of cotton, wool and manmade fiber textiles and textile products. Exchange of letters at Washington February 16, 1984; entered into force February 16, 1984. 35 UST 4417; TIAS 10945.

Agreement for orderly trade in ammonium paratungstate and tungstic acid, with annexes. Signed at Washington September 28, 1987; entered into force September 28, 1987; effective October 1, 1987.
TIAS

Agreement concerning trade in textiles and textile products, with annexes. Exchange of letters at Beijing February 2, 1988; entered into force February 2, 1988; effective January 1, 1988.
NP

Amendments and extension:
May 24 and 26, 1988 (NP).
August 26 and September 7, 1988 (NP).
November 7, 1988 and January 24, 1989 (NP).
April 28 and May 1, 1989 (NP).
April 23 and 24, 1991 (NP).

Memorandum of agreement regarding international trade in commercial launch services, with annexes. Signed at Beijing March 13, 1995; entered into force March 13, 1995; effective January 1, 1995.
TIAS

Amendment:
October 27, 1997.

Agreement concerning trade in textile and apparel products, with annexes. Exchange of notes at Beijing March 29 and June 8, 1995; entered into force June 8, 1995; effective January 1, 1994.
NP

### VISAS

Agreement relating to the reciprocal issuance of visas to crew members of aircraft and vessels. Exchange of notes at Beijing January 7, 1981; entered into force January 7, 1981.
32 UST 4533; TIAS 9965; 1267 UNTS 335.

Agreement relating to reciprocal facilitation of visa issuance. Exchange of notes at Beijing December 2, 1985; entered into force January 2, 1986.
TIAS

Agreement relating to the reciprocal facilitation of visa issuance. Exchange of notes at Beijing April 14, 1993; entered into force May 14, 1993.
TIAS 12495

## HONG KONG

### AVIATION

Agreement concerning air services, with annex. Signed at Hong Kong April 7, 1997; entered into force April 7, 1997.
TIAS ; 1981 UNTS 231

### COPYRIGHT (See APPENDIX)

### EXTRADITION

Agreement for the surrender of fugitive offenders. Signed at Hong Kong December 20, 1996; entered into force January 21, 1998.
TIAS

### JUDICIAL ASSISTANCE

Agreement on mutual legal assistance in criminal matters, with annex. Signed at Hong Kong April 15, 1997; entered into force January 21, 2000.
TIAS

### POSTAL MATTERS

Parcel post agreement and regulations of execution. Signed at Hong Kong January 18 and at Washington February 2, 1961; entered into force July 1, 1961.
12 UST 328; TIAS 4721

International express mail agreement, with detailed regulations. Signed at Hong Kong and Washington January 2 and February 6, 1979; entered into force March 15, 1979; effective February 1, 1979.
30 UST 3427; TIAS 9398; 1180 UNTS 25.

### PRISONER TRANSFER

Agreement for the transfer of sentenced persons. Signed at Hong Kong April 15, 1997; entered into force April 18, 1999.
TIAS

### TAXATION

Agreement for the reciprocal exemption with respect to taxes on income from the international operation of ships. Exchange of notes at Hong Kong August 1, 1989; entered into force August 1, 1989.
TIAS 11892; 1549 UNTS 91.

### TRADE AND COMMERCE

Agreement relating to trade in certain textiles and textile products, with annexes. Exchange of letters at Hong Kong August 4, 1986; entered into force August 4, 1986; effective January 1, 1986.
NP

Amendments:
August 5 and 12, 1987 (NP).
August 5 and 12, 1987 (NP).
March 2 and 7, 1988 (NP).
July 15 and 20, 1988 (NP).
November 4 and 7, 1988 (NP).
December 20 and 21, 1989 and January 5, 1990 (NP).

Agreement concerning trade in textiles and textile products, with annexes. Exchange of notes at Hong Kong October 9, 1991; entered into force October 9, 1991; effective January 1, 1992.
NP

Amendments:
March 2 and 11, 1993 (NP).
February 3 and April 27, 1993 (NP).

## MACAO

### AVIATION

Air transport agreement, with annexes. Signed at Macao July 3, 1996; entered into force July 3, 1996.
TIAS

### COPYRIGHT (See APPENDIX)

### POSTAL MATTERS

Parcel post agreement with detailed regulations for execution. Signed at Macao February 23 and at Washington June 8, 1973; entered into force August 1, 1974.
25 UST 2982; TIAS 7961.

International express mail agreement, with detailed regulations. Signed at Macao and Washington May 3 and June 14, 1983; entered into force October 1, 1983.
35 UST 1403; TIAS 10736; 2006 UNTS 333.

Memorandum of understanding concerning the operation of the INTELPOST field trial, with details of implementation. Signed at Macao and Washington April 29 and May 21, 1985; entered into force May 21, 1985.
TIAS 11246.

### TRADE AND COMMERCE

Administrative arrangement relating to a visa system. Exchange of letters at Washington and

## CHINA [1] (Cont'd)

Macao August 21, 1981; entered into force August 21, 1981.
TIAS

Amendment:
November 2 and December 12, 1988

Agreement relating to trade in cotton, wool, and man-made fiber textiles and textile products, with annexes. Exchange of letters at Hong Kong and Macao December 28, 1983 and January 9, 1984; entered into force January 9, 1984; effective January 1, 1984.
35 UST 4188; TIAS 10917; 2015 UNTS 83.

Amendments and extension:
February 26 and 28, 1986 (NP).
November 10 and 27, 1986 (NP).
April 14 and 28, 1987 (NP).
January 8 and 12, 1988 (NP).
November 7 and December 30, 1988 (NP).
February 10 and March 3, 1989 (NP).
November 1, 1991, January 21 and 27, 1992 (NP).

Agreement relating to trade in textiles and textile products, with annexes. Exchange of notes at Hong Kong and Macao March 29 and May 21, 1994; entered into force May 21, 1994; effective January 1, 1991.
NP

# COLOMBIA

## AGRICULTURAL COMMODITIES

Agricultural commodities agreement with memorandum of understanding. Exchange of notes at Bogota October 6, 1959; entered into force October 6, 1959.
10 UST 1799; TIAS 4337; 358 UNTS 145.

Amendments:
April 26, 1961 (12 UST 516; TIAS 4747; 407 UNTS 285).
September 6 and 8, 1961 (13 UST 204; TIAS 4962; 442 UNTS 334).
November 9 and 20, 1961 (12 UST 3124; TIAS 4911; 433 UNTS 377).
January 31 and February 14, 1962 (13 UST 262; TIAS 4970; 445 UNTS 362).
June 20, 1962 (13 UST 1323; TIAS 5088; 458 UNTS 344)

Agricultural commodities agreement with exchange of notes of March 29 and April 15, 1963. Signed at Bogota March 27, 1963; entered into force March 27, 1963.
14 UST 1502; TIAS 5450; 489 UNTS 289.

Amendment:
October 11 and 25, 1963 (15 UST 146; TIAS 5531; 511 UNTS 313).

Agricultural commodities agreement with exchange of notes of October 8, 1964 and February 11, 1965. Signed at Bogota October 8, 1964; entered into force October 8, 1964.
16 UST 683; TIAS 5797; 579 UNTS 3.

Agricultural commodities agreement with exchange of notes. Signed at Bogota March 10, 1966; entered into force March 10, 1966.
17 UST 1965; TIAS 6138; 674 UNTS 139

Agricultural commodities agreement with annex. Signed at Bogota May 31, 1968; entered into force May 31, 1968.
19 UST 6031; TIAS 6563; 702 UNTS 3.

Agricultural commodities agreement with annex. Signed at Bogota March 4, 1970; entered into force March 4, 1970.
22 UST 1618; TIAS 7189; 806 UNTS 255.

Amendment:
April 19, May 4 and 12, 1971 (24 UST 412; TIAS 7553; 898 UNTS 335).

Related agreements:
April 24, 1973 (24 UST 1056; TIAS 7623).
May 11, 1973 (24 UST 1633; TIAS 7667)
December 11, 1973 (25 UST 180; TIAS 7781).
April 22, 1974 (25 UST 627; TIAS 7812).

Agricultural commodities agreement with annex. Signed at Bogota June 26, 1972; entered into force June 26, 1972.
24 UST 751; TIAS 7580.

Amendments:
June 26 and 28, 1972 (24 UST 761; TIAS 7580).
August 16 and September 1, 1972 (24 UST 764; TIAS 7580).

## AGRICULTURE

Agreement for the eradication of foot-and-mouth disease in the areas adjacent to the Colombian-Panamanian border, with annex. Signed at Bogota August 8, 1979; entered into force October 10, 1979.
33 UST 1643; TIAS 10138.

## AMITY (See also COMMERCE)

Treaty for the settlement of differences arising out of the events which took place on the Isthmus of Panama in November 1903. Signed at Bogota April 6, 1914; entered into force March 1, 1922.
42 Stat 2122; TS 661; 6 Bevans 900; 9 LNTS 301.

## ATOMIC ENERGY

Agreement providing for a grant for the acquisition of nuclear training and research equipment and materials. Exchange of notes at Bogota July 31, 1959 and January 11, 1960; entered into force January 11, 1960.
11 UST 138; TIAS 4421; 371 UNTS 37

Agreement for cooperation concerning civil uses of nuclear energy, with annex and exchange of notes. Signed at Bogota January 8, 1981; entered into force September 7, 1983
TIAS 10722; 1607 UNTS 33.

## AVIATION

Air transport agreement and exchanges of notes. Signed at Bogota October 24, 1956; entered into force provisionally January 1, 1957.
14 UST 429; TIAS 5338; 476 UNTS 77.

Amendments:
October 23, 1968 (19 UST 7501; TIAS 6593; 701 UNTS 386)
October 16 and 22, 1981 and April 21, 1982 (34 UST 1152; TIAS 10404).
August 11, October 11 and November 22, 2000.
March 20 and April 13, 2002.

Agreement relating to the sale of six C-47 aircraft to Colombia for civilian cargo and passenger service. Signed at Bogota April 21, 1976; entered into force April 21, 1976.
27 UST 4317; TIAS 8453; 1071 UNTS 73.

## COMMERCE

Treaty of peace, amity, navigation, and commerce, with additional article.[1] Signed at Bogota December 12, 1846; entered into force June 10, 1848
9 Stat. 881; TS 54; 6 Bevans 868.

NOTE:
[1] Article 33 terminated by the United States effective July 1, 1916, in accordance with the Seamen's Act (38 Stat. 1164).

## CONSULS (See also COMMERCE)

Consular convention [1] Signed at Washington May 4, 1850; entered into force October 30, 1851.
10 Stat. 900; TS 55; 6 Bevans 882.

NOTE:
[1] Article III, paragraphs 8 and 11, terminated by the United States as of July 1, 1916 in accordance with the Seamen's Act (38 Stat. 1164)

## COPYRIGHT (See APPENDIX)

## CUSTOMS

Agreement relating to reciprocal customs privileges for consular officers. Exchange of notes