# APPENDIX "5"

Citation | Found Document | Rank(R) 1 of 1 | Database
36 I.L.M. 1671 (1997) | ILM
36 I.L.M. 1671 (1997)
**(Cite as: 36 I.L.M. 1671)**

International Legal Materials
Recent Actions regarding Treaties to which the United States is not a Party
November, 1997
THE POSITION OF THE PEOPLE'S REPUBLIC OF CHINA AND THE UNITED KINGDOM ON MULTILATERAL TREATIES APPLYING TO THE HONG KONG SPECIAL ADMINISTRATIVE REGION

Copyright (c) 1997 by the American Society of International Law

***1675** Reproduced from UN Document NV/97/35, of June 27, 1997.

The enclosed communications were submitted on the one hand by the Permanent Representative of the People's Republic of China, in Chinese and English, and on the other hand by the Permanent Representative of the United Kingdom of Great Britain and Northern Ireland to the United Nations, in English. As requested by the respective Permanent Representatives, they are transmitted herewith for information to the Permanent Missions of the States Members of the United Nations and to specialized agencies. Both Permanent Representatives have advised the Secretary-General that they are notifying their respective positions on the attached treaties to the competent depositaries for appropriate action.

27 June 1997

(Translation)

New York, 20 June 1997

Your Excellency,

In accordance with the Joint Declaration of the Government of the United Kingdom of Great Britain and North Ireland and the Government of the People's Republic of China on the Question of Hong Kong signed on 19 December 1984 (hereinafter referred to as the Joint Declaration), the People's Republic of China will resume the exercise of sovereignty over Hong Kong with effect from 1 July 1997. Hong Kong will, with effect from that date, become a Special Administrative Region of the People's Republic of China.

It is provided in Section I of Annex I to the Joint Declaration, "Elaboration by the Government of the People's Republic of China of its Basic Policies Regarding Hong Kong", and in Articles 12, 13 and 14 of the Basic Law of the Hong Kong Special

H.E. Mr. Kofi Annan
Secretary-General of the United Nations
New York

***1676** Administrative Region of the People's Republic of China, which was adopted on 4 April 1990 by the National People's Congress of the People's Republic of China (hereinafter referred to as the Basic Law), that the Hong Kong Special Administrative Region will enjoy a high degree of autonomy, except in foreign and defence affairs which are the responsibility of the Central People's Government of the People's Republic of China. Furthermore, it is provided both in Section XI of Annex I to the Joint Declaration and Article 153 of the Basic Law that international agreements to which the People's Republic of China is not a party but which are implemented in Hong Kong may continue to be implemented in the Hong Kong Special Administrative Region.

In this connection, on behalf of the Government of the People' s Republic of China, I would like to inform Your Excellency as follows:

I. The treaties listed in Annex I to this Note, to which the People' s Republic of China is a party, will be applied to the Hong Kong Special

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Administrative Region with effect from 1 July 1997 as they:

(i) are applied to Hong Kong before 1 July 1997; or

(ii) fall within the category of foreign affairs or defence or, owing to their nature and provisions, must apply to the entire territory of a State; or

(iii) are not applied to Hong Kong before 1 July 1997 but with respect to which it has been decided to apply them to the Hong Kong Special Administrative Region with effect from that date (denoted by an asterisk in Annex I).

II. The treaties listed in Annex II to this Note, to which the People's Republic of China is not yet a party and which apply to Hong Kong before 1 July 1997, will continue to apply to the Hong Kong Special Administrative Region with effect from 1 July 1997.

The provisions of the International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights as applied to Hong Kong shall remain in force beginning from 1 July 1997.

III. The Government of the People's Republic of China has already carried out separately the formalities required for the application of the treaties listed in the aforesaid Annexes, including all the related amendments, protocols, reservations and declarations, to the Hong Kong Special Administrative Region with effect from 1 July 1997.

IV. With respect to any other treaty not listed in the Annexes to this Note, to which the People's Republic of China is or will become a party, in the event that it is decided to apply such treaty to the Hong Kong Special Administrative Region, the Government of the People's Republic of China will carry out separately the formalities for such application. For the avoidance of doubt, no separate formalities will need to be carried out by the Government of the People's Republic of China with respect to treaties which fall within the category of foreign affairs or defence or which, owing to their nature and provisions, must apply to the entire territory of a State.

The Government of the People's Republic of China have the honour to request Your Excellency kindly to place this Note and the Annexes to it formally on record and bring it to the attention of the other Members of the United Nations and the Specialised Agencies of the United Nations.

Please accept, Your Excellency, the assurances of my highest consideration.

(signed) Qin Huasun Permanent Representative of the People's Republic of China to the United Nations Ambassador Extraordinary and Plenipotentiary

Annex I

Political, Diplomatic and Defence

1. Charter of the United Nations, 26 June 1945
2. Statute of the International Court of Justice, 26 June 1945
3. Convention on the Privileges and Immunities of the United Nations, 13 February 1946

***1677** 4. Convention on the Privileges and Immunities of the Specialised Agencies of the United Nations, 21 November 1947

5. Vienna Convention on Diplomatic Relations, 18 April 1961
6. Vienna Convention on Consular Relations, 24 April 1963
7. Protocol of Entry into Force of the Amendment to Article 61 of the Charter of the United Nations, 20 December 1971
8. Convention for the Pacific Settlement of International Disputes, 29 July 1899
9. Convention for the Pacific Settlement of International Disputes, 18 October

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1907

10. Protocol on INTELSAT Privileges, Exemptions and Immunities, 19 May 1978
11. Protocol for the Prohibition of the Use in War of Asphyxiating, Poisonous or other Gases, and of Bacteriological Methods of Warfare, 17 June 1925
12. Additional Protocol II to the Treaty for the Prohibition of Nuclear Weapons in Latin America and the Caribbean, 14 February 1967
13. Convention on Prohibitions or Restrictions on the Use of Certain Conventional Weapons which may be deemed to be Excessively Injurious or to have Indiscriminate Effects, 10 April 1981, and its Protocol
14. Additional Protocol to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of International Armed Conflicts (Protocol I), 8 June 1977
15. Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of Non-International Armed Conflicts (Protocol II), 8 June 1977
16. Additional Protocols II and III to the South Pacific Nuclear Free Zone Treaty, 8 August 1986
17. Treaty on the Prohibition of the Emplacement of Nuclear Weapons and other Weapons of Mass Destruction on the Sea-Bed and Ocean Floor and in the Subsoil Thereof, 11 February 1972
18. United Nations Convention on the Law of the Sea, 10 December 1982
19. Antarctic Treaty, 1 December 1959
20. Geneva Convention for the Amelioration of the Condition of Wounded and Sick in Armies in the Field, 12 August 1949
21. Geneva Convention for the Amelioration of the Condition of Wounded and Sick and Ship-wrecked Members of Armed Forces at Sea, 12 August 1949
22. Geneva Convention on the Treatment of Prisoners of War, 12 August 1949
23. Geneva Convention on the Protection of Civilian Persons in Time of War, 12 August 1949
24. Treaty on the Non-proliferation of Nuclear Weapons, 1 July 1968
25. Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (biological) and Toxin Weapons and on their Destruction, 10 April 1972
26. Convention on the Prohibition of the Development, Production and Stockpiling and Use of Chemical Weapons and on their Destruction, 13 January 1993

Drugs

27. Single Convention on Narcotic Drugs, 30 March 1961, as amended by the Protocol Amending the Convention done on 25 March 1972
28. Convention on Psychotropic Substances, 21 February 1971
29. United Nations Convention against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, 20 December 1988

International Crime

30. Convention on the Prevention and Punishment of the Crime of Genocide, 9 December 1948
31. Convention on Offences and Certain Other Acts Committed on Board Aircraft, 14 September 1963
32. Convention for the Suppression of Unlawful Seizure of Aircraft, 16 December 1970
33. Convention for the Suppression of Unlawful Acts Against the Safety of

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Civil Aviation, 23 September 1971

34. Convention on the Prevention and Punishment of Crimes Against Internationally Protected Persons, including Diplomatic Agencies, 14 December 1973

35. International Convention Against the Taking of Hostages, 17 December 1979

Private International Law

36. Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 15 November 1965

***1678** 37. Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 10 June 1958

Customs

38. International Convention for Safe Containers, 2 December 1972

*39. Customs Convention on Containers, 2 December 1972

40. Customs Convention on the "ATA Carnet" for the Temporary Admission of Goods, 6 December 1961

41. Convention on Temporary Admission, 26 June 1990

42. Customs Convention Concerning Facilities for the Importation of Goods for Display or Use at Exhibitions, Fairs, Meetings or Similar Events, 8 June 1961

Marine Pollution

43. International Convention on Civil Liability for Oil Pollution Damage, 29 November 1969 and its Protocol, 19 November 1976

44. International Convention Relating to Intervention on the High Seas in case of Oil Pollution Casualties, 29 November 1969 and its Protocol, 2 November 1973

45. Convention on the Prevention of Marine Pollution by Dumping of Wastes and Other Matters, 29 December 1972, and 1978 Amendments to Annexes I and II Concerning Incineration at Sea, 1980 Amendments to Annexes I and II Concerning Lists of Substances, and 1989 Amendment to Annex III.

46. International Convention for the Prevention of Pollution from Ships, 2 November 1972, as modified by the Protocol done on 17 February 1978, and Annexes III and V to the Convention

Science and Technology

47. Treaty on Principles Governing the Activities of States in the Exploration and Use of Outer Space, including the Moon and other Celestial Bodies, 27 January 1967

48. Agreement on the Rescue of Astronauts, the Return of Astronauts and the Return of Objects Launched into Outer Space, 22 April 1968

49. Convention on International Liability for Damage Caused by Space Objects, 29 March 1972

50. Convention on the Registration of Objects Launched into Outer Space, 12 November 1974

Civil Aviation

51. The Convention on International Civil Aviation, 7 December 1944, as amended by Protocols done on 27 May 1947, 14 June 1954, 21 June 1961, 15 September 1962, 24 September 1968, 12 March 1971, 7 July 1971, 16 October 1974 and 30 September 1977

52. Convention for the Unification of Certain Rules relating to International Carriage by Air, done on 12 October 1929, as amended by the Hague Protocol done on 28 September 1955

Merchant Shipping

53. International Load Line Convention, 5 April 1966, as amended by the 1971,

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1975 and 1979 Amendments

54. International Convention on Tonnage Measurement of Ships, 23 June 1969

55. Convention on the International Regulations for Preventing Collisions at Sea, 20 October 1972, and Amendment done on 19 November 1981

56. International Convention for Safety of Life at Sea, 1 November 1974, and 1981, 1983 and 1988 Amendments, its Protocol done on 1 June 1978 and the 1981 Amendments to the Protocol

57. International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 7 July 1978 and 1995 Amendments

58. International Convention on Maritime Search and Rescue, 27 April 1979

59. Convention on a Code of Conduct for Liner Conferences, 6 April 1974

60. International Convention on Salvage, 28 April 1989

61. International Convention for the Unification of Certain Rules of Law respecting Collisions between Vessels, 23 September 1910

62. Convention relating to the Carriage of Passengers and their Luggage by Sea, done at Athens on 13 December 1974, and its Protocol done on 19 November 1976

***1679** 63. Convention on Facilitation of International Maritime Traffic, 9 April 1965 as amended by the 1973, 1977 and 1986 Amendments

Investment

64. Convention on the Settlement of Investment Disputes between States and Nationals of Other States, 18 March 1965

65. Convention Establishing the Multilateral Investment Guarantee Agency, 11 October 1985

Health

66. The International Health Regulations, 25 July 1969

Intellectual Property

67. Convention for the Protection of Industrial Property, done at Paris on 20 March 1883, as revised in 1967

*68. Convention for the Protection of Literary and Artistic Works, done at Berne on 9 September 1886 as revised in 1979

69. Universal Copyright Convention, 6 September 1952, as amended in 1971

70. Convention for the Protection of Products of Phonograms Against Unauthorized Duplication of their Phonograms, 29 October 1971

71. Patent Co-operation Treaty, 19 June 1970, as amended on 2 October 1979 and modified on 3 February 1984

Conservation

72. Convention on International Trade in Endangered Species of Wild Fauna and Flora, 3 March 1973

73. Convention for the Protection of the World Culture and Natural Heritage, 23 November 1972

74. International Convention for the Regulation of Whaling, 2 December 1946, and its 1956 Protocol

75. Basel Convention on the Control of Transboundary Movement of Hazardous Wastes and their Disposal, 22 March 1989

76. Plant Protection Agreement for the South-East Asia and Pacific Region, 27 February 1956, and the Amendment to the Agreement done on 2 November 1957

77. Vienna Convention for the Protection of the Ozone Layer, 22 March 1985, Montreal Protocol on Substances that Deplete the Ozone Layer, 16 September 1987, Amendment to the Montreal Protocol on Substances that Deplete the Ozone Layer,

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

29 June 1990
78. Convention on Wetlands of International Importance, especially as Waterfowl Habitat, 2 February 1971
Postal
79. Universal Postal Convention with Final Protocol and Detailed Regulations of UPU, 14 September 1994
80. General Regulations of the Universal Postal Union, 14 September 1994
81. Postal Parcels Agreement with Final Protocol and Detailed Regulations, 14 September 1994
82. Giro Agreement, 14 September 1994
83. Cash-on-Delivery Agreement, 14 September 1994
International Labour Conventions
84. Minimum Age (Sea) Convention, 1920 (No.7)
85. Right of Association (Agriculture) Convention, 1921 (No.11)
86. Weekly Rest (Industry) Convention, 1921 (No.14)
87. Minimum Age (Trimmers and Stokers) Convention, 1921 (No.15)
88. Medical Examination of Young Persons (Sea) Convention, 1921 (No.16)
89. Equality of Treatment (Accident Compensation) Convention, 1925 (No.19)
90. Seamen's Articles of Agreement Convention, 1926 (No.22)
91. Repatriation of Seamen Convention, 1926 (No.23)
92. Protection against Accidents (Dockers) Convention (Revised), 1932 (No.32)
93. Underground Work (Women) Convention, 1935 (No.45)
94. Minimum Age (Industry) Convention (Revised), 1937 (No.59)
95. Tripartite Consultation (International Labour Standards) Convention, 1976(No.144)
***1680** Human Rights
96. International Convention on the Elimination of All Forms of Racial Discrimination, 21 December 1965
97. Convention on the Elimination of All Forms of Discrimination Against Women, 18 December 1979
98. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, 10 December 1984
99. Convention on the Rights of the Child, 20 November 1989
Conventions Establishing International Organizations
100. Constitution of the Universal Postal Union, Vienna 1964 as amended by the 1969 Tokyo, 1974 Lausaine, 1984 Hamburg, 1989 Washington and 1994 Seoul Additional Protocols
101. Convention Establishing a Customs Co-operation Council, 15 December 1950
102. Statute of the International Atomic Energy Agency, 26 October 1956
103. Articles of Agreement of the International Monetary Fund, 22 July 1944
104. Articles of Agreement of the International Bank for Reconstruction and Development, 22 July 1944
105. Articles of Agreement of the International Development Association, 24 September 1960
106. Articles of Agreement of the International Finance Corporation, 25 May 1955
107. Convention on the International Hydrographic Organization, 3 May 1967
108. Constitution of the International Labour Organization, 11 April 1919
109. Convention on the International Maritime Organization, 6 March 1948
110. Convention on the International Mobile Satellite Organization, 3

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

September 1976

111. Agreement Relating to the International Telecommunications Satellite Organization, 20 August 1971

112. Constitution of the World Meteorological Organization, 11 October 1947

113. Constitution for the World Health Organization, 22 July 1946

114. Convention Establishing the World Intellectual Property Organization, 14 July 1967, as amended in 1979

115. The Constitution and General Regulations of the International Criminal Police Organization, 13 June 1956

116. Constitution of the Food and Agriculture Organization of the United Nations, 16 October 1945

117. Agreement on the Network of Aquaculture Center in Asia and the Pacific, 8 January 1988

118. Agreement on the Establishment of the Asia Pacific Fishery Commission, 24 November 1994

119. Agreement Establishing the Asian Development Bank, 4 December 1965

120. Constitution of the Asian-Pacific Postal Union and Final Protocol of the Union, 1 July 1987

121. Constitution of the Asia-Pacific Telecommunity, 27 March 1976

122. Charter of the Asian and Pacific Development Centers, 1 April 1982

123. Statute and Rules of Procedure of the Typhoon Committee, 2 March 1968

124. Statute of the Statistical Institute for Asia and the Pacific, 14 April 1995

125. Arrangement Establishing the International Textiles and Clothing Bureau, 21 May 1984

126. Constitution and Convention of the International Telecommunications Union, 22 December 1992

Trade

127. International Convention relating to International Exhibitions, 22 November 1928, and its Protocol done on 30 November 1972, and Amendments done 24 June 1982

Annex II

International Crime

1. Agreement for the Suppression of the Circulation of Obscene Publications, 4 May 1910, and its Protocol done on 4 May 1949

2. International Convention for the Suppression of the Circulation of and Traffic in Obscene Publications, 12 September 1923, and the Protocol amending the Convention, done on 12 November 1947

3. Protocol for the Suppression of Unlawful Acts of Violence at Airports serving International Civil Aviation, done at Montreal, 24 February 1988

***1681** Private International Law

4. Convention Abolishing the Requirement of Legalisation for Foreign Public Documents, 5 October 1961

5. Convention on the Conflicts of Laws relating to the Form of Testamentary Dispositions, 5 October 1961

6. Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 18 March 1970

7. Convention on the Recognition of Divorces and Legal Separations, 1 July 1970

8. Convention on the Law Applicable to Trusts and on their Recognition, 1 July

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1985

9. Convention on the Civil Aspects of International Child Abduction, 25 October 1980

Customs

10. International Convention relating to the Simplification of Customs Formalities and Protocol of Signature, 3 November 1923

11. Agreement on the Importation of Educational, Scientific and Cultural Materials, 22 November 1950

12. International Convention to Facilitate the Importation of Commercial Samples and Advertising Material, 7 November 1952

13. Convention Concerning Customs Facilities for Touring and Additional Protocol relating to the Importation of Touring Publicity Documents and Material, 4 June 1954

14. Customs Convention on the Temporary Importation of Private Road Vehicles, 4 June 1954

15. Customs Convention on the Temporary Importation for Private Use of Aircraft and Pleasure Boats, 18 May 1956

16. Customs Convention on the Temporary Importation of Commercial Road Vehicles, 18 May 1956

17. Customs Convention on the Temporary Importation of Professional Equipment, 8 June 1961

18. European Convention on Customs Treatment of Pallets Used in International Transport, 9 December 1960

Marine Pollution

19. International Convention for the Establishment of an International Fund for Compensation for Oil Pollution Damage, 18 December 1971, and its 1976 Protocol

Science and Technology

20. Convention on Third Party Liability in the Field of Nuclear Energy, 29 July 1960, with its Additional Protocol done on 28 January 1964, as amended by the 1982 Protocol

Civil Aviation

21. Convention supplementary to the Warsaw Convention for the Unification of Certain Rules relating to International Carriage by Air Performed by a Person other than the Contracting Carrier, 18 September 1961

22. International Air Service Transit Agreement, 7 December 1944

Merchant Shipping

23. International Convention for the Unification of Certain Rules of Law relating to Assistance and Salvage at Sea, 23 September 1910

24. Convention and Statute on Freedom of Transit, 20 April 1921

25. Convention and Statute on the Regime of Navigable Waterways of International Concern, 20 April 1921

26. Declaration Recognizing the Right to a Flag of States Having No Sea-coast, 20 April 1921

27. Convention and Statute on the International Regime of Maritime Ports, 9 December 1923

***1682** 28. International Convention for the Unification of Certain Rules of Law relating to Bills of Landing, 25 August 1924 and its 1968 and 1979 Protocols

29. International Convention on Certain Rules concerning Civil Jurisdiction in Matters of Collision, 10 May 1952

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

30. International Convention for the Unification of Certain Rules relating to Penal Jurisdiction in Matters of Collision or other Incidents of Navigation, 10 May 1952
31. International Convention relating to the Arrest of Sea-going Ships, 10 May 1952
32. Special Trade Passenger Ships Agreement, 6 October 1971 and its 1973 Protocol on Space Requirements for Special Trade Passenger Ships
33. Convention on Limitation of Liability for Maritime Claims, 19 November 1976

Trade

34. The Protocols done on 10 May 1948, 16 November 1966 of the International Convention relating to International Exhibitions, 22 November 1928

Health

35. Agreement respecting Facilities to be given to Merchant Seamen for the Treatment of Venereal Diseases, 1 December 1924

International Property

36. The Protocols of the Universal Copyright Convention, 6 September 1952 as amended in 1971

Conservation

37. Convention on the Conservation of Migratory Species of Wild Animals, 23 June 1979
38. The Copenhagen Amendment to the Montreal Protocol on Substances that Deplete the Ozone Layer, 25 November 1992

Transport

39. Convention on Road Traffic, 19 September 1949

Telecommunications

40. International Agreement on the Use of IMMARSAT Ship Earth Stations within the Territorial Sea and Ports, 16 October 1985
41. Convention for the Protection of Submarine Cables, 14 March 1884, amended by the Declaration on the Protection of Submarine Cables done on 1 December 1886, and the Protocol on the Protection of Submarine Cables done on 7 July 1887

Human Rights

42. International Agreement for the Suppression of the White Slave Traffic, 18 May 1904
43. International Convention for the Suppression of the White Slave Traffic, 4 May 1910 and the Protocol amending the Convention, 1949
44. Supplementary Convention on the Abolition of Slavery, the Slave Trade, and Institutions and Practices Similar to Slavery, 7 September 1956
45. Convention on the Political Rights of Women, 31 March 1953
46. Slavery Convention, 25 September 1926, and its Protocol amending the Slavery Convention, 7 December 1953
47. International Convention for the Suppression of the Traffic in Women and Children, 30 September 1921
48. Convention on Consent to Marriage, Minimum Age for Marriage and Registration of Marriages, Open for Signature on 10 December 1962
49. Convention relating to the Status of Stateless Persons, 28 September 1954

***1683** International Labour Conventions

50. Unemployment Convention, 1919 (No. 2)
51. Maternity Protection Convention, 1919 (No.3)
52. Minimum Age (Industry) Convention, 1919 (No.5)

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

53. Unemployment Indemnity (Shipwreck) Convention, 1920 (No.8)
54. Minimum Age (Agriculture) Convention, 1921 (No.10)
55. Workmen's Compensation (Agriculture) Convention, 1921 (No.12)
56. Workmen's Compensation (Accidents) Convention, 1925 (No.17)
57. Forced Labour Convention, 1930 (No.29)
58. Workmen's Compensation (Occupational Diseases) Convention (Revised), 1934 (No.42)
59. Recruiting of Indigenous Workers Convention, 1936 (No.50)
60. Minimum Age (Sea) Convention (Revised), 1936 (No.58)
61. Contracts of Employment (Indigenous Workers) Convention, 1939 (No.64)
62. Penal Sanctions (Indigenous Workers) Convention, 1939 (No.65)
63. Certificate of Able Seamen Convention, 1946 (No.74)
64. Labour Inspection Convention, 1947 (No.81)
65. Freedom of Association and Protection of the Right to Organise Convention, 1948 (No.87)
66. Night Work of Young Persons (Industry) Convention (Revised), 1948 (No.90)
67. Accommodation of Crews Convention, 1949 (No.92)
68. Migration for Employment Convention (Revised), 1949 (No.97)
69. Right to Organise and Collective Bargaining Convention, 1949 (No.98)
70. Holidays with Pay (Agriculture) Convention, 1952 (No.101)
71. Abolition of Forced Labour Convention, 1957 (No.105)
72. Seafarers' Identity Documents Convention, 1958 (No.108)
73. Radiation Protection Convention, 1960 (No.115)
74. Employment Policy Convention, 1964 (No.122)
75. Medical Examination of Young Persons (Underground Work) Convention, 1965 (No.124)
76. Accommodation of Crews(Supplementary Provisions) Convention, 1970 (No.133)
77. Rural Workers Organisations Convention, 1975 (No.141)
78. Human Resources Development Convention, 1975 (No.142)
79. Merchant Shipping (Minimum Standards) Convention, 1976 (No.147)
80. Working Environment (Air Pollution, Noise and Vibration) Convention, 1977 (No.148)
81. Labour Administration Convention, 1978 (No.150)
82. Labour Relations (Public Service) Convention, 1978 (No.151)
83. Labour Statistics Convention, 1985 (No.160)

Conventions Establishing International Organizations

84. Final Acts of the Additional Plenipotentiary Conference of the International Telecommunication Union, done at Geneva, 22 December 1992
85. Final Acts of the Plenipotentiary Conference of the International Telecommunication Union, done at Kyoto, 14 October 1994
86. Agreement for the Establishment of a Regional Animal Production and Health Commission for Asia, the Far East and the South-west Pacific, entered into force on 29 December 1975
87. Agreement Establishing the World Trade Organization, 15 April 1994

***1684** United Kingdom Mission to the United Nations New York
One Dag Hammarskjold Plaza
(885 Second Avenue)
New York, NY 10017
Mailing Address:

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

PO Box 5238
New York, NY 10150-5238
Telephone: (212) 745-9200
Facsimile: (212) 745-9316
FROM THE PERMANENT REPRESENTATIVE

From Sir John Weston KCMG
20 June 1997
Mr Kofi Annan
Secretary-General to the United Nations
Rm S-3800E
New York
NY 10017
Your Excellency

In accordance with the Joint Declaration of the Government of the United Kingdom of Great Britain and Northern Ireland and the Government of the People's Republic of China on the Question of Hong Kong signed on 19 December 1984, the Government of the United Kingdom will restore Hong Kong to the People's Republic of China with effect from 1 July 1997. The Government of the United Kingdom will continue to have international responsibility for Hong Kong until that date.

From 1 July 1997 the Government of the United Kingdom will cease to be responsible for the international rights and obligations arising from the application to Hong Kong of the treaties, listed in the Annex to this Note, which apply to Hong Kong at present. The respective depositaries of those treaties have been notified formally of this position.

The Government of the United Kingdom hereby refer to the Note of today's date to Your Excellency from the Government of the People's Republic of China regarding the application of treaties to the Hong Kong Special Administrative Region with effect from 1 July 1997, and express welcome and support for that Note and the Annexes to it.

The Government of the United Kingdom have the honour to request Your Excellency kindly to place the contents of this Note formally on record and bring it to the attention of the other Members of the United Nations and the Specialised Agencies of the United Nations.

John Weston

ANNEX

A. Civil Aviation

1. Convention for the Unification of Certain Rules relating to International Carriage by Air, done at Warsaw on 12 October 1929 as amended by the Hague Protocol 1955.

2. Convention Supplementary to the Warsaw Convention for the Unification of Certain Rules relating to International Carriage by Air Performed by a Person other than the Contracting Carrier, done at Guadalajara on 18 September 1961

3. The Convention on International Civil Aviation done at Chicago on 7 December 1944 as amended by the 1947 Protocol, 1954 Protocols, 1961 Protocols, 1962 Protocol, 1971 Protocols, 1974 Protocol, 1968 Buenos Aires Protocol and 1977 Montreal Protocol.

4. International Air Services Transit Agreement done at Chicago on 7 December 1944.

B. Conservation

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.