5. International Convention for the Regulation of Whaling done at Washington on 2 December 1946 and the Protocol to the 1946 Convention done at Washington on 19 November 1956.

6. Plant Protection Agreement for the South-East Asia and Pacific Region done at Rome on 27 February 1956 and the Amendment to the Plant Protection Agreement done on 2 November 1967.

7. Regulation of Antarctic Pelagic Whaling signed at London on 6 June 1962.

8. Convention on Wetlands of International Importance, especially as Waterfowl Habitat, done at Ramsar on 2 February 1971.

9. Convention for the Protection of the World Cultural and Natural Heritage done at Paris on 16 November 1972.

10. Convention on International Trade in Endangered Species of Wild Fauna and Flora done at Washington on 3 March 1973 and the Amendment to Article XI of the Convention done at Bonn on 22 June 1979.

11. Convention on the Conservation of Migratory Species of Wild Animals done at Bonn on 23 June 1979.

12. Vienna Convention for the Protection of the Ozone Layer done at Vienna on 22 March 1985; Montreal Protocol on Substances that Deplete the Ozone Layer done at Montreal on 16 September 1987; the 1990 London Amendment to the Montreal Protocol on Substances that Deplete the Ozone Layer; and the 1992 Copenhagen Amendment to the Montreal Protocol on Substances that Deplete the Ozone Layer.

13. Convention on the Control of Transboundary Movements of Hazardous Wastes and their Disposal done at Basel on 22 March 1989.

14. Convention on the Regulation of Antarctic Mineral Resource Activities done at Wellington on 2 June 1988.

***1685** C. Customs

15. International Convention relating to the Simplification of Customs Formalities and Protocol of Signature done at Geneva on 3 November 1923.

16. Agreement on the Importation of Educational, Scientific and Cultural Materials done at Lake Success on 22 November 1950.

17. International Convention to Facilitate the Importation of Commercial Samples and Advertising Material done at Geneva on 7 November 1952.

18. Convention Concerning Customs Facilities for Touring and Additional Protocol to the 1954 Convention Concerning Customs Facilities for Touring relating to the Importation of Tourist Publicity Documents and Material done at New York on 4 June 1954.

19. Customs Convention on the Temporary Importation of Private Road Vehicles done at New York on 4 June 1954.

20. Customs Convention on the Temporary Importation for Private Use of Aircraft and Pleasure Boats done at Geneva on 18 May 1956.

21. Customs Convention on the Temporary Importation of Commercial Road Vehicles done at Geneva on 18 May 1956.

22. Customs Convention on containers done at Geneva on 18 May 1956.

23. European Convention on Customs Treatment of Pallets used in International Transport done at Geneva on 9 December 1960

24. Customs Convention Concerning Facilities for the Importation of Goods for Display or Use at Exhibitions, Fairs, Meetings or Similar Events done at Brussels on 8 June 1961.

25. Customs Convention on the Temporary Importation of Professional

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Equipment done at Brussels on 8 June 1961.

26. Customs Convention on the 'ATA Carnet' for the Temporary Admission of Goods done at Brussels on 6 December 1961.

27. Convention on Temporary Admission done at Istanbul on 26 June 1990.

D. Drugs

28. Single Convention on Narcotic Drugs done at New York on 30 March 1961; 1965 and 1966 Amendments to Schedule 1; 1967 Amendment to Schedule III; and the 1972 Protocol amending the Convention done at Geneva on 25 March 1972.

29. United Nations Convention on Psychotropic Substances done at Vienna on 21 February 1971.

30. The 1988 United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances done at Vienna on 20 December 1988.

E. Economic and Financial

31. Convention on the Settlement of Investment Disputes between States and Nationals of Other States done at Washington on 13 March 1965.

F. Health

32. Agreement respecting Facilities to be given to Merchant Seamen for the Treatment of Venereal Diseases done at Brussels on 1 December 1924.

33. The International Health Regulations done at Boston on 25 July 1969, and the Additional Regulations amending the International Health Regulations done at Geneva on 24 May 1973 and 20 May 1981.

G. Human Rights

34. United Nations Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment done at New York on 10 December 1984.

35. United Nations Convention on the Rights of the Child done at New York on 20 November 1989.

36. International Covenant on Economic, Social and Cultural Rights done at New York on 16 December 1966.

37. International Covenant on Civil and Political Rights done at New York on 16 December 1966.

38. International Agreement for the Suppression of the White Slave Traffic signed at Paris on 18 May 1904.

39. International Convention for the Suppression of the White Slave Traffic signed at Paris on 4 May 1910 and the Protocol amending the International Agreement for the Suppression of the White Slave Traffic, 1904 and the International Convention for the Suppression of the White Slave Traffic, 1910 done at Lake Success on 4 May 1949.

40. International Convention for the Suppression of the Traffic in Women and Children opened for signature at Geneva on 30 September 1921.

41. International Convention with the Object of Securing the Abolition of Slavery and the Slave Trade signed at Geneva on 25 September 1926 and the Protocol amending the Slavery Convention done at New York on 7 December 1953.

42. Convention on the Political Rights of Women done at New York on 31March 1953.

43. Convention on certain questions relating to conflict of nationality laws done at the Hague on 12 April 1930.

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

44. International Protocol Relating to Military Obligations in Cases of Double Nationality, done at the Hague on 12 April 1930.

45. International Protocol on Certain Cases of Statelessness done at the Hague on 12 April 1930.

46. Special Protocol Concerning Statelessness done at the Hague on 12 April 1930.

***1686** 47. Convention relating to the Status of Stateless Persons done at New York on 28 September 1954.

48. Convention on the Reduction of Statelessness done at the Hague on 30 August 1961.

49. Supplementary Convention on the Abolition of Slavery, the Slave Trade and Institutions and Practices similar to Slavery done at Geneva on 7 September 1956.

50. Convention on Consent to Marriage, Minimum Age for Marriage and Registration of Marriages opened for signature at New York on 7 November 1962.

51. International Convention on the Elimination of All Forms of Racial Discrimination opened for signature at New York on 21 December 1965.

52. Convention on the Elimination of All Forms of Discrimination Against Women concluded at New York on 18 December 1979.

H. Intellectual Property

53. Convention for the Protection of Industrial Property done at Paris on 20 March 1883 as amended at Stockholm on 14 July 1967.

54. Convention for the Protection of Literary and Artistic Works done at Berne on 9 September 1886 as amended on 2 October 1979 at Paris; together with the Additional Act done at Paris 1896; the Revising Convention done at Berlin on 13 November 1908 and its Protocol done at Berne on 20 March 1914; and the Revising Conventions done at Rome on 2 June 1928 and at Brussels on 26 June 1948.

55. Universal Copyright Convention done at Geneva on 6 September 1952 and its Protocols, Geneva 1952, as amended on 24 July 1971 at Paris.

56. Convention for the Protection of Producers of Phonograms Against Unauthorized Duplication of their Phonograms done at Geneva on 29 October 1971.

57. Patent Co-operation Treaty done at Washington on 19 June 1970 as amended on 28 September 1979 and modified on 3 February 1984

I. International Crime

58. Convention on the Prevention and Punishment of the Crime of Genocide done at Paris on 9 December 1948.

59. International Agreement for the Suppression of Obscene Publications done at Paris on 4 May 1910 and its Protocol done at Lake Success on 4 May 1949.

60. International Convention for the Suppression of the Circulation of and Traffic in Obscene Publications done at Geneva on 12 September 1923 and Protocol done at Lake Success on 12 November 1947.

61. Convention on Offences and Certain Other Acts committed on Board Aircraft done at Tokyo on 14 September 1963.

62. Convention for the Suppression of Unlawful Seizure of Aircraft done at the Hague on 16 December 1970.

63. Convention for the Suppression of Unlawful Acts Against the Safety of Civil Aviation done at Montreal on 23 September 1971.

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

64. Convention on the Prevention and Punishment of Crimes Against Internationally Protected Persons, including Diplomatic Agents done at New York on 14 December 1973.

65. International Convention Against the Taking of Hostages done at New York on 17 December 1979.

66. Convention on the Transfer of Sentenced Persons signed at Strasbourg on 21 March 1983.

67. Montreal Protocol for the Suppression of Unlawful Acts of Violence at Airports serving International Civil Aviation done at Montreal on 24 February 1988.

68. Convention on the Marking of Plastic Explosives for the Purpose of Detection done at Montreal on 1 March 1991.

J. International Labour Conventions

69. Unemployment Convention (ILC No. 2), Washington, 28.11.1919.

70. Maternity Protection Convention (ILC No. 3), Washington, 28.11.1919.

71. Minimum Age (Industry) Convention (ILC No.5), Washington, 28.11.1919.

72. Minimum Age (Sea) Convention (ILC No.7), Genoa, 9.7.1920.

73. Unemployment Indemnity (Shipwreck) Convention (ILC No. 8), Genoa, 9.7.1920.

74. Minimum Age (Trimmers and Stokers) Convention (ILC No. 15), Geneva, 11.11.1921.

75. Medical Examination of Young Persons (Sea) Convention (ILC No.16), Geneva, 11.11.1921.

76. Right of Association (Agriculture) Convention (ILC No.11), Geneva, 12.11.1921.

77. Minimum Age (Agriculture) Convention (ILC No.10), Geneva, 16.11.1921.

78. Weekly Rest (Industry) Convention (ILC No.14), Geneva, 17.11 1921.

79. Workmen's Compensation (Agriculture) Convention (ILC No.12), Geneva, 12.11.1921.

80. Equality of Treatment (Accident Compensation) Convention (ILC No.19), Geneva, 5.6.1925.

81. Workmen's Compensation (Accidents) Convention (ILC No.17), Geneva, 10.6.1925.

82. Repatriation of Seamen Convention (ILC No.23), Geneva, 23.6.1926.

83. Seamen's Articles of Agreement Convention (ILC No.22), Geneva 24.6.1926.

***1687** 84. Forced Labour Convention (ILC No. 29), Geneva, 28.6. 1930.

85. Protection against Accidents (Dockers) Convention (Revised) (ILC No. 32), Geneva, 27.4.1932.

86. Workmen's Compensation (Occupational Diseases) Convention (Revised) (ILC No. 42), Geneva, 21.6.1934.

87. Underground Work (Women) Convention (ILC No. 45), Geneva, 21.6.1935.

88. Recruiting of Indigenous Workers Convention (ILC No. 50), Geneva 20.6.1936.

89. Minimum Age (Sea) Convention (Revised) (ILC No. 58), Geneva, 24.10.1936.

90. Minimum Age (Industry) Convention (Revised) (ILC No. 59), Geneva, 22.6.1937.

91. Contracts of Employment (Indigenous Workers) Convention (ILC No. 64),

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

Geneva, 27.6.1939.

92. Penal Sanctions (Indigenous Workers) Convention (ILC No. 65), Geneva, 27.6.1939.

93. Certification of Able Seamen Convention (ILC No. 74), Seattle, 29.6.1946.

94. Labour Inspection Convention (ILC No. 81), Geneva, 11.7.1947

95. Social Policy (Non-Metropolitan Territories) Convention (ILC No.82), Geneva 11.7.1947.

96. Right of Association (Non-Metropolitan Territories) Convention (ILC No.84), Geneva 11.7.1947.

97. Contracts of Employment (Indigenous Workers) Convention, (ILC No.86), Geneva 11.7.1947.

98. Freedom of Association and Protection of the Right to Organise Convention (ILC No.87), San Francisco, 9.7.1948.

99. Night Work of Young Persons (Industry) Convention (Revised) (ILC No.90), San Francisco, 10.7.1948.

100. Accommodation of Crews Convention (Revised) (ILC No.92), Geneva, 18.6.1949.

101. Migration for Employment Convention (Revised) (ILC No.97), Geneva, 1.7.1949.

102. Right to Organise and Collective Bargaining Convention (ILC No.98), Geneva, 1.7.1949.

103. Holidays with Pay (Agriculture) Convention (ILC No.101), Geneva, 26.6.1952.

104. Abolition of Forced Labour Convention (ILC No.105), Geneva, 25.6.1957.

105. Seafarers' Identity Documents Convention (ILC No.108), Geneva 13.5.1958.

106. Radiation Protection Convention (ILC No.115), Geneva, 22.6.1960.

107. Employment Policy Convention (ILC No. 122), Geneva, 9.7.1964.

108. Medical Examination of Young Persons (Underground Work) Convention (ILC No. 124), Geneva, 23.6.1965.

109. Accommodation of Crews (Supplementary Provisions) Convention (ILC No.133), Geneva, 30.10.1970.

110. Rural Workers' Organisations Convention (ILC No.141), Geneva, 23.6.1975.

111. Human Resources Development Convention (ILC No.142), Geneva, 23.6.1975.

112. Tripartite Consultation (International Labour Standards) Convention (ILC No. 144), Geneva, 21.6.1976.

113. Merchant Shipping (Minimum Standards) Convention (ILC No. 147), Geneva, 29.10.1976.

114. Working Environment (Air Pollution, Noise and Vibration) Convention (ILC No. 148), Geneva, 20.6.1977.

115. Labour Administration Convention (ILC No.150), Geneva, 26.6.1978.

116. Labour Relations (Public Service) Convention (ILC No.151), Geneva, 27.6. 1978.

117. Labour Statistics Convention (ILC No.160), Geneva, 25.6.1985.

K. Marine Pollution

118. International Convention Relating to Intervention on the Seas in cases

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

of Oil Pollution Casualties done at Brussels on 29 November 1969 and the Protocol done at London on 2 November 1973.

119. International Convention on Civil Liability for Oil Pollution Damage done at Brussels on 29 November 1969 and its Protocol done at London on 19 November 1976.

120. International Convention on the Establishment of an International Fund for Compensation for Oil Pollution Damage done at Brussels on 18 December 1971 and the Protocol done at London on 19 November 1976.

121. Convention on the Prevention of Marine Pollution by Dumping of Wastes and Other Matter done at London on 29 December 1972; 1978 Amendments to Annexes I and II Concerning Incineration at Sea; 1978 Amendments Concerning Settlement of Disputes; 1980 Amendments to Annexes I and II Concerning Lists of Substances; and 1989 Amendments to Annex III.

122. International Convention for the Prevention of Pollution from Ships done at London on 2 November 1973; Protocol done at London on 17 February 1978; and Annexes III and V to the Convention as modified by the Protocol of 1978.

L. Merchant Shipping

123. International Convention for the Unification of Certain Rules of Law relating to Assistance and Salvage at Sea done at Brussels on 23 September 1910.

***1688** 124. International Convention for the Unification of Certain Rules of Law respecting Collisions between Vessels done at Brussels on 23 September 1910.

125. Convention and Statute on Freedom of Transit done at Barcelona on 20 April 1921.

126. Convention and Statute on the Regime of Navigable Waterways of International Concern done at Barcelona on 20 April 1921.

127. Declaration Recognising the Right to a Flag of States Having No Sea-coast done at Barcelona on 20 April 1921.

128. Convention and Statute on the International Regime of Maritime Ports done at Geneva on 9 December 1923.

129. International Convention for the Unification of Certain Rules of Law relating to Bills of Lading done at Brussels on 25 August 1924 and its 1968 and 1979 Protocols.

130. International Convention on Certain Rules concerning Civil Jurisdiction in Matters of Collision done at Brussels on 10 May 1952.

131. International Convention for the Unification of Certain Rules relating to Penal Jurisdiction in Matters of Collision or other Incidents of Navigation done at Brussels on 10 May 1952.

132. International Convention relating to the Arrest of Sea-going Ships done at Brussels on 10 May 1952.

133. Convention on Limitation of Liability of Owners of Sea-going Ships done at Brussels on 10 October 1957.

134. Convention on Facilitation of International Maritime Traffic done at London on 9 April 1965, as amended by the 1969, 1973, 1977 and 1986 Amendments.

135. International Convention on Load Lines done at London on 5 April 1966, as amended by the 1971, 1975 and 1979 Amendments.

136. International Convention on Tonnage Measurement of Ships done at London on 23 June 1969.

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

137. Special Trade Passenger Ships Agreement done at London on 6 October 1971 and its 1973 Protocol on Space Requirements for Special Trade Passenger Ships.
138. Convention on the International Regulations for Preventing Collisions at Sea done at London on 20 October 1972 and the Amendment done on 19 November 1981.
139. International Convention for Safe Containers done at Geneva on 2 December 1972.
140. Convention on a Code of Conduct for Liner Conferences done at Geneva on 6 April 1974.
141. Convention relating to the Carriage of Passengers and their Luggage by Sea done at Athens on 13 December 1974 and its 1976 Protocol.
142. International Convention for the Safety of Life at Sea done at London on 1 November 1974 and its 1981, 1983 and 1988 Amendments to its Protocol done on 1 June 1978 and the 1981 Amendments to the 1978 Protocol.
143. Convention on Limitation of Liability for Maritime Claims done at London on 19 November 1976.
144. International Convention on Standards of Training, Certification and Watchkeeping for Seafarers done at London on 7 July 1978 and the 1995 Amendments.
145. International Convention on Maritime Search and Rescue done at Hamburg on 27 April 1979.
146. International Convention on Salvage done at London on 28 April 1989.

M. Political and Diplomatic

147. International Convention for the Pacific Settlement of International Disputes done at the Hague on 29 July 1899.
148. Convention on the Pacific Settlement of International Disputes signed at the Hague on 18 October 1907.
149. Convention for the Unification of certain rules concerning the immunity of state-owned vessels 1926 done at Brussels on 10 April 1926 and its Protocol done on 14 May 1934.
150. Regime of the Straits (of the Dardanelles) done at Montreux on 20 July 1936.
151. Charter of the United Nations done at San Francisco on 26 June 1945.
152. Statute of the International Court of Justice done at San Francisco on 26 June 1945.
153. (General) Convention on the Privileges and Immunities of the United Nations done at London on 13 February 1946.
154. Convention on the Privileges and Immunities of the Specialised Agencies of the United Nations done at New York on 21 November 1947.
155. Convention on the High Seas done at Geneva on 29 April 1958.
156. Convention on the Territorial Sea and Contiguous Zone done at Geneva on 29 April 1958.
157. Convention on Fishing and Conservation of the Living Resources of the High Seas done at Geneva on 29 April 1958.
158. Convention on Continental Shelf done at Geneva on 29 April 1958.
159. Law of the Sea - Protocol on Compulsory Settlement of Disputes, Geneva 29 April 1958.
160. Convention on Diplomatic Relations done at Vienna on 18 April 1961, and

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the Optional Protocol on compulsory settlement of Disputes, Vienna 18 April 1961.

***1689** 161. Convention on Consular Relations done at Vienna on 24 April 1963, and the Optional Protocol on Compulsory Settlement of Disputes, Vienna 24 April 1963.

162. European Convention on State Immunity signed at Basle on 16 May 1972.

N. Postal

163. Postal Parcels Agreement with Final Protocol and Detailed Regulations with Final Protocol, Seoul 1994 and the Postal Operations Council Session in Berne, February 1995.

164. General Regulations of the Universal Postal Union with final Protocol and Annex, Hamburg 1984.

165. Universal Postal Convention with Final Protocol and Detailed Regulations, Hamburg 1984.

166. Giro Agreement and Detailed Regulations done at Hamburg on 27 July 1984.

167. General Regulations of the Universal Postal Union with Final Protocol and Annex, Washington 1989.

168. Universal Postal Union Convention with Final Protocol and Detailed Regulations, Washington 1989.

169. Universal Postal Convention with Final Protocol and Detailed Regulations with Final Protocol, Seoul 1994 and the Postal Operations Council Session in Berne, February 1995.

170. General Regulations of the Universal Postal Union and Annex, Seoul 1994.

O. Private International Law

171. Protocol on Arbitration Clauses signed at Geneva on 24 September 1923.

172. Execution of Foreign Arbitral Awards signed at Geneva on 26 September 1927.

173. Convention on the Recognition and Enforcement of Foreign Arbitral Awards done at New York on 10 June 1958.

174. Convention Abolishing the Requirement for Legalisation for Foreign Public Documents done at the Hague on 5 October 1961.

175. Convention on the Conflicts of Laws relating to the form of Testamentary Dispositions done at the Hague on 5 October 1961.

176. Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters done at the Hague on 15 November 1965.

177. Convention on the Taking of Evidence Abroad in Civil or Commercial Matters done at the Hague on 18 March 1970.

178. Convention on the Recognition of Divorces and Legal Separations done at the Hague on 1 June 1970.

179. Convention on the Law Applicable to Trusts and on their Recognition done at the Hague on 1 July 1985.

180. Convention on the Civil Aspects of International Child Abduction done at the Hague on 25 October 1985.

P. Science and Technology

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

181. Convention on Third Party Liability in the Field of Nuclear Energy done at Paris on 29 July 1960 with its Additional Protocol done at Paris on 28 January 1964, as amended by the 1982 Protocol.

182. Treaty on Principles Governing the Activities of States in the Exploration and Use of Outer Space, including the Moon and other Celestial Bodies done at London/Moscow/Washington on 27 January 1967.

183. Agreement on the Rescue of Astronauts, the Return of Astronauts and the Return of Objects Launched into Outer Space done at London, Moscow and Washington on 22 April 1968.

184. Convention on International Liability for Damage Caused by Space Objects done at London, Moscow and Washington on 29 March 1972.

185. Convention on the Registration of Objects Launched into Outer Space done at New York on 12 November 1974.

Q. Telecommunications

186. Convention for the Protection of Submarine Cables done at Paris on 14 March 1884 as amended by the Declaration on the Protection of Submarine Cables done at Paris on 1 December 1886 and the Protocol on the Protection of Submarine Cables done at Paris on 7 July 1887.

187. US-Commonwealth Telecommunications Agreement and Supplementary Agreement, done at London on 12 August 1949.

188. The Supplementary Agreement revising Article 2 of the US-Commonwealth Telecommunications Agreement and Supplementary Agreement done at London on 1 October 1952.

189. International Agreement on the use of INMARSAT ship earth stations within the Territorial Sea and Ports done at London on 16 October 1985.

R. Trade

190. International Convention Relating to International Exhibitions done at Paris on 22 November 1928 and its Protocols done at Paris on 10 May 1948, 16 November 1966, 30 November 1972, and amendments done on 24 June 1982.

191. Agreement on import licensing procedures done at Geneva on 12 April 1979.

192. Agreement on Technical Barriers to Trade done at Geneva on 12 April 1979.

193. Agreement on Government Procurement done at Geneva on 12 April 1979.

***1690** 194. Agreement on Interpretation and Application of Articles VI, XVI, XXIII of General Agreement on Tariffs and Trade, 1947 done at Geneva on 12 April 1979.

195. Agreement on Implementation of Article VI of the General Agreement on Tariffs and Trade, 1947 done at Geneva on 12 April 1979.

196. Agreement on Implementation of Article VII of the General Agreement on Tariffs and Trade, 1947 done at Geneva on 12 April 1979, and its Protocol done at Geneva on 1 November 1979.

S. Transport

197. Convention and annexes - conditions for the development and safety of international road traffic by the establishment of certain uniform rules done at Geneva on 19 September 1949.

T. Warfare and Disarmament

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

198. Convention and Annexes for the Amelioration of the Condition of Wounded and Sick in Armed Forces in the Field done at Geneva on 12 August 1949.

199. Convention and Annex for the Amelioration of the Condition of Wounded, Sick and Shipwrecked Members of Armed Forces at Sea done at Geneva on 12 August 1949.

200. Convention and Annexes on the Treatment of Prisoners of War done at Geneva on 12 August 1949.

201. Convention and Annexes on the Protection of Civilian Persons in Time of War done at Geneva on 12 August 1949.

202. Treaty on the Non-proliferation of Nuclear Weapons done at London/Moscow/Washington on 1 July 1968.

203. Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on their Destruction done at London/Moscow/Washington on 10 April 1972.

204. Prohibition of Military or any other Hostile Use of Environmental Modification Techniques signed at Geneva and New York on 10 December 1976.

205. Protocol for the Prohibition of the Use in War of Asphyxiating Poisonous or Other Gases etc done at Geneva on 17 June 1925.

206. Treaty on the Prohibition of the Emplacement of Nuclear Weapons and Other Weapons of Mass Destruction on the Seabed and the Ocean Floor and in the Subsoil Thereof, done at London/Moscow/Washington on 11 February 1972.

U. List of Other International Instruments Establishing International Organizations

207. Asian Development Bank (ADB)

Agreement Establishing the Asian Development Bank done at Manila on 4 December 1965.

208. Asia-Pacific Telecommunity (APT)

Constitution of the Asia-Pacific Telecommunity done at Bangkok on 27 March 1976.

209. Asian Productivity Organisation (APO)

Asian Productivity Convention done at Manila on 14 April 1961.

210. Customs Co-operation Council (CCC)

International Convention Establishing a Customs Co-operation Council done at Brussels on 15 December 1950.

211. Food and Agriculture Organisation (FAO)

Constitution of the Food and Agriculture Organisation done at Quebec on 16 October 1945.

212. General Agreement on Tariffs and Trade (GATT)/World Trade Organisation (WTO)

General Agreement on Tariffs and Trade done at Geneva on 30 October 1947.

Agreement Establishing the World Trade Organisation done at Marrakesh on 15 December 1993.

213. Indo-Pacific Fisheries Council (IPFC)

Agreement for the establishment of the Indo-Pacific Fisheries Council done at Baguio on 26 February 1948.

214. International Atomic Energy Agency (IAEA)

Statute of the International Atomic Energy Agency done at New York on 26 October 1956.

215. International Bank for Reconstruction and Development (IBRD)

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

Articles of Agreement of the International Bank for Reconstruction and Development done at Washington on 27 December 1945.

216. International Development Association (IDA)

Articles of Agreement of the International Development Association done at Washington on 26 January 1960.

***1691** 217. International Finance Corporation (IFC)

Articles of Agreement of the International Finance Corporation done at Washington on 25 May 1955.

218. International Hydrographic Organisation (IHO)

Convention on the International Hydrographic Organisation done at Monaco on 3 May 1967.

219. International Labour Organisation (ILO)

Constitution of the International Labour Organisation done at Versailles on 28 June 1919.

220. International Maritime Organisation (IMO)

Convention on the International Maritime Organisation done at Geneva on 6 March 1948.

221. International Mobile Satellite Organisation (Inmarsat)

Convention on the International Maritime Satellite Organisation done at London on 3 September 1976.

222. International Monetary Fund (IMF)

Articles of Agreement of the International Monetary Fund done at Washington on 27 December 1945, together with the First Amendment done at Washington 1968 and the Second Amendment done at Washington 1976.

223. International Telecommunications Satellite Organisation (INTELSAT)

Agreement relating to the International Telecommunications Satellite Organisation (INTELSAT) done at Washington on 20 August 1971.

224. International Telecommunication Union (ITU)

Constitution and Convention of the International Telecommunication Union done at Geneva on 22 December 1992, and at Kyoto in 1994.

225. International Textiles and Clothing Bureau (ITCB)

Agreement Establishing the International Textiles and Clothing Bureau done at Geneva on 21 May 1984.

226. Multilateral Investment Guarantee Agency (MIGA)

Convention Establishing the Multilateral Investment Guarantee Agency done at Seoul on 11 October 1985.

227. Network of Aquaculture Centres in Asia and the Pacific (NACA)

Agreement on the Network of Aquaculture Centres in Asia and the Pacific done at Bangkok on 8 January 1988.

228. Universal Postal Union (UPU)

Constitution of the Universal Postal Union, Vienna 1964 as amended by the 1969 Tokyo, 1974 Lausanne, 1984 Hamburg, 1989 Washington and 1994 Seoul Additional Protocols.

229. World Health Organisation (WHO)

Constitution of the World Health Organisation done at New York on 22 July 1946.

230. World Intellectual Property Organisation (WIPO)

Convention Establishing the World Intellectual Property Organisation done at Stockholm on 14 July 1967 as amended in 1979.

231. World Meteorological Organisation (WMO)

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

Constitution of the World Meteorological Organisation done at Washington on 11 October 1947.
36 I.L.M. 1671 (1997)
END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.