**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| VS. | : | |
| | : | |
| TL TOYS HK, LTD. | : | |
| | : | |
| Defendant. | : | MAY 4, 2007 |

**DEFENDANTS' OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

Defendant TL Toys HK, Ltd. ("TL Toys") hereby opposes and objects to the Motion for Entry of Judgment filed by Plaintiff Chrisha Creations, Ltd. ("Chrisha" or "Plaintiff"). In support of this motion, TL Toys relies upon its Memorandum of Law In Opposition to Motion for Default Judgment. For all the reasons set forth in that Memorandum, TL Toys respectfully requests that the Court deny Chrisha's motion for entry of default judgment and *sua sponte* vacate the clerk's entry of default against TL Toys.

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys



41778835.1

**CERTIFICATION OF SERVICE**

I hereby certify that on May 4, 2007 a copy of foregoing **Defendant's Opposition to Motion for Default Judgment** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)



41778835.1