**PITNEY HARDIN LLP**

(MAIL TO)
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

(DELIVERY TO)
200 CAMPUS DRIVE
FLORHAM PARK, NEW JERSEY 07932-0950
(973) 966-6300
FACSIMILE (973) 966-1015

JEFFREY S. MANDEL

DIRECT DIAL NUMBER
(973) 966-8206

E-MAIL
JMANDEL@PITNEYHARDIN.COM

NEW YORK, NEW YORK
(212) 297-5800
FACSIMILE (212) 916-2940

BRUSSELS, BELGIUM
32-02-514-54-19
FACSIMILE 32-02-514-16-59

December 14, 2006

**VIA FIRST CLASS MAIL**

Stephen J. Smirti, Jr., Esq.
Rivkin Radler LLP
926 Reckson Plaza
Uniondale, New York 11556-0926

*Re:* *Chrisha Creations, Ltd.*

Dear Mr. Smirti:

This law firm represents TL Toys HK, Ltd. ("TL Toys") with respect to certain transactions in the United States. We understand that your local attorney filed, but has not served, a Complaint on behalf of Chrisha Creations, Ltd. ("Chrisha") against TL Toys in the United States District Court for the District of Rhode Island. While we are not authorized to accept service of process in that matter, we wish to notify you that your client owes TL Toys a significant amount of money with respect to other unrelated transactions.

TL Toys renews its request for payment on products accepted by Chrisha and not subject to Chrisha's claim of 'defect.' We believe that TL Toys is due approximately $8 million on these past invoices. TL Toys seeks full payment on all outstanding invoices plus interest. We consider Chrisha's decision to intentionally withhold unrelated payments to be inequitable and in bad faith.

Please feel free to contact me should you wish to discuss.

Very truly yours,

JEFFREY S. MANDEL

1480196A02121406