**PITNEY HARDIN LLP**

(MAIL TO)
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

(DELIVERY TO)
200 CAMPUS DRIVE
FLORHAM PARK, NEW JERSEY 07932-0950
(973) 966-6300
FACSIMILE (973) 966-1015

JEFFREY S. MANDEL

DIRECT DIAL NUMBER
(973) 966-8206

E-MAIL
JMANDEL@PITNEYHARDIN.COM

NEW YORK, NEW YORK
(212) 297-5800
FACSIMILE (212) 916-2940

BRUSSELS, BELGIUM
32-02-514-54-19
FACSIMILE 32-02-514-16-59

December 21, 2006

**VIA FACSIMILE & FIRST CLASS MAIL**

Celeste M. Butera, Esq.
Rivkin Radler LLP
926 Reckson Plaza
Uniondale, New York 11556-0926

*Re:* *Chrisha Creations, Ltd.*

Dear Ms. Butera:

This law firm represents TL Toys HK, Ltd. ("TL Toys) with respect to certain transactions in the United States. We previously forwarded correspondence to Stephen J. Smirti, Jr. of your office based on our understand that he would be appearing on behalf of Chrisha Creations, Ltd. to discuss certain outstanding accounts involving TL Toys. The meeting is being held on December 27, 2006 at 2:00 p.m. at your office at 555 Madison Avenue, New York, New York. I will be in attendance as will John P. Scordo, Esq. of our office.

We are all meeting under the assumption that anything said or done on December 27th, including our clients' attendance, is without waiving any service/jurisdictional defenses, without prejudice to other rights and, if testimonial in nature, inadmissible in any pending and/or future proceeding pursuant to *F.R.E.* 408. If our assumption is incorrect, please notify me in writing by December 22, 2006.

Thank you and we look forward to meeting with you.

Very truly yours,

JEFFREY S. MANDEL

1485405A01122106