# APPENDIX OF UNPUBLISHED AND OTHER AUTHORITIES

Hague Convention reprint, *Martindale-Hubbell International Law Digest* (2006 ed.), p. IC-5 .......... 1

**Hong Kong Orders, Ordinances and Practice Rules**

Rules of High Court, Order 69 .......... 2

Chapter 1, §3 (Interpretation and General Clause Ordinance) .......... 3

Rules of High Court, Order 65 .......... 4

Section 356 .......... 5

Rules of High Court, Order 10 .......... 6

Rules of High Court, Order 7 .......... 7

Practice Direction 24.2 .......... 8

**Unpublished Cases**

*Cablevision of N.J., Inc. v. Pedolsky*, 2007 U.S. Dist. LEXIS 16632 (D.N.J. 2007) .......... 9

*Clarke v. Blais*, 2006 U.S. Dist. LEXIS 21757 (D. Me. 2006) .......... 10

*Dagen v. CTC Grp. Holdings, Ltd.*, 2002 U.S. Dist. LEXIS 25767 (S.D.N.Y. 2002) .......... 11

*Elmet Techs., Inc. v. Advanced Techs. Sys.*, 2006 U.S. Dist. LEXIS 22690 (D. Me. 2006) .......... 12

*Elmet Techs., Inc. v. Advanced Techs. Sys.*, 2006 U.S. Dist. LEXIS 30111 (D. Me. 2006) .......... 13

*Great Works Props. v. Perma Roofing, Inc.*, 2006 U.S. Dist. LEXIS 31911 (D. Me. 2006) .......... 14

*Moreland v. Tohnichi Mfg. Col., Ltd.*, 1995 WL 616667 (N.D. Ill. 1995) .......... 15

*Playboy Enters. v. Asiafocus Int'l*, 1998 U.S. Dist. LEXIS 10359 (D. Va. 1998) .......... 16

*Seiko Epson Corp. v. Glory South Software Mfg., Inc.*, 2007 U.S. Dist. LEXIS 6250 (D. Or. Jan. 24, 2007) .......... 17

*Westvaco Corp. v. Viva Magnetics, Ltd.*, 2002 U.S. Dist. LEXIS 13449 (S.D.N.Y. 2002) .......... 18