雙語法例資料系統 Bilingual Laws Information System

## Whole Enactment Mode

Law Selection Setting: Current English Ord. & Sub. Leg. Back to List of Laws

**CHAPTER CHOSEN:**

- **CAP 4A THE RULES OF THE HIGH COURT**
  - ORDER 69 - SERVICE OF PROCESS FROM A COUNTRY OR PLACE OUTSIDE HONG KONG - 30/03/1999

| | | | |
|---|---|---|---|
| ORDER Num: 69 | | Version Date | 30/03/1999 |
| Heading | SERVICE OF PROCESS FROM A COUNTRY OR PLACE OUTSIDE HONG KONG | Back to Individual Section Format | |

PROVISIONS AS TO PROCEEDINGS OF A COUNTRY
OR PLACE OUTSIDE HONG KONG
(L.N. 39 of 1999)

SERVICE OF PROCESS FROM A COUNTRY OR PLACE OUTSIDE HONG KONG
(L.N. 39 of 1999)

1. Definitions (O. 69, r. 1)

In this Order-
"a convention country" (協約國) means a foreign country in relation to which there subsists a civil procedure convention providing for service in that country of process of the Court of First Instance, and includes a country which is a party to the Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters signed at The Hague on 15 November 1965; (25 of 1998 s. 2)
"process" (法律程序文件) includes a citation;
"process server" (法律程序文件送達人) means the process server appointed under rule 4 or his authorized agent;
"taxing master" (訟費評定官) means a taxing master of the High Court. (25 of 1998 s. 2)

2. Applications (O. 69, r. 2)

This Order applies to the service on a person in Hong Kong of any process in connection with civil or commercial proceedings in a court or tribunal of a country or place outside Hong Kong where the Registrar receives a written request for service-
(a) from the Chief Secretary for Administration with a recommendation by him that service should be effected; (L.N. 362 of 1997)
(b) where the court or tribunal is in a convention country, from a consular or other authority of that country; or
(c) where the court or tribunal is in the Mainland of China, from the judicial authorities of the Mainland of China. (L.N. 39 of 1999)
(L.N. 39 of 1999)

3. Service of process (O. 69, r. 3)

(1) If the request is in a language other than either or both of Hong Kong's official languages, it shall be accompanied by a translation of the request in either of Hong Kong's official languages, 2 copies of the process and, unless the court or tribunal of a country or place outside Hong Kong certifies that the person to be served understands the language of the process, 2 copies of the translation of the process. (L.N. 39 of 1999)
(2) Subject to paragraphs (3) and (5) and to any enactment providing for the manner of service of documents on corporate bodies, the process shall be served by the process server's leaving a copy of the process and a copy of the translation or certificate, as the case may be, with the person to be served.
(3) The provisions of Order 10, rule 1(2)(b) regarding service by insertion through a letter-box shall apply to the service of process from a country or place outside Hong Kong as they apply to the service of writs, except that service may be proved by an affidavit or by a certificate or report in such form as the Registrar may direct. (L.N. 39 of 1999)
(4) The process server shall send to the Registrar a copy of the process and an affidavit, certificate or report proving due service of process or stating the reason why service could not be effected, as the case may be, and shall, if the Court so directs, specify the costs incurred in effecting or attempting to effect service.
(5) Order 65, rule 4 (substituted service) shall apply to the service of process from a country or place outside Hong Kong as it applies to the service of writs, except that the Registrar may make an order for substituted service of process from a country or place outside Hong Kong on the basis of the process server's affidavit, certificate or report, without an application being made to him in that behalf. (L.N. 39 of 1999)
(6) The Registrar shall send a certificate, together with a copy of the process, to the consular or other authority, the judicial authorities of the Mainland of China or the Chief Secretary for Administration, as the case may be, stating- (L.N. 362 of 1997; L.N. 39 of 1999)
(a) when and how service was effected or the reason why service could not be effected, as the case may be;
(b) where appropriate, the amount certified by the taxing master to be the costs of effecting or attempting to effect service.
(7) The certificate under paragraph (6) shall be sealed with the seal of the High Court for use out of the jurisdiction. (25 of 1998 s. 2)

4. Appointment of process server (O. 69, r. 4)

The process server for the purposes of this Order shall be the Chief Bailiff.
(Enacted 1988)

---