雙語法例資料系統
Bilingual Laws Information System

# Whole Enactment Mode

Law Selection Setting: Current English Ord. & Sub. Leg. Back to List of Laws

## CHAPTER CHOSEN:

- **CAP 4A THE RULES OF THE HIGH COURT**
  - ORDER 65 - SERVICE OF DOCUMENTS - 01/07/1997

| | | | |
|---|---|---|---|
| ORDER Num: 65 | | Version Date | 01/07/1997 |
| Heading | SERVICE OF DOCUMENTS | Back to Individual Section Format | |

Remarks
Adaptation amendments retroactively made - see 25 of 1998 s. 2

1. When personal service required (O. 65, r. 1)

(1) Any document which by virtue of these rules is required to be served on any person need not be served personally unless the document is one which by an express provision of these rules or by order of the Court is required to be so served.
(2) Paragraph (1) shall not affect the power of the Court under any provision of these rules to dispense with the requirement for personal service.

2. Personal service: how effected (O. 65, r. 2)

Personal service of a document is effected by leaving a copy of the document with the person to be served.

3. Personal service on body corporate (O. 65, r. 3)

(1) Personal service of a document on a body corporate may, in cases for which provision is not otherwise made by any written law, be effected by serving it in accordance with rule 2 on the chairman or president of the body, or the clerk, secretary, treasurer or other similar officer thereof.
(2) Where a writ is served on a body corporate in accordance with Order 10, rule 1(2), that rule shall have effect as if for the reference to the usual or last known address of the defendant there were substituted a reference to the registered or principal office of the body corporate and as if for the reference to the knowledge of the defendant there were substituted a reference to the knowledge of a person mentioned in paragraph (1).

4. Substituted service (O. 65, r. 4)

(1) If, in the case of any document which by virtue of any provision of these rules is required to be served personally or in the

case of a document to which Order 10, rule 1, applies, it appears to the Court that it is impracticable for any reason to serve that document in the manner prescribed on that person, the Court may make an order for substituted service of that document.

(2) An application for an order for substituted service may be made by an affidavit stating the facts on which the application is founded.

(3) Substituted service of a document, in relation to which an order is made under this rule, is effected by taking such steps as the Court may direct to bring the document to the notice of the person to be served.

5. Ordinary service: how effected (O. 65, r. 5)

(1) Service of any document, not being a document which by virtue of any provision of these rules is required to be served personally or a document to which Order 10, rule 1, applies, may be effected-

(a) by leaving the document at the proper address of the person to be served, or

(b) by post, or

(c) where the proper address for service includes a numbered box at a document exchange, by leaving the document at that document exchange or at a document exchange which transmits documents every business day to that document exchange, or

(d) in such other manner as the court may direct.

In these rules "document exchange" (文件轉遞處) means any document exchange, or exchanges under the control of the same operator, for the time being approved by the Chief Justice. (L.N. 223 of 1995)

(2) For the purposes of this rule, and of section 8 of the Interpretation and General Clauses Ordinance (Cap 1), in its application to this rule, the proper address of any person on whom a document is to be served in accordance with this rule shall be the address for service of that person, but if at the time when service is effected that person has no address for service his proper address for the purposes aforesaid shall be-

(a) in any case, the business address of the solicitor (if any) who is acting for him in the proceedings in connection with which service of the document in question is to be effected, or

(b) in the case of an individual, his usual or last known address, or

(c) in the case of individuals who are suing or being sued in the name of a firm, the principal or last known place of business of the firm within the jurisdiction, or

(d) in the case of a body corporate, the registered or principal office of the body.

(2A) Any such document which is left at a document exchange in accordance with paragraph (1)(c) shall, unless the contrary is proved, be deemed to have been served on the business day following the day on which it is left.

(3) Nothing in this rule shall be taken as prohibiting the personal service of any document or as affecting any enactment which provides for the manner in which documents may be served on bodies corporate.

(4) In this rule "business day" (工作天) means a day other than a general holiday.

6. Service on Secretary for Justice in proceedings which are not by or against the Crown (O. 65, r. 6)

Where for the purpose of or in connection with any proceedings in the High Court, not being civil proceedings by or against the Crown within the meaning of Part III of the Crown Proceedings Ordinance (Cap 300), any

document is required by any written law or these rules to be served on the Secretary for Justice, section 14 of the said Ordinance and Order 77, rule 4, shall apply in relation to the service of the document as they apply in relation to the service of documents required to be served on the Crown for the purpose of or in connection with any civil proceedings by or against the Crown.
(L.N. 362 of 1997; 25 of 1998 s. 2)

7. Effect of service after certain hours (O. 65, r. 7)

Any document (other than a writ of summons or other originating process) service of which is effected under rule 2 or under rule 5(1)(a) between 1 p.m. on a Saturday and midnight on the following day or after four in the afternoon on any other weekday shall, for the purpose of computing any period of time after service of that document, be deemed to have been served on the Monday following that Saturday or on the day following that other weekday, as the case may be.

8. Affidavit of service (O. 65, r. 8)

Except as provided in Order 10, rule 1(3)(b) and Order 81, rule 3(2)(b), an affidavit of service of any document must state by whom the document was served, the day of the week and date on which it was served, where it was served and how.

9. No service required in certain cases (O. 65, r. 9)

Where by virtue of these rules any document is required to be served on any person but it is not required to be served personally or in accordance with Order 10, rule 1(2), and at the time when service is to be effected that person is in default as to acknowledgment of service or has no address for service, the document need not be served on that person unless the Court otherwise directs or any of these rules otherwise provides.

10. Service of process on Sunday (O. 65, r. 10)

(1) No process shall be served or executed within the jurisdiction on a Sunday, except, in case of urgency, with the leave of the Court.
(2) For the purposes of this rule "process" (法律程序文件) includes a writ, judgment, notice, order, petition, originating or other summons or warrant.
(Enacted 1988)