雙語法例資料系統
Bilingual Laws Information System

## Whole Enactment Mode

Law Selection Setting: Current English Ord. & Sub. Leg.

Back to List of Laws

**CHAPTER CHOSEN:**

- **CAP 32 COMPANIES ORDINANCE**
  - Section 356 - Service of documents on company - 30/06/1997

| | | | |
|---|---|---|---|
| Section Num: | 356 | Version Date | 30/06/1997 |
| Heading | Service of documents on company | | Back to Individual Section Format |

Service of Documents and Legal Proceedings

A document may be served on a company by leaving it at or sending it by post to the registered office of the company.
[cf. 1929 c. 23 s. 370 U.K.]