# PRACTICE DIRECTION – 24.2

## ENDORSEMENTS IN THE CHINESE LANGUAGE TO BE MADE ON COURT DOCUMENTS

1. This Practice Direction shall apply to the court forms set out in App.A to the Rules of the Supreme Court Cap.4) and in the Second Schedule to the District Court Civil Procedure (Forms) Rules (Cap.336).

2. This Practice Direction shall apply to a party or intending party to an action proposing to serve a court form on a party or intended party who is likely to be Chinese-speaking and who may not be proficient in English.

3. The party or intending party proposing to serve in the circumstances set out in para.2 hereof shall:

(a) ensure that the court form is accompanied by the appropriate Chinese language version as set out in the respective rules of court referred to in para.1 hereof;

(b) ensure that the Chinese language version is completed as to formal particulars identifying the cause and giving the names and addresses of parties and relevant dates;

(c) where there is no prescribed Chinese language version of a particular court form, ensure that a brief explanation in Chinese of the purpose of the form is prominently endorsed upon it;

(d) where the form requires the completion of other than formal particulars, as set out in the First and Second Schedules hereto, include a summary in Chinese of the relief claimed or other particulars required; and

(e) ensure in any event that the dates and effects of any time limit sought to be imposed are briefly explained in Chinese.

4. Every court form intended to be served in the circumstances set out in para.2 hereof shall in addition be prominently endorsed in Chinese with the following:

> 因這是法律文件，忽視它可帶來嚴重的後果。如有疑問，請儘早向發出文件的法庭登記處(地址)查詢。你亦應考慮聽取律師的意見或是申請法律援助。
>
> (This is legal document. The consequences of ignoring it may be serious. If in doubt, you should enquire as soon as possible at the Registry of the Court issuing the

**document, namely (insert address). You should also consider taking the advice of a solicitor or applying for legal aid.)**

5. **This Practice Direction shall have effect from 1 October 1991.**

www. judiciary. gov. hk

http://legalref.judiciary.gov.hk/lrs/common/search/search_result_detail_frame.jsp?DIS=2538&QS=%28service%29&TP=OT&General=1&currpage=T