LEXSEE 2006 US DIST LEXIS 30111

**ELMET TECHNOLOGIES, INC., Plaintiff v. ADVANCED TECHNOLOGIES SYSTEMS, INC., et al., Defendant**

**No. 05-200-P-S**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE**

**2006 U.S. Dist. LEXIS 30111**

**May 12, 2006, Decided**

**SUBSEQUENT HISTORY:** Magistrate's recommendation at, Summary judgment proceeding at Elmet Techs. v. Advanced Techs. Sys., 2007 U.S. Dist. LEXIS 349 (D. Me., Jan. 3, 2007)

**PRIOR HISTORY:** Elmet Techs., Inc. v. Advanced Techs. Sys., 2006 U.S. Dist. LEXIS 22690 (D. Me., Apr. 24, 2006)

**COUNSEL:** [*1] For ELMET TECHNOLOGIES INC, Plaintiff: RANDALL B. WEILL, STEPHEN DOUGLAS WILSON, PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP, PORTLAND, ME.

For ALEXANDER J GEMMA, Defendant: GLENN ISRAEL, BERNSTEIN, SHUR, PORTLAND, ME.

For BIG SKY ENGINEERING INC, Defendant: BRIAN NOWICKI, LEWIS BEILIN, REINHART, BOERNER, VAN, DEUREN, MADISON, WI; JEFFREY BENNETT, BENNETT LAW FIRM, P.A., PORTLAND, ME; JONATHAN W. BROGAN, NORMAN, HANSON & DETROY, PORTLAND, ME; LANCE E. WALKER, NORMAN, HANSON & DETROY, PORTLAND, ME.

For INSPIRED AUTOMATION INC, Defendant: JOHN F. LAMBERT, JR., TERESA M. CLOUTIER, LAMBERT, COFFIN, PORTLAND, ME.

For BIG SKY ENGINEERING INC, Cross Claimant: JONATHAN W. BROGAN, NORMAN, HANSON & DETROY, PORTLAND, ME; LANCE E. WALKER, NORMAN, HANSON & DETROY, PORTLAND, ME.

**JUDGES:** George Z. Singal, Chief United States District Judge.

**OPINION BY:** George Z. Singal

**OPINION:**

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 47) filed April 24, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Defendant Gemma's Motion to Set Aside Default [*2] (Docket No. 38) is GRANTED. Defendant Gemma is to file his Answer within three business days of the date of this order. Plaintiff's Motion for Default Judgment (Docket No. 33) is MOOT.

/s/ George Z. Singal

Chief United States District Judge