06-147

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. CIVIL ACTION NO. 06-499S

TL TOYS HK, LTD.

MOTION TO CONTINUE

Now comes the plaintiff in the above matter and moves to continue the hearings on the plaintiff's motion for default judgment and the defendant's motion to set aside default to May 18, 2007 at 2:00 p.m. The motions are currently scheduled for hearing on May 14, 2007 at 10:00 a.m. The plaintiff requests the continuance because of travel considerations of plaintiff's counsel. The defendant has no objection to this motion.

/s/ Thomas C. Plunkett #1662

KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
TEL (401) 831-2900
FAX (401 331-7123

**Notice will be electronically mailed to:**

**Celeste M. Butera** **celeste.butera@rivkin.com**

**Jason B. Gurdus** **jason.gurdus@rivkin.com**

**Joseph K. Scully** **JKScully@DayPitney.com**

**Stephen J. Smirti, Jr.** **Stephen.smirti@rivkin.com**

**Jeffrey S. Mandel** **JSMandel@DayPitney.com**