## TABLE OF AUTHORITIES

### CASES

*In re American International Group, Inc.*, 2007 U.S. Dist. LEXIS 15624 (S.D.N.Y. 2007) ....................4

*American Metals Service Export Co. v. Ahrens Aircraft, Inc.*, 666 F.2d 718 (1st Cir. 1981) ....................17, 18

*Balcom v. Hiller*, 46 Cal. App. 4th 1758, 54 Cal. Rptr. 2d 536 (Cal. Ct. App. 1996) ....................4, 9

*Banco Balboa v. Family Rests. Inc.*, 285 F.3d 111 (1st Cir. 2002) ....................20, 21

*Brockton Savings Bank v. Peat, Marwick, Mitchell & Co.*, 771 F.2d 5 (1st Cir. 1985) ....................21, 22

*Burda Media, Inc. v. Viertel*, 417 F.3d 292 (2d Cir. 2005)....................10, 11

*Cassidy v. Tenorio*, 856 F.2d 1412, 1416 (9th Cir. 1988) ....................18

*Consolidated Masonry & Fireproofing, Inc. v. Wagman Construction Corp.*, 383 F.2d 249 (4th Cir. 1967) ....................17

*Dagen v. CFC Group Holdings, Ltd.*, 2002 U.S. Dist. LEXIS 25767 (S.D.N.Y. 2002) ....................6

*Denlinger v. Chinadotcom Corp.*, 110 Cal. App. 4th 1396, 2 Cal. Rptr. 3d 530 (Cal. Ct. App. 2003) ....................6

*Dundee Cement Co. v. Howard Pipe & Concrete Products, Inc.*, 722 F.2d 1319 (7th Cir. 1983) ....................22

*Federal Deposit Ins. Corp. v. Myerson*, 1992 U.S. App. LEXIS 28631 (9th Cir. 1992) ....................18

*Fox v. Regie Nationale Des Usines Renault*, 103 F.R.D. 453 (W.D. Tenn. 1984) ....................10

*Friedman v. Israel Labour Party*, 1997 U.S. Dist. LEXIS 9204 (E.D. Pa. 1997) ....................2

*Greene v. Le Dorze*, 1998 U.S. Dist. LEXIS 4093 (N.D. Tex. 1998) ....................10

*Hasbro, Inc. v. Chang*, 2006 U.S. Dist. LEXIS 35529 (D.R.I. 2006) ....................22

*Howard Johnson International, Inc. v. Wang*, 7 F. Supp. 2d 336 (S.D.N.Y. 1998) ....................19

*IM Partners v. Debit Direct Limited*, 394 F. Supp. 2d 503 (D. Conn. 2005) ................................4

*Jeri-Jo Knitwear, Inc. v. E.S. Sutton, Inc.*, 1995 U.S. Dist. LEXIS 18035
(S.D.N.Y. 1995) ........................................................................................................15

*Kadota v. Hogosai*, 125 Ariz. 131, 608 P.2d 68 (Ariz. Ct. App. 1980).....................................4, 9

*Katahdin Paper Company LLC v. U & R Systems Inc.*, 231 F.R.D. 110
(D. Me. 2005)........................................................................................................21, 22

*Koehler v. Dodwell*, 152 F.3d 304 (4th Cir. 1998) .........................................................................3

*Kumar v. Ford*, 111 F.R.D. 34 (S.D.N.Y. 1986) ..........................................................................14

*Lemme v. Wine of Japan Import, Inc.*, 631 F. Supp. 456 (E.D.N.Y. 1986)..................................11

*Libertad v. Sanchez*, 215 F.3d 206 (1st Cir. 2000) .........................................................................21

*O'Brien v. R.J. O'Brien & Assocs.*, 998 F.2d 1394 (7th Cir. 1993) .............................................14

*Overseas Food Trading, Ltd. v. Agro Aceitunera S.A.*, 2007 U.S. Dist.
LEXIS 954 (D.N.J. 2007) .........................................................................................10

*Seiko Epson Corporation v. Glory South Software Manufacturing, Inc.*,
2007 U.S. Dist. LEXIS 6250 (D. Or. 2007)..................................................................1, 10

*Silver Top Ltd. v. Monterey Industries Ltd.*, 1995 U.S. Dist. LEXIS 1981
(S.D.N.Y. 1995) ........................................................................................................11

*Sir Charles 2X v. District of Columbia*, 1990 U.S. Dist. LEXIS 16731
(D. Col. 1990) ..........................................................................................................16

*In re Stone*, 588 F.2d 1316 (10th Cir. 1978)........................................................................17, 18

*Sun Life Assurance Co. of Canada v. Conroy*, 2006 U.S. Dist. LEXIS 11773
(D.R.I. 2006)............................................................................................................16

*Tax Lease Underwriters, Inc. v. Blackwall Green, Ltd.*, 106 F.R.D. 595
(E.D. Mo. 1985)..........................................................................................................4

*United States of America v. Ponte*, 246 F. Supp. 2d 74 (D. Me. 2003) ........................................14

*United States v. The Proceeds of Sale of 3,888 Pounds of Atlantic Sea Scallops*,
857 F.2d 46 (1st Cir. 1988).........................................................................................16

*Wainwright's Vacations, LLC v. Pan Am Airways Corp.*, 130 F. Supp. 2d 712 (D. Md. 2001) ....................20

*Wells Fargo v. Ovalles*, 2005 U.S. Dist. LEXIS 29042 (D.R.I. 2005) ....................21

*Westvaco Corporation v. Viva Magnetics Limited*, 2002 U.S. Dist. LEXIS 13449 (S.D.N.Y. 2002) ....................12, 13

*White v. Ratcliffe*, 285 Ill. App. 3d 758, 674 N.E.2d 906 (Ill. Ct. App. 1996) ....................4

**STATUTES**

Federal Rule of Civil Procedure 4 ....................1, 12, 15

Federal Rules of Civil Procedure 12…………………....................15

Federal Rules of Civil Procedure 55(c) ....................12

**MISCELLANEOUS**

Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, 20 U.S.T. 361....................2, 3, 5, 6, 7, 9

Hague Convention reprint, Martindale-Hubbell International Law Digest (2006 ed.)....................2, 3

Hong Kong Practice Direction 24.2....................12

Order 7 of the Rules of the High Court (Chapter 4A of the Laws of Hong Kong)…. ....................8

Order 65 of the Rules of the High Court (Chapter 4A of the Laws of Hong Kong)…. ....................7, 8, 9

Order 69 of the Rules of the High Court (Chapter 4A of the Laws of Hong Kong)….. ....................7, 8, 9

Questionnaire Accompanying the Provisional Version of the New Practical Handbook on Operation of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ....................5

Response of the Hong Kong Special Administrative Region of the People's Republic of China to the Questionnaire on the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters ....................5, 6, 8

Section 3 of the Official Languages Ordinance (Chapter 5 of the Laws of Hong Kong)....................12

Section 356 of the Companies Ordinance (Chapter 32 of the Laws of Hong Kong) ....................7, 8, 9

U.S. Department of State Background Note: Hong Kong ....................12