**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| VS. | : | |
| | : | |
| TL TOYS HK, LTD. | : | |
| | : | |
| Defendant. | : | APRIL 25, 2007 |

**STIPULATION**

We hereby accept service of the summons and complaint for the defendant TL Toys HK , Ltd.

| PLAINTIFF, CHRISHA CREATIONS, LTD. | DEFENDANT, TL TOYS HK LTD. |
|---|---|
| /s/ Thomas C. Plunkett | /s/ Joseph K. Scully |
| Thomas C. Plunkett (#1662) | Joseph K. Scully (#6217) |
| *tplunkett@kprlaw.com* | *jkscully@daypitney.com* |
| Kiernan, Plunkett & Redihan | Day Pitney LLP |
| 91 Friendship Street | CityPlace I |
| Providence, RI 02903 | Hartford, CT 06103-3499 |
| (401) 831-2900 | (860) 275-0100 |
| (401) 331-7123 (fax) | (860) 275-0343 (fax) |
| Its Attorneys | Its Attorneys |

**CERTIFICATION OF SERVICE**

I hereby certify that on May 18, 2007 a copy of foregoing **Stipulation** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)