UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | : | |
| | : | |
| v. | : | C.A. No. 06-499S |
| | : | |
| TL TOYS HK, LTD. | : | |

**REPORT AND RECOMMENDATION**

Lincoln D. Almond, United States District Court

Before this Court for report and recommendation is Plaintiff's Motion for Entry of Default Judgment (Document No. 17) in the amount of $10,776,835.00. A hearing was held on May 18, 2007 on that Motion as well as Defendant's Motion to Set Aside Default (Document No. 19) which has been referred to this Court for determination.

For the reasons stated at today's hearing, Defendant's Motion to Set Aside Default was GRANTED thereby rendering Plaintiff's Motion moot. Thus, this Court recommends that the District Court DENY AS MOOT Plaintiff's Motion for Entry of Default Judgment (Document No. 17).

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of the Court within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); LR Cv 72. Failure to file specific objections in a timely manner constitutes waiver of the right to review by the District Court and the right to appeal the District Court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605

(1st Cir. 1980).

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 18, 2007