**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| VS. | : | |
| | : | |
| TL TOYS HK, LTD. | : | |
| | : | |
| Defendant. | : | MAY 25, 2007 |

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant, TL Toys HK, Ltd. ("TL Toys" or "Defendant"), by its attorneys, Day Pitney LLP, by way of Answer and Affirmative Defenses, says:

## NATURE AND STATUTORY BASES OF ACTION

1. Defendant can neither admit nor deny the allegations in Paragraph 1 of the Complaint insofar as it states a legal conclusion to which no response is required and therefore does not warrant a response from this Defendant. To the extent that a response is required, Defendant denies the allegations in Paragraph 1.

## PARTIES

2. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 2 insofar as it relates solely to Plaintiff.

3. Defendant admits the allegations in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Defendant can neither admit nor deny the allegations in Paragraph 4 of the Complaint insofar as it states a legal conclusion to which no response is required.

5. Defendant denies the allegations in Paragraph 5 of the Complaint.

6. Defendant denies the allegations in Paragraph 6 of the Complaint.

## GENERAL ALLEGATIONS

7. Defendant admits the allegations in Paragraph 7 insofar as Plaintiff provided Defendant with rotating inflatable products and inflatable Halloween archway tunnels.

8. Defendant admits the allegations in Paragraph 8 insofar as Plaintiff was to provide Defendant with products and Plaintiff shipped products directly to companies in the United States and Canada. Defendant denies the remainder of Paragraph 8.

9. Defendant denies the allegations in Paragraph 9 of the Complaint.

10. Defendant denies the allegations in Paragraph 10 of the Complaint.

11. Defendant denies the allegations in Paragraph 11 of the Complaint.

12. Defendant denies the allegations in Paragraph 12 of the Complaint.

13. Defendant denies the allegations in Paragraph 13 of the Complaint.

14. Defendant denies the allegations in Paragraph 14 of the Complaint.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

## FIRST CLAIM FOR RELIEF
**(Proper Rejection Under UCC)**

16. Defendant incorporates its responses to Paragraphs 1-15 as if fully stated herein.

17. Defendant denies the allegations in Paragraph 17 of the Complaint.

18. Defendant denies the allegations in Paragraph 18 of the Complaint.

19. Defendant denies the allegations in Paragraph 19 of the Complaint.

20. Defendant denies the allegations in Paragraph 20 of the Complaint.

## SECOND CLAIM FOR RELIEF
**(Indemnification of Third-Party Claims)**

21. Defendant incorporates its responses to Paragraphs 1-20 as if fully stated herein.

22. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 22 insofar as it relates solely to Plaintiff's communications with unknown third parties.

23. Defendant denies the allegations in Paragraph 23 of the Complaint.

24. Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations in Paragraph 25 of the Complaint.

## THIRD CLAIM FOR RELIEF
**(Breach of Contract)**

26. Defendant incorporates its responses to Paragraphs 1-25 as if fully stated herein.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. Defendant denies the allegations in Paragraph 28 of the Complaint.

29. Defendant can neither admit nor deny the allegations in Paragraph 1 of the Complaint insofar as it is a request for relief that does not warrant a response from this Defendant.

WHEREFORE, Defendant, TL Toys, respectfully requests that this Court dismiss Plaintiff's Claims for Relief and enter judgment in Defendant's favor.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted and is also invalid as a matter of law.

### SECOND AFFIRMATIVE DEFENSE

The Complaint is barred under the doctrines of laches, waiver, avoidable consequences, and equitable/promissory estoppel.

**<u>THIRD AFFIRMATIVE DEFENSE</u>**

The Complaint is barred under the doctrine of unclean hands.

**<u>FOURTH AFFIRMATIVE DEFENSE</u>**

The Complaint is barred based upon a lack of consideration.

**<u>FIFTH AFFIRMATIVE DEFENSE</u>**

The Complaint is barred in whole or in part because Plaintiff failed to mitigate its damages, if any.

**<u>SIXTH AFFIRMATIVE DEFENSE</u>**

The Complaint is barred because any damages suffered by Plaintiff is the result of the actions and/or inactions of Plaintiff and/or third persons over whom Defendant lacks control.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**

The Complaint is barred under the doctrine of frustration of purpose.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**

The Complaint is barred under the doctrine of set-off and/or recoupment.

**<u>NINTH AFFIRMATIVE DEFENSE</u>**

The relief requested in the Complaint is barred by the doctrine of ratification.

**<u>TENTH AFFIRMATIVE DEFENSE</u>**

The relief requested in the Complaint is barred by the doctrine of release.

**<u>ELEVENTH AFFIRMATIVE DEFENSE</u>**

The relief requested in the Complaint is barred by Plaintiff's failure to timely reject any products that Plaintiff believed to be non-confirming.

**TWELFTH AFFIRMATIVE DEFENSE**

The Complaint is barred by the doctrine of accord and satisfaction.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Complaint is barred because Plaintiff failed to give timely notice of any alleged breach and/or a reasonable opportunity to cure.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Complaint is barred because the Court lacks subject matter jurisdiction, personal jurisdiction, and because of insufficient service of process.

**FIFTEENTH AFFIRMATIVE DEFENSE**

The relief requested in the Complaint is barred by the doctrine of unforeseeability.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The relief requested in the Complaint is barred insofar as the Uniform Commercial Code does not govern certain conduct by the parties.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The relief requested in the Complaint is barred because Plaintiff has no legal basis for contractual and/or common law indemnification.

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on May 25, 2007 a copy of foregoing **Answer to Complaint and Affirmative Defenses** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)