UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Chrisha Creations, LTD
Plaintiff

V. CA:06-499S

TL Toys HK, LTD
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 18, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion for Entry of Default Judgment is DENIED as MOOT.

BY ORDER:

Karen Baldwin

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. District Judge

DATE: 6/6/07