UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.,

Plaintiff

v. Dkt. No. 06-0499S

TL TOYS HK, LTD.,

Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/ Chrisha Creations, Ltd. hereby moves that Pia E. Riverso be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

CHRISHA CREATIONS, LTD.

By: /s/ Thomas C. Plunkett
Bar ID No.: 1662
Address: 91 Friendship Street, Providence, RI 02903

DATED: 6/28/07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s), United States District Court for the Eastern, Southern and Northern Districts of New York, the Seventh Circuit Court of Appeals and the Federal Circuit Court of Appeals, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders

of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

PIA E. RIVERSO (PER 6287)
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000 – Telephone
(516) 357-3333 - Facsimile

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Thomas C. Plunkett
Signature of Local Counsel

Thomas C. Plunkett 1662
Print Name R.I. Bar ID #
91 Friendship Street
Providence, Rhode Island 02903
Firm and Business Address
Tel. # (401) 831-2900 Fax # (401) 331-7123

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: