**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-cv-00499-s-LDA |
| v. | : | |
| | : | |
| TL TOYS HK, LTD., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 5, 2007 |

**<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

Plaintiff, Chrisha Creations, LTD., hereby moves that Jeffrey S. Mandel be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

DEFENDANT, TL TOYS HK, LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0135
(860) 275-0343 (fax)

Its Attorneys

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-0135
Fax (860) 275-0343

**ORDER**

This motion is hereby ______________________________________________

_____________________________________
District Judge
Dated:

**CERTIFICATION OF SERVICE**

I hereby certify that on September 5, 2007, a copy of foregoing **Motion for Admission Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)