**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York, Washington D.C., and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s): Third Circuit Court of Appeals, District Court for the District of New Jersey and the Southern, Eastern, and Western Districts of New York. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Jeffrey S. Mandel, Esq. (bar #01777)
*jmandel@daypitney.com*
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
Phone (973) 966-8206
Fax (973) 966-1015