**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| | : | |
| v. | : | |
| | : | |
| TL TOYS HK, LTD., | : | |
| | : | |
| Defendant. | : | OCTOBER 12, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE**
**OF THE SETTLEMENT CONFERENCE**

Defendant TL Toys HK, LTD. ("TL Toys") moves this Court, without opposition, for the entry of an Order continuing the settlement conference to one of the proposed dates, which we understand to be both convenient to counsel and the Court:

November 16, 2007

The request is being made to accommodate the schedule of counsel and an individual from overseas who plans to attend the conference. Accordingly, Defendant respectfully requests that the settlement conference be continued. Plaintiff has indicated that they assent to this motion.

WHEREFORE, it is respectfully requested that the Court enter an Order granting Defendant's Motion for a Continuance of the Settlement Conference.

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on this date, a copy of foregoing **Defendants' Unopposed Motion for Continuance of the Settlement Conference** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)