**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| | : | |
| v. | : | |
| | : | |
| TL TOYS HK, LTD., | : | |
| | : | |
| Defendant. | : | OCTOBER 24, 2007 |

**DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**
**TO ASSERT COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 15 and Local Rule 15, the Defendant TL Toys HK, Ltd. ("TL Toys") hereby moves for leave to amend its First Amended Answer to assert counterclaims that are presently pending in an action stayed in the United States District Court for the Southern District of New York. TL Toys' proposed Second Amended Answer and Counterclaims is attached hereto as Exhibit 1. In support of this Motion to Amend, TL Toys relies upon its Memorandum of Law filed herewith. For all the reasons set forth in its Memorandum of Law Toys respectfully requests that the Court grant leave to file the Second Amended Answer and Counterclaims attached hereto as Exhibit 1.

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

-and-

Jeffrey S. Mandel, Esq. (admitted pro hac vice)
*jmandel@daypitney.com*
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
Phone (973) 966-8206
Fax (973) 966-1015

Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on this date, a copy of foregoing **Defendants' Motion for Leave to Amend Answer to Assert Counterclaims** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully (#6217)