UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TL TOYS HK, LTD.<br><br>Defendant. | Civil Action No.: 06-0499-S-LDA<br><br>NOVEMBER 9, 2007 |

**PLAINTIFF'S MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 6, Plaintiff Chrisha Creations, Ltd. ("Chrisha") hereby moves this Court for an extension of the expert disclosure and discovery deadlines set forth in the Court's pretrial order, dated July 13, 2007. Chrisha is not currently in a position to identify its experts because discovery has not progressed sufficiently in this action to enable Chrisha to identify an "expert" and the identification process has taken longer than expected. Chrisha is continuing its process of identifying its experts and proposes the following extension of the expert disclosure and discovery deadlines:

- Plaintiff's expert witness disclosures extended from 11/15/07 to 12/14/07;
- Defendant's expert witness disclosures extended from 12/15/07 to 1/14/08;
- Plaintiff's rebuttal expert witness disclosures extended from 12/31/07 to 1/31/08;
- Completion of expert depositions extended from 1/31/08 to 2/29/08.

All of these requested extensions fall within the deadline for fact discovery on March 13, 2008.

Counsel for Chisha has contacted counsel for defendant TL Toys HK, Ltd. with respect to this motion and counsel for defendant has no objection to this motion.

For all the reasons set forth above, Chrisha respectfully requests that the Court grant its motion for an extension of the expert disclosure and discovery deadlines in this action as outlined above.

ATTORNEYS FOR PLAINTIFF
CHRISHA CREATIONS, LTD.

/s/ Celeste M. Butera
Celeste M. Butera
e-mail: celeste.butera@rivkin.com
Jason B. Gurdus
e-mail: jason.gurdus@rivkin.com
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000 - Tel.
516-357-3333 - Fax

/s/ Thomas C. Plunkett
Thomas C. Plunkett #1662
e-mail: tplunkett@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 - Tel.
(401) 331-7123 - Fax

2093623 v1