UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD.<br>Plaintiff,<br>vs.<br>TL TOYS HK, LTD.<br>Defendant. | Civil Action No.: 06-0499-S-LDA<br><br><br>NOVEMBER 12, 2007 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO AMEND ANSWER TO ASSERT COUNTERCLAIMS**

Plaintiff Chrisha Creations, Ltd. ("Chrisha") hereby responds to defendant TL Toys HK, Ltd.'s ("TL Toys") motion to amend its answer to assert counterclaims as follows:

1. Chrisha submits this response to TL Toys' motion to amend to clarify several statements set forth in TL Toys' memorandum of law in support of its motion. Chrisha does not object to the amendment of TL Toys' answer to allow it to assert its counterclaims, although Chrisha does contest the sufficiency and merits of each of the counterclaims set forth in TL Toys' proposed second amended answer, and will make the appropriate motion or response to same.

2. In paragraph 6 of TL Toys' memorandum of law in support of its motion, TL Toys states that Chrisha ignored all of TL Toys' requests for notification as to whether Chrisha would consent to this motion. However, this does not accurately portray the communications exchanged between Chrisha and TL Toys. Chrisha did not ignore any of TL Toys' requests for Chrisha's position on this motion. Instead, Chrisha repeatedly informed TL Toys that it was conducting legal research and analyzing the issues created by the proposed amendments, and that Chrisha would respond to TL Toys' requests as soon as possible. Chrisha had every intention of

informing TL Toys of its position on TL Toys' proposed motion. TL Toys filed its motion before Chrisha could provide its position.

3. In paragraph 7 of TL Toys' memorandum of law in support of its motion, TL Toys states that, with respect to Chrisha's discovery responses, Chrisha "has been granted the professional courtesy of an extension by TL Toys each time Chrisha requested more time. Chrisha has opted not to extend this courtesy to TL Toys for purposes of this motion . . . ." However, what TL Toys fails to inform the Court is that TL Toys was granted the same extensions by Chrisha with respect to TL Toys' discovery responses, and TL Toys never requested additional time to make its motion to amend. Moreover, as discussed above, Chrisha did not inform TL Toys that it would not consent to this motion, but instead, Chrisha repeatedly notified TL Toys that it would respond to TL Toys' requests as soon as it had completed its research and analysis of the relevant issues.

ATTORNEYS FOR PLAINTIFF
CHRISHA CREATIONS, LTD.

/s/ Celeste M. Butera
Celeste M. Butera
e-mail: celeste.butera@rivkin.com
Jason B. Gurdus
e-mail: jason.gurdus@rivkin.com
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000 - Tel.
516-357-3333 - Fax

/s/ Thomas C. Plunkett
Thomas C. Plunkett #1662
e-mail: tplunkett@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 - Tel.
(401) 331-7123 - Fax

**Notice will be electronically mailed to:**

**Celeste M. Butera** celeste.butera@rivkin.com

**Jason B. Gurdus** jason.gurdus@rivkin.com

**Joseph K. Scully** JKScully@DayPitney.com

**Stephen J. Smirti, Jr.** Stephen.smirti@rivkin.com

**Jeffrey S. Mandel** JSMandel@DayPitney.com