# EXHIBIT
# A

| INVOICE | AMT | INVOICE | AMT |
|---|---|---|---|
| CHRS6031 | $1,081,526.30 | CHRS6032 | $34,470.00 |
| CHRS6017 | $45,948.00 | CHRS6032 | $34,470.00 |
| CHRS6017 | $25,620.00 | CHRS6032 | $34,470.00 |
| CHRS6017 | $33,600.00 | CHRS6032 | $34,470.00 |
| CHRS6025 | $15,945.60 | CHRS6032 | $34,792.80 |
| CHRS6025 | $9,530.40 | CHRS6032 | $41,935.20 |
| CHRS6011 | $192,405.40 | CHRS6032 | $14,947.20 |
| CHRS6011 | $37,093.20 | CHRS6032 | $34,470.00 |
| CHRS6013 | $41,955.20 | CHRS6032 | $34,470.00 |
| CHRS6045 | $4,554.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $6,364.00 | CHRS6032 | $34,470.00 |
| CHRS6031 | $5,390.00 | CHRS6032 | $34,662.00 |
| CHRS6031 | $1,540.00 | CHRS6032 | $33,631.20 |
| CHRS6029 | $3,710.00 | CHRS6032 | $33,631.20 |
| CHRS6029 | $618.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $99,736.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $149,184.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $88,256.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $109,592.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $150,920.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $86,072.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $44,576.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $86,240.00 | CHRS6032 | $34,470.00 |
| CHRS6013 | $60,760.00 | CHRS6032 | $43,803.60 |
| CHRS6013 | $104,664.00 | CHRS6032 | $40,761.60 |
| CHRS6032 | $9,342.00 | CHRS6029 | $32,076.00 |
| CHRS6032 | $44,841.60 | CHRS6049 | $27,000.00 |
| CHRS6032 | $34,470.00 | CHRS6046 | $50,760.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $55,110.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $57,072.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $43,994.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $44,848.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $16,956.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $10,698.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $26,996.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $16,584.00 |
| CHRS6032 | $34,470.00 | CHRS6024 | $51,452.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6032 | $33,003.60 | CHRS6032 | $34,470.00 |
| CHRS6032 | $33,631.20 | CHRS6032 | $33,346.80 |
| CHRS6032 | $34,470.00 | CHRS6032 | $35,092.80 |
| CHRS6032 | $34,885.20 | CHRS6032 | $34,470.00 |
| CHRS6032 | $34,470.00 | CHRS6011 | $22,962.00 |
| CHRS6032 | $33,631.20 | CHRS6031 | $28,441.20 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,470.00 |

| | | | |
|---|---|---|---|
| CHRS6032 | $34,470.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,588.00 | CHRS6046 | $40,797.60 |
| CHRS6032 | $33,631.20 | CHRS6013 | $46,088.00 |
| CHRS6032 | $40,897.20 | CHRS6049 | $35,310.00 |
| CHRS6032 | $34,470.00 | CHRS6031 | $92,730.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $18,000.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $19,622.40 |
| CHRS6032 | $34,470.00 | CHRS6032 | $34,054.80 |
| CHRS6032 | $33,847.20 | CHRS6032 | $20,058.00 |
| CHRS6031 | $7,617.60 | CHRS6032 | $19,056.00 |
| CHRS6031 | $3,385.60 | CHRS6032 | $19,586.40 |
| CHRS6017 | $15,708.00 | CHRS6032 | $19,830.00 |
| CHRS6032 | $34,470.00 | CHRS6032 | $18,207.60 |
| CHRS6032 | $34,470.00 | CHRS6029 | $164,491.20 |
| CHRS6032 | $26,608.80 | CHRS6029 | $120,610.80 |
| CHRS6032 | $34,470.00 | CHRS6029 | $137,663.60 |
| CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6032 | $34,470.00 | CHRS6032 | $38,035.20 |
| CHRS6032 | $34,470.00 | CHRS6032 | $17,131.20 |
| CHRS6032 | $34,470.00 | CHRS6032 | $48,902.40 |
| CHRS6032 | $33,610.80 | CHRS6032 | $18,792.00 |
| CHRS6032 | $12,456.00 | CHRS6032 | $1,245.60 |
| CHRS6050 | $71,724.00 | CHRS6032 | $8,926.80 |
| CHRS6050 | $35,862.00 | CHRS6032 | $1,868.40 |
| CHRS6046 | $50,760.00 | CHRS6050 | $71,638.00 |
| CHRS6046 | $50,760.00 | CHRS6029 | $73,132.00 |
| CHRS6046 | $50,760.00 | CHRS6029 | $180,200.60 |
| CHRS6046 | $50,760.00 | CHRS6029 | $55,097.20 |
| CHRS6046 | $50,760.00 | CHRS6051 | $23,656.20 |
| CHRS6046 | $50,760.00 | CHRS6008/09 | $70,500.00 |
| CHRS6046 | $50,760.00 | CHRS6031 | $33,505.00 |
| CHRS6046 | $50,760.00 | CHRS6019 | $27,023.00 |
| CHRS6046 | $40,797.60 | CHRS6031 | $1,775.00 |
| CHRS6046 | $40,797.60 | CHRS6004 | $34,720.00 |
| CHRS6046 | $40,797.60 | CHRS6020 | $17,011.00 |
| CHRS6046 | $40,797.60 | CHRS6020 | $12,760.00 |
| CHRS6046 | $20,398.80 | CHRS6020 | $65,419.20 |
| CHRS6046 | $40,797.60 | CHRS6020 | $66,178.80 |