UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TL TOYS HK, LTD.<br><br>Defendant. | ) | Civil Action No.: 06-0499-S-LDA<br><br><br><br><br><br>NOVEMBER 29, 2007 |

**PLAINTIFF CHRISHA CREATIONS, LTD'S**
**REPLY TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff Chrisha Creations, Ltd. ("Chrisha"), by its attorneys, Rivkin Radler LLP and Kiernan, Plunkett & Redihan, responds to the Counterclaims of defendant TL Toys HK, Ltd. ("TL Toys"), upon information and belief, as follows:

1. Chrisha denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph "1" of the Counterclaims.

2. Chrisha denies each and every allegation contained in Paragraph "2" of the Counterclaims.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

3. With respect to Paragraph "3" of the Counterclaims, Chrisha repeats its responses to Paragraphs "1" through "2", as if were fully set forth herein.

4. Chrisha denies each and every allegation contained in Paragraph "4" of the Counterclaims.

5. Chrisha denies each and every allegation contained in Paragraph "5" of the Counterclaims.

6. Chrisha denies each and every allegation contained in Paragraph "6" of the Counterclaims.

7. Chrisha denies each and every allegation contained in Paragraph "7" of the Counterclaims except admits that Chrisha is not obligated to make payments to TL Toys for such merchandise.

8. Chrisha denies each and every allegation contained in Paragraph "8" of the Counterclaims.

**SECOND CAUSE OF ACTION**
**(Breach of Contract)**

9. With respect to Paragraph "9" of the Counterclaims, Chrisha repeats its responses to Paragraphs "1" through "8", as if were fully set forth herein.

10. Chrisha denies each and every allegation contained in Paragraph "10" of the Counterclaims.

11. Chrisha denies each and every allegation contained in Paragraph "11" of the Counterclaims.

12. Chrisha denies each and every allegation contained in Paragraph "12" of the Counterclaims.

13. Chrisha denies each and every allegation contained in Paragraph "13" of the Counterclaims.

14. Chrisha denies each and every allegation contained in Paragraph "14" of the Counterclaims.

15. Chrisha denies each and every allegation contained in Paragraph "15" of the Counterclaims.

16. Chrisha denies each and every allegation contained in Paragraph "16" of the Counterclaims.

17. Chrisha denies each and every allegation contained in Paragraph "17" of the Counterclaims.

**THIRD CAUSE OF ACTION**
**(Unjust Enrichment)**

18. With respect to Paragraph "18" of the Counterclaims, Chrisha repeats its responses to Paragraphs "1" through "17", as if were fully set forth herein.

19. Chrisha denies each and every allegation contained in Paragraph "19" of the Counterclaims.

20. Chrisha denies each and every allegation contained in Paragraph "20" of the Counterclaims.

21. Chrisha denies each and every allegation contained in Paragraph "21" of the Counterclaims.

**FOURTH CAUSE OF ACTION**
**(Book Account)**

22. With respect to Paragraph "22" of the Counterclaims, Chrisha repeats its responses to Paragraphs "1" through "21", as if were fully set forth herein.

23. Chrisha denies each and every allegation contained in Paragraph "23" of the Counterclaims.

24. Chrisha denies each and every allegation contained in Paragraph "24" of the Counterclaims.

25. Chrisha denies each and every allegation contained in Paragraph "25" of the Counterclaims.

26. Chrisha denies each and every allegation contained in Paragraph "26" of the Counterclaims except admits that Chrisha and TL Toys entered into various purchase orders.

27. Chrisha denies each and every allegation contained in Paragraph "27" of the Counterclaims.

28. Chrisha denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph "28" of the Counterclaims.

29. Chrisha denies each and every allegation contained in Paragraph "29" of the Counterclaims.

30. Chrisha denies each and every allegation contained in Paragraph "30" of the Counterclaims.

**FIFTH CAUSE OF ACTION**
**(Breach of Duty of Good Faith and Fair Dealing)**

31. With respect to Paragraph "31" of the Counterclaims, Chrisha repeats its responses to Paragraphs "1" through "30", as if were fully set forth herein.

32. Chrisha denies each and every allegation contained in Paragraph "32" of the Counterclaims.

33. Chrisha denies each and every allegation contained in Paragraph "33" of the Counterclaims.

34. Chrisha denies each and every allegation contained in Paragraph "34" of the Counterclaims.

35. Chrisha denies each and every allegation contained in Paragraph "35" of the Counterclaims.

36. Chrisha denies each and every allegation contained in Paragraph "36" of the Counterclaims.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Counterclaims fail to state a cause of action against Chrisha upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Counterclaims are barred by the equitable doctrines of laches, estoppel, unclean hands and/or waiver.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

TL Toys itself is in material breach of the agreements between the parties and, as such, it is not entitled to the relief sought in the Counterclaims.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The Counterclaims are barred in whole or in part because TL Toys failed to mitigate its damages, if any.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

Chrisha at all relevant times fully complied with all its obligations under the agreements between the parties.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

The Counterclaims are barred in whole or in part because Chrisha timely and properly rejected the products at issue.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

The Counterclaims are barred in whole or in part because Chrisha timely and properly revoked its acceptance of the products at issue.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

The products manufactured by TL Toys were defective and/or non-conforming.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

TL Toys' delivery of the products manufactured by TL Toys was untimely.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

The Counterclaims are barred because any damages suffered by TL Toys are the result of the actions and/or inactions of TL Toys and/or third persons over whom Chrisha lacks control.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

The Counterclaims are barred because Chrisha gave TL Toys timely notice of TL Toys' breaches of the agreements between the parties and TL Toys had a reasonable opportunity to cure.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

The affirmative defenses set forth herein cannot be an exhaustive list of all affirmative defenses ultimately applicable herein since additional affirmative defenses may be found to be applicable upon the completion of discovery herein, and Chrisha specifically reserves and preserves such affirmative defenses without waiver.

WHEREFORE, Chrisha requests that this Court enter judgment against TL Toys as follows:

a. Dismissing the Counterclaims against Chrisha, and awarding Chrisha its costs, disbursements and attorneys' fees with respect to its defense of the Counterclaims; and

b. Awarding Chrisha such other and further relief as this Court deems just and proper.

ATTORNEYS FOR PLAINTIFF
CHRISHA CREATIONS, LTD.

___/s/ Celeste M. Butera_________
Celeste M. Butera
e-mail: celeste.butera@rivkin.com
Jason B. Gurdus
e-mail: jason.gurdus@rivkin.com
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000 - Tel.
516-357-3333 - Fax

_/s/ Thomas C. Plunkett_________
Thomas C. Plunkett #1662
e-mail: tplunkett@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 - Tel.
(401) 331-7123 - Fax

**CERTIFICATION**

I hereby certify that I have electronically filed the above document and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

| | |
|---|---|
| Celeste M. Butera | celeste.butera@rivkin.com |
| Jason B. Gurdus | jason.gurdus@rivkin.com |
| Thomas C. Plunkett | tplunkett@kprlaw.com, info@kprlaw.com |
| Pia E. Riverso | pia.riverso@rivkin.com |
| Joseph K. Scully | JKScully@DayPitney.com, DCharles@DayPitney.com |

I hereby certify that I have mailed a copy of the above document by regular mail, postage prepaid to the following attorneys:

**Notice will be delivered by other means to:**

Jeffrey S. Mandel
Day Pitney, LLP
200 Campus Drive
Florham Park, NY 07932

Stephen J. Smirti, Jr.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556-0926

Dated: November 29, 2007 /s/ THOMAS C. PLUNKETT

2097774 v1