UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TL TOYS HK, LTD.<br><br>Defendant. | Civil Action No.: 06-0499-S-LDA<br><br>December 3, 2007 |

**JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 6, the parties hereby move for an extension of the expert disclosure and discovery deadlines set forth in the Court's pretrial order, dated July 13, 2007 and as amended by this court's recent order. The plaintiff has nearly completed selection of its experts, however fact discovery is still ongoing and a substantial amount still needs to be conducted. The defendant has yet to select its experts since it needs to know the opinions of plaintiff's experts before it can make a final determination. The court has extended the time for disclosure of experts and their opinions to 12/14/07 for the plaintiff and 1/14/08 for the defendant. The times for disclosure as to rebuttal experts is also extended. The current order requires the parties to make expert disclosures compliant with FRCP 26(a) (2). Fact discovery is ongoing and not complete and the parties feel it is necessary to substantially finish that before meaningful expert opinions can be provided. Accordingly, the parties are now

requesting an additional extension for expert disclosures and to accommodate that, an extension of the discovery closure date, and an extension for the filing of dispositive motions. The proposed deadlines would be as follows:

- Plaintiff's expert witness disclosures extended from 12/14/07 to 1/31/08;
- Defendant's expert witness disclosures extended from 1/14/08 to 2/29/08;
- Plaintiff's rebuttal expert witness disclosures extended from 1/31/08 to 3/14/08;
- Completion of expert depositions extended from 2/29/8 to 4/7/08;
- Completion of discovery extended from 3/13/08 to 4/18/08.
- Dispositive motions shall be filed by 5/9/08

.

For all the reasons set forth above, the parties respectfully request that the Court grant the motion for an extension of the expert disclosure and discovery deadlines.

ATTORNEYS FOR PLAINTIFF
CHRISHA CREATIONS, LTD.

_/s/ Celeste M. Butera__________

Celeste M. Butera
e-mail: celeste.butera@rivkin.com
Jason B. Gurdus
e-mail: jason.gurdus@rivkin.com
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000 - Tel.
516-357-3333 - Fax

_/s/ Thomas C. Plunkett_________
Thomas C. Plunkett #1662
e-mail: tplunkett@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 - Tel.
(401) 331-7123 - Fax

ATTORNEY FOR DEFENDANT
TL TOYS HK. LTD.

/s/ Joseph K. Scully
____________________________
Joseph K. Scully
e-mail: JKScully@DayPitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
860-275-0135 – Tel.
860-275-0343 - Fax