UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD. | ) | Civil Action No.: 06-0499-S-LDA |
| Plaintiff, | ) | |
| vs. | ) | |
| TL TOYS HK, LTD. | ) | February 8, 2008 |
| Defendant. | ) | |

**ASSENTED-TO MOTION BY THE DEFENDANT TO AMEND THE PRETRIAL ORDER AND EXTEND DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 6, the Defendant TL Toys HK, Ltd. ("TL Toys") hereby moves to amend the Pretrial Order in this matter by extending each of the deadlines for the completion of discovery and dispositive motions by approximately an additional sixty (60) days.

As grounds for this motion, the parties state:

1. The parties have undertaken to advance the litigation of this matter in a timely fashion. The Defendant is continuing to produce documents in this matter. The plaintiff has produced over 30,000 pages of documents in this matter—nearly 18,000 pages of documents were produced in early January and the remaining documents on January 21, 2008. The plaintiff's production included the majority of documents necessary to analyze plaintiff's claims for damages in this matter.

2. The requested extension of time is necessary to provide the parties with a reasonable period of time to complete fact and expert discovery in this matter. The plaintiff disclosed two experts on January 31, 2008: (1) a product-defect expert and (2) a damages expert. The defendant presently anticipates disclosing two experts of its own on the same general issues in response to the plaintiff's proposed expert testimony. Under the current schedule, the

defendant would be required disclose its experts by February 29, 2008.

While defendant already has consulted with potential experts, it is apparent that the experts that defendant may ultimately disclose will not be able to complete the necessary investigation and expert reports within the present deadline. First, with respect to the product-defect issues, defendant's expert will have to gain access to the same forty-plus products that were inspected and tested by plaintiff's expert for the purpose of conducting similar inspection and testing. It is unlikely that defendant's expert could inspect, test and draft a report concerning these products within the existing time frame. Second, with respect to the damages issues, defendant's experts will have to review and analyze a large portion of the 30,000-plus documents that were produced by the plaintiff. The potential experts contacted for this purpose have indicated that this likely will be an impossible task given the volume of documents and which, for some of the potential experts, is further exacerbated by the fact that it is presently the height of tax season and they have significant obligations in other matters that they must attend to first.

3. In addition to expert discovery, the parties must complete a number of significant fact depositions which could not be noticed before the production of documents. This is further complicated by the logistical problems arising from the fact that the defendant and its key witnesses are located in Hong Kong.[1] Accordingly, the defendant requests a commensurate sixty day extension for fact discovery.

4. The allowance of this motion will not prejudice the parties or the Court. Plaintiff has no objection to this motion and has assented to it. The parties have conferred in good faith to tailor this request in a fashion that is least likely to burden the Court and to ensure that this matter is resolved in a timely fashion. Allowance of this motion will facilitate a just and speedy

[1] The parties are still discussing where the depositions of defendants witness will take place.

resolution of this matter by permitting the parties to complete all necessary discovery in an orderly fashion.

5. The Court previously amended the Pretrial Order twice before once on motion by the plaintiff and a second time, at plaintiff's request, by a joint motion. Accordingly, aside from joining in plaintiff's second request for an extension of time, this is defendant's first request to amend the Pretrial Order.

6. If the Court desires, the parties are prepared to appear before the Court and provide a fuller explanation of the reasons necessitating the requested extensions.

Accordingly, the defendant requests that the Court modify the Pretrial Order as follows (current deadlines are indicated in parenthesis):

a. Defendant to disclose experts by April 29, 2008 (February 29, 2008);

b. Plaintiff to disclose rebuttal experts by May 29, 2008 (March 14, 2008);

c. Expert depositions completed by June 30, 2008 (April 18, 2008);

d. Fact discovery completed by June 30, 2008 (April 18, 2008);

e. Dispositive motions filed by July 30, 2008 (May 9, 2008).

For all the reasons set forth above, the parties respectfully request that the Court grant the motion for an extension of the discovery and dispositive motion deadlines.

DEFENDANT, TL TOYS HK LTD.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
DAY PITNEY, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

Its Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on February 9, 2008 a copy of foregoing **Assented-To Motion by the Defendant to Amend the Pretrial Order and Extend Discovery Deadlines** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)