UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.,
Plaintiff,
vs.
TL TOYS HK, LTD.
Defendant.

Civil Action No.: 06-0499-S-LDA

**Entry of Appearance**

Michael G. Sarli hereby enters his appearance on behalf of Defendant, TL Toys HK, LTD. in the above-captioned matter.

Defendant, TL Toys HK, LTD.
By its attorneys,

/s/ Michael G. Sarli
Michael G. Sarli #2719
mgs@gsm-law.com
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, Rhode Island 02903
(401) 274-6644
Fax: 331-9304

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008 a copy of this pleading was filed electronically [and served by mail on anyone unable to accept electronic filings]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing]. Parties may access this filing through the Court's system.

/s/ Michael G. Sarli
Michael G. Sarli #2719