UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD. | Civil Action No.: 06-0499-S-LDA |
| Plaintiff, | |
| vs. | |
| TL TOYS HK, LTD. | May 16, 2008 |
| Defendant. | |

**MOTION TO WITHDRAW THE APPEARANCE**
**OF JOSEPH K. SCULLY AS LOCAL COUNSEL FOR DEFENDANT**

Pursuant to Rule 206(e)(1) of the Local Rules of the United States District Court of the District of Rhode Island, Joseph K. Scully, a member of the bar of this Court and local counsel of record for the Defendant TL Toys HK, Ltd. ("TL Toys") hereby moves to withdraw his appearance for Defendant TL Toys. In support of his withdrawal, Attorney Scully states that the Defendant continues to be represented by lead counsel Jeffrey S. Mandell of PinilisHalpern, LLP, who is admitted *pro hac vice*, and by Michael G. Sarli of Gidley, Sarli & Marusak, LLP, who is a member of the bar of this Court and who, on this date, filed an appearance on behalf of the Defendant as new local counsel. Defendant TL Toys requested my withdrawal from this action once its new local counsel filed an appearance. There are no motions presently pending before the Court and the Court has not set a trial date in this matter.

Wherefore, attorney Joseph K. Scully respectfully requests that the Court grant this motion to withdraw.

JOSEPH K. SCULLY

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
DAY PITNEY, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

Its Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on May 16, 2008, a copy of foregoing **MOTION TO WITHDRAW** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)