UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., Plaintiff, | ) | Civil Action No.: 06-0499-S-LDA |
| vs. | ) | |
| TL TOYS HK, LTD., Defendant. | ) | May 20, 2008 |

**ASSENTED-TO JOINT MOTION TO AMEND THE PRETRIAL ORDER AND EXTEND DISCOVERY DEADLINES**

Pursuant to Fed. R. Civ. P. 6, Defendant TL Toys HK, Ltd. ("TL Toys") and Plaintiff Chrisha Creations, Ltd. ("Chrisha") hereby jointly move to amend the Pretrial Order in this matter by extending each of the deadlines for the completion of discovery and dispositive motions by an additional 120 days.

As grounds for this motion, the parties state:

1. The parties have been diligent in their discovery efforts, including an exchange of over 30,000 documents, the exchange of expert reports, and the preliminary scheduling of depositions.

2. Eleven depositions are currently scheduled in June and we anticipate scheduling an additional five to ten more depositions that would need to be conducted by the June 30 discovery end date, plus expert depositions (including an expert who resides in California) and depositions of third party company witnesses.

3. In addition to the parties trying to conduct approximately 20 depositions in June to meet the discovery end date, we have learned that certain TL Toys witnesses will not be available for depositions in June or at all due to issues with visas (some witnesses are in Hong

Kong and others on mainland China). We have also learned that at least two of the witnesses have a family "funeral" to attend on the days selected for their depositions and that traditional memorial services last for several days.

4. Also, as for TL Toys, the attorney handling the case for Day Pitney LLP accepted a position at a new law firm in New Jersey called PinilisHalpern, LLP. There were delays in having the entire file transferred, and new local counsel had to be retained.

5. The requested 120 day extension of time is necessary to provide the parties with a reasonable period of time to complete discovery, enable witnesses to attend a funeral/memorial services, to effectuate visa applications, coordinate overseas travel arrangements, and cross-country travel arrangements.

6. The parties both consent to this motion. The parties have conferred in good faith to tailor this request in a fashion that is least likely to burden the Court and to ensure that this matter is resolved in a timely fashion. Allowance of this motion will facilitate a just and speedy resolution of this matter by permitting the parties to complete all necessary discovery in an orderly fashion.

7. The Court previously amended the Pretrial Order twice before, once on motion by the plaintiff and a second time by a joint motion. The court then entered an Order that provided for 'no further extensions', but exigent circumstances have now arisen.

Accordingly, the parties respectfully request that the Court modify the Pretrial Order as follows (current deadlines are indicated in parenthesis):

a. Expert depositions completed by October 30, 2008 (June 30, 2008);

b. Fact discovery completed by October 30, 2008 (June 30, 2008); and

c. Dispositive motions filed by November 30, 2008 (July 30, 2008).

For all the reasons set forth above, the parties respectfully request that the Court grant the motion for an extension of the discovery and dispositive motion deadlines.

DEFENDANT, TL TOYS HK LTD.

/s/ Jeffrey S. Mandel
Jeffrey S. Mandel, Esq. (admitted *pro hac vice*)
PinilisHalpern, LLP
160 Morris Street
Morristown, New Jersey 07960
973-401-1111
973-401-1114 fax

/s/ Michael G. Sarli
Michael G. Sarli, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
401-274-6644
401-331-9304 fax

Its Attorneys

PLAINTIFF, CHRISHA CREATIONS, LTD.

/s/ Celeste M. Butera
Celeste M. Butera (admitted *pro hac vice*)
Rivkin Radler, LLP
926 RexCorp Plaza
Uniondale, New York 11556-0826
516-357-3000
516-357-3333 fax

/s/ Thomas C. Plunkett
Thomas C. Plunkett
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, Rhode Island 02903
401-831-2900
401-331-7123 fax

Its Attorneys