UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISHA CREATIONS, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TL TOYS HK, LTD.<br><br>Defendant. | Civil Action No.: 06-0499S<br><br>**PLAINTIFF CHRISHA CREATIONS' MOTION TO COMPEL DISCOVERY** |

Now comes the plaintiff Chrisha Creations, Ltd. ("Chrisha"), pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37, seeking that the defendant, TL Toys HK, Ltd., be compelled to produce supplemental responses and documents to Chrisha's First, Second and Third Requests for Production of Documents and Things, and Chrisha's First Set of Interrogatories. The plaintiff relies on the attached memorandum and the exhibits in support thereof.

Plaintiff requests oral argument. The anticipated time required is approximately twenty-five (25) minutes.

**CERTIFICATION PURSUANT TO FED. R. CIV. P. 37**

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(A), counsel for Chrisha has, in good faith, attempted to confer with counsel for TL Toys, but there has been no resolution to the issues raised in this motion.

Dated: Uniondale, New York
June 6, 2008

ATTORNEYS FOR PLAINTIFF
CHRISHA CREATIONS, LTD.

/s/ Celeste M. Butera
Celeste M. Butera
e-mail: celeste.butera@rivkin.com
Jason B. Gurdus
e-mail: jason.gurdus@rivkin.com
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000 - Tel.
516-357-3333 – Fax

/s/ Thomas C. Plunkett
Thomas C. Plunkett #1662
e-mail: tplunkett@kprlaw.com
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900 - Tel.
(401) 331-7123 - Fax

**CERTIFICATION OF SERVICE**

I hereby certify that on June 6, 2008, a copy of the foregoing was filed electronically and served electronically upon counsel as listed below.

Celeste M. Butera celeste.butera@rivkin.com
Jason B. Gurdus Jason.gurdus@rivkin.com
Jeffrey S. Mandel jmandel@pinilishalpern.com
Pia E. Riverso pia.riverso@rivkin.com
Michael G. Sarli mgs@gsm-law.com

/s/ Thomas C. Plunkett
Thomas C. Plunkett (1662)