# EXHIBIT F

**Jason B. Gurdus**

**From:** Mandel, Jeffrey [JMandel@daypitney.com]

**Sent:** Monday, January 28, 2008 2:13 PM

**To:** Jason B. Gurdus

**Cc:** Scully, Joseph K.

**Subject:** Chrisha v. TL Toys

We reviewed your January 14, 2008, letter. We will be providing you with a formal response. Preliminarily, we believe that our production is complete except for some additional documents that we are preparing for production and which we expect to serve by the end of the week. Based on a cursory review of the documents that you just produced last week, our production appears to encompass the same documents (thus, none of these additional documents should be new to you). We anticipate that our upcoming supplementation will render moot many of the issues raised in your letter. As for your contention that there are documents missing from our production, we produced an entire set of consecutive Bates numbered documents from 1 through 1,351--there were no gaps in the numbering of the documents. If the documents have not been located by your office since your letter of January 14, please let us know and we can arrange to re-serve them.

Jeffrey S. Mandel
Attorney at Law
Day Pitney LLP
*Mail To:* P.O. Box 1945 | Morristown, NJ 07962-1945
*Deliveries:* 200 Campus Drive | Florham Park, NJ 07932-0950 | *t* (973) 966 8206 | *f* (973) 966 1015
jmandel@daypitney.com www.daypitney.com

************************************************************************************************
IRS Circular 230 Notice: Any tax advice provided herein (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed on any taxpayer.
************************************************************************************************

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.