# EXHIBIT H

DAY PITNEY LLP

BOSTON CONNECTICUT NEW JERSEY NEW YORK WASHINGTON, D.C.

**JEFFREY S. MANDEL**
Attorney At Law

*Mail To:* P.O. Box 1945 Morristown, NJ 07962
*Deliver To:* 200 Campus Drive Florham Park, NJ 07932
T: (973) 966-8206 F: (973) 966 1015
jmandel@daypitney.com

February 14, 2008

**VIA FIRST CLASS MAIL**

Jason B. Gurdus, Esq.
Rivkin Radler LLP
926 Reckson Plaza
Uniondale, New York 11556-0926

*Re: Chrisha Creations, Ltd./TL Toys HK, Ltd.*

Dear Mr. Gurdus:

We are in receipt of additional documents provided by your client that are responsive to our document requests. We are in the process of gathering and reviewing additional documents that may be responsive to your discovery requests. If we determine that these documents are discoverable and not subject to any privilege, then we anticipate having them to you by February 29th.

Very truly yours,

JEFFREY S. MANDEL

83021143A01021408