# EXHIBIT I

**Jason B. Gurdus**

---

**From:** Jason B. Gurdus
**Sent:** Monday, March 03, 2008 5:02 PM
**To:** Mandel, Jeffrey
**Cc:** 'Scully, Joseph K.'; Celeste Butera; 'Tom Plunkett'
**Subject:** RE: Chrisha Creations v. TL Toys

Your February 14, 2008 letter to us stated that you anticipated having TL Toys' additional document responses to us by February 29, 2008. To date, we have not received any additional documents from you. We have also not received any amended and supplemental responses to Chrisha Creations' interrogatories. As you know, the Court will not be granting any further discovery extensions in this matter. As such, we are now preparing a motion to compel to file with the Court.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com