# EXHIBIT K

F

RIVKINRADLER LLP
ATTORNEYS AT LAW

JASON B. GURDUS
ASSOCIATE
(516) 357-3134
jason.gurdus@rivkin.com

April 8, 2008

**VIA E-MAIL & REGULAR MAIL**

Jeffrey S. Mandel, Esq.
PinilisHalpern, LLP
237 South Street
Morristown, NJ 07960

Re: *Chrisha Creations, Ltd. v. TL Toys HK, Ltd.*
Civ. Action No.: 06 CV 00499-S-LDA
RR File No. 2563-14

Dear Mr. Mandel:

Please allow this letter to serve as an additional response to your March 6, 2008 letter, as well as to detail TL Toys' current deficiencies with respect to its discovery responses in this matter.

Based upon our review of all of the documents provided to us by TL Toys, TL Toys has not provided documents responsive to each and every of Chrisha Creations' interrogatories and document requests. For example, there are no documents produced by TL Toys with respect to interrogatories 10, 11, 12, 13 and 19, and document requests 7, 20, 21 and 22. It is also unclear whether TL Toys has produced all documents in its possession in response to all of the other interrogatories and document requests served by Chrisha Creations. To date, TL Toys has failed to provide sufficient written responses to Chrisha Creations' First Request for the Production of Documents, as almost all of the responses state that "Defendant will produce documents relevant and responsive to this request, to the extent that such documents exist." As such, we request that TL Toys immediately provide supplemental written responses to each interrogatory and document request setting forth whether TL Toys has, in fact, provided all responsive documents, will produce responsive documents or has no responsive documents.

Moreover, there appears to be missing pages with respect to many of the emails produced by TL Toys. For example, TL 1448 states on the bottom of the page "Dear Steve", but the next document is an unrelated email. Also, TL 6553 state page 4 of 4 on the top of the email, but the first

RIVKINRADLER LLP
ATTORNEYS AT LAW



three pages are not located prior to this page. Likewise, documents TL 5830, 5859, 5861, 5897, 5908, 5937, 5938 and 5939 are incomplete emails. They all contain only the first page of emails and, in each instance, the next document is not the next page of the email. This occurs with respect to various emails throughout TL Toys' production. Please immediately provide us with any missing email pages.

Also, a review of the Home Depot Compliance Audits produced by TL Toys in its production shows that several of the audits are missing pages. For example, the audit included within TL 2026 to 2032 only has pages 3, 11, 12, 13, 14 and 15 of a 15-page audit. Similarly, the audit included within TL 2033 to 2037 only has pages 1, 6, 8 and 15 of a 15-page audit. This occurs with respect to several of the Home Depot Compliance Audits located between TL 1552 to 2120. Please immediately provide us with any missing pages.

In addition, we have still not received any responses to Chrisha Creations' Second Request for Production of Documents and Things, dated January 30, 2008. Your responses and production are long overdue. Please provide TL Toys' responses immediately. As you know, the discovery deadlines in this matter are quickly approaching. If we do not receive your responses and documents within a week, we will have no choice but to move to compel.

Thank you for your anticipated cooperation.

Very truly yours,

RIVKIN RADLER LLP

Jason B. Gurdus

cc: Celeste Butera
Joseph Scully
Tom Plunkett

2135831 v1

**Jason B. Gurdus**

---

**From:** Jason B. Gurdus
**Sent:** Tuesday, April 08, 2008 4:25 PM
**To:** 'Mandel, Jeffrey'
**Cc:** Celeste Butera; Scully, Joseph K.; Tom Plunkett
**Subject:** RE: Chrisha v. TL Toys
**Attachments:** Chrisha - 4-8-08 letter to Mandel.pdf

**Tracking:**

| Recipient | Delivery |
| --- | --- |
| 'Mandel, Jeffrey' | |
| Celeste Butera | Delivered: 4/8/2008 4:25 PM |
| Scully, Joseph K. | |
| Tom Plunkett | |

Attached please find a letter regarding TL Toys' outstanding discovery.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com

## Jason B. Gurdus

| | |
|---|---|
| **From:** | Jason B. Gurdus |
| **Sent:** | Friday, May 02, 2008 4:06 PM |
| **To:** | 'Jeff Mandel' |
| **Cc:** | Celeste Butera; tplunkett@kprlaw.com |
| **Subject:** | Chrisha Creations v. TL Toys |
| **Attachments:** | Chrisha - J. Mandel 5-2-08 Letter.pdf |

**Tracking:**

| Recipient | Delivery |
|---|---|
| 'Jeff Mandel' | |
| Celeste Butera | Delivered: 5/2/2008 4:06 PM |
| tplunkett@kprlaw.com | |

Attached is a letter that was also sent to you via regular mail today.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com

RIVKINRADLER LLP
ATTORNEYS AT LAW

JASON B. GURDUS
ASSOCIATE
(516) 357-3134
jason.gurdus@rivkin.com

May 2, 2008

**VIA E-MAIL & REGULAR MAIL**

Jeffrey S. Mandel, Esq.
PinilisHalpern, LLP
237 South Street
Morristown, NJ 07960

Re: *Chrisha Creations, Ltd. v. TL Toys HK, Ltd.*
Civ. Action No.: 06 CV 00499-S-LDA
RR File No. 2563-14

Dear Mr. Mandel:

We have yet to receive any response to our April 8, 2008 letter on TL Toys' current deficiencies with respect to its discovery responses in this matter. Please provide your response and any accompanying documents to us by May 12, 2008. If we do not receive your response and documents by May 12, 2008, we will move the Court to compel the discovery.

Thank you for your anticipated cooperation.

Very truly yours,

RIVKIN RADLER LLP

Jason B. Gurdus

cc: Celeste Butera
Tom Plunkett

2146230 v1