# EXHIBIT M

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| v. | : | |
| TL TOYS HK, LTD., | : | |
| Defendant. | : | |

**RESPONSE OF TL TOYS HK, LTD.**
**<u>TO SECOND SET OF REQUESTS FOR PRODUCTION</u>**

Pursuant to Fed. R. Civ. P. 34.1 and LR Cv 34 of the Local Rules of Civil Procedure for the United States District Court for the District of Rhode Island, TL Toys HK, Ltd. ("TL Toys"), hereby responds to the First Request for the Production of Documents served upon TL Toys by Chrisha Creations, Ltd. as follows.

## GENERAL OBJECTIONS

1. TL Toys objects to this discovery request, as well as additional document demands served upon TL Toys, as being harassing, seeking information that is not relevant to the issues being litigated, and cumulative to previously-issued discovery requests.

2. TL Toys objects to these requests for production to the extent they seek information not in the possession, custody, or control of TL Toys. TL Toys denies any obligation to solicit information from any third parties in responding to these requests for production. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

3. TL Toys objects to any requests for documents that relate to any products that are not specifically identified due to the volume of products provided by TL Toys that are wholly unrelated to this action. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

4. TL Toys objects to these requests for production to the extent they seek information (and documents) protected by the attorney-client privilege and/or the work-product doctrine. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

5. TL Toys objects to these requests for production to the extent they seek information prepared in anticipation of litigation or after the commencement of this litigation. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

6. TL Toys objects to these requests for production to the extent that they seek documents beyond the scope of information which TL Toys is required to provide pursuant to the rules of court. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

7. TL Toys objects to these requests for production to the extent they are overly-broad, unduly burdensome or impose unreasonable expense. TL Toys further objects to these Requests for production to the extent that they are vague and indefinite. To the extent practical,

TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

8. TL Toys objects to these requests for production to the extent that they seek documents which are not relevant to the lawsuit and which are not reasonably calculated to lead to the discovery of admissible evidence. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

9. TL Toys objects to these requests for production to the extent that they seek documents to which Chrisha has or had equal access. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

10. TL Toys objects to these requests for production to the extent they seek "all" documents related to certain topics on the grounds that discovery has not been completed. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

11. In the event that a document is produced in response to a request, the document itself shall not be construed as an admission by TL Toys respecting the admissibility or relevance of the document or as an admission of the truth or accuracy of any characterization of any document of any kind, or the truth or accuracy of any information therein. Nor is production an

adoptive admission. By producing a document in response to a discovery request, TL Toys is not waiving any right to any objections as to the use of a document and information during discovery or trial, and, to repeat, is not making an adoptive admission. TL Toys expressly reserves all questions concerning competency, privilege, relevance, materiality and admissibility of all documents produced and their contents. TL Toys further expressly reserves the right to object to Chrisha's use of the produced documents in whole or in part or, to the subject matter covered thereby, at a later stage of proceeding on any grounds set forth herein above and the right to object on any and all proper legal grounds at any time to discovery procedures involved.

12. TL Toys objects to all requests for production to the extent that they seek confidential, financial, proprietary or business information without the entry of a stipulation or protective order adequate to preserve the confidentiality of such information. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

13. TL Toys objects to all requests for production to the extent that they seek information or documents concerning activities, policies, practices, information, or procedures of any persons and/or entities other than TL Toys, because those persons and/or entities are best able to provide responses concerning their operations or activities. Responses will be provided for TL Toys only. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1. All organizational documents for TL Toys, including but not limited to, memorandum of association, articles of association, certificate of incorporation, article of incorporation, operating agreement, shareholders agreement and by-laws.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 and 22 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 2. All documents identifying all of TL Toys' parents, subsidiaries, and affiliates.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably

calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 3. All documents identifying the organizational structure of TL Toys and all its parents, subsidiaries, and affiliates.**

**<u>OBJECTIONS AND RESPONSE:</u>** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 and 22 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1 and 2 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 4. TL Toys' asset purchase agreements and/or stock purchase agreements, as well as all documents regarding TL Toys' asset purchase agreements and/or stock purchase agreements.**

**<u>OBJECTIONS AND RESPONSE:</u>** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL

Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1, 2, and 3 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 5. Certificates of dissolution of TL Toys, as well as all documents regarding any certificate of dissolution of TL Toys.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1, 2, 3, and 4 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 6. All documents identifying all of TL Toys' assets and inventory.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 7. All documents identifying all of TL Toys' members, shareholders, officer, directors and principals.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 and 22 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1, 2, 3, 4, and 5 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 8. TL Toys' tax returns for the years 2004, 2005, and 2006.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information.

**REQUEST NO. 9. All audited financial statements for TL Toys for the last three fiscal years. If audited financial statements are unavailable, all unaudited financial statements for TL Toys for the last three fiscal years.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information.

**REQUEST NO. 10. A current balance sheet for TL Toys.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information.

**REQUEST NO. 11. All written resolutions and minutes of any meetings of the shareholders and Board of Directors of TL Toys for the last three years.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request because it seeks the same information sought in Request No. 21 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things, to which TL Toys responded, including raising certain objections and producing over 10,000 documents in TL Toys' possession. It also seeks the same information in Request No. 1, 2, 3, 4, 5, and 7 of Plaintiff Chrisha Creations' First Request for Production of Documents and Things. TL Toys also objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information and/or information that is protected from

disclosure by virtue of the attorney client privilege and/or work product doctrine. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 12. All documents identifying and/or related to all other companies in which Charles Ting has an ownership interest.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects to this request to the extent it seeks information that is irrelevant and immaterial and not reasonably calculated to lead to the discovery of admissible evidence. TL Toys also objects to this request to the extent it seeks proprietary information. TL Toys further objects to this request on the grounds that it is overly broad any unduly burdensome.

**REQUEST NO. 13. Produce samples of or provide for inspection each and every TL Toys' product placed at issue in this litigation by Chrisha's claims against TL Toys.**

**OBJECTIONS AND RESPONSE:** In addition to its General Objections, TL Toys objects because Chrisha, to date, has not properly identified "each and every TL Toys' product placed at issue in this litigation by Chrisha's claims against TL Toys." Any and all products manufactured by TL Toys at Chrisha's direction that are in TL Toy's possession and/or control remain available for inspection by Chrisha.

TL TOYS, TL TOYS HK LTD.

Jeffrey S. Mandel (admitted *pro hac vice*)
jmandel@pinilishalpern.com
PinilisHalpern, LLP
160 Morris Street
Morristown, New Jersey 07960
(973) 401-1111
(973) 401-1114 (fax)

Its Attorneys