# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISHA CREATIONS, LTD., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:06-CV-00499-S-LDA |
| v. | : | |
| TL TOYS HK, LTD., | : | |
| Defendant. | : | |

**RESPONSE OF TL TOYS HK, LTD.**
**TO THIRD SET OF REQUESTS FOR PRODUCTION**

Pursuant to Fed. R. Civ. P. 34.1 and LR Cv 34 of the Local Rules of Civil Procedure for the United States District Court for the District of Rhode Island, TL Toys HK, Ltd. ("TL Toys"), hereby responds to the Third Request for the Production of Documents served upon TL Toys by Chrisha Creations, Ltd. as follows.

**GENERAL OBJECTIONS**

1. TL Toys objects to this discovery request, as well as additional document demands served upon TL Toys, as being harassing, seeking information that is not relevant to the issues being litigated, and/or cumulative to previously-issued discovery requests.

2. TL Toys objects to these requests for production to the extent they seek information not in the possession, custody, or control of TL Toys. TL Toys denies any obligation to solicit information from any third parties in responding to these requests for production. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

3. TL Toys objects to any requests for documents that relate to any products that are not specifically identified due to the volume of products provided by TL Toys that are wholly unrelated to this action. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

4. TL Toys objects to these requests for production to the extent they seek information (and documents) protected by the attorney-client privilege and/or the work-product doctrine. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

5. TL Toys objects to these requests for production to the extent they seek information prepared in anticipation of litigation or after the commencement of this litigation. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

6. TL Toys objects to these requests for production to the extent that they seek documents beyond the scope of information which TL Toys is required to provide pursuant to the rules of court. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

7. TL Toys objects to these requests for production to the extent they are overly-broad, unduly burdensome or impose unreasonable expense. TL Toys further objects to these Requests for production to the extent that they are vague and indefinite. To the extent practical,

TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

8. TL Toys objects to these requests for production to the extent that they seek documents which are not relevant to the lawsuit and which are not reasonably calculated to lead to the discovery of admissible evidence. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

9. TL Toys objects to these requests for production to the extent that they seek documents to which Chrisha has or had equal access. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

10. TL Toys objects to these requests for production to the extent they seek "all" documents related to certain topics on the grounds that discovery has not been completed. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

11. In the event that a document is produced in response to a request, the document itself shall not be construed as an admission by TL Toys respecting the admissibility or relevance of the document or as an admission of the truth or accuracy of any characterization of any document of any kind, or the truth or accuracy of any information therein. Nor is production an

adoptive admission. By producing a document in response to a discovery request, TL Toys is not waiving any right to any objections as to the use of a document and information during discovery or trial, and, to repeat, is not making an adoptive admission. TL Toys expressly reserves all questions concerning competency, privilege, relevance, materiality and admissibility of all documents produced and their contents. TL Toys further expressly reserves the right to object to Chrisha's use of the produced documents in whole or in part or, to the subject matter covered thereby, at a later stage of proceeding on any grounds set forth herein above and the right to object on any and all proper legal grounds at any time to discovery procedures involved.

12. TL Toys objects to all requests for production to the extent that they seek confidential, financial, proprietary or business information without the entry of a stipulation or protective order adequate to preserve the confidentiality of such information. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

13. TL Toys objects to all requests for production to the extent that they seek information or documents concerning activities, policies, practices, information, or procedures of any persons and/or entities other than TL Toys, because those persons and/or entities are best able to provide responses concerning their operations or activities. Responses will be provided for TL Toys only. To the extent practical, TL Toys has repeated this objection in response to specific document requests. TL Toys' failure to do so in response to a particular document request shall not be deemed a waiver, as this objection is applicable to each document request.

**REQUESTS FOR PRODUCTION**

**REQUEST NO. 1. All documents, items, things and electronically stored information provided to, relied on, inspected by, examined, or considered by any and all experts retained by TL Toys in this litigation.**

**OBJECTIONS AND RESPONSE:** TL Toys incorporates herein its General Objections. Subject to these objections and without waiving same, TL Toys has produced, as part of its original production of over 10,000 documents, and any supplements thereto, the discoverable documents, items, things and electronically stored information provided to, relied on, inspected by, examined, or considered by any and all experts retained by TL Toys in this litigation. In addition, TL Toys refers Chrisha to documents produced by Chrisha and any and all items observable by anybody entering the two warehouses that Chrisha permitted access to.

TL TOYS, TL TOYS HK LTD.

Jeffrey S. Mandel (admitted *pro hac vice*)
jmandel@pinilishalpern.com
PinilisHalpern, LLP
160 Morris Street
Morristown, New Jersey 07960
(973) 401-1111
(973) 401-1114 (fax)

Its Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was e-mailed and also sent via first class mail, postage prepaid, this date to:

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

Celeste M. Butera, Esq.
Rivkin, Radler, LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926

Jeffrey S. Mandel 6/12/07