# EXHIBIT O

RIVKINRADLER LLP
ATTORNEYS AT LAW

**JASON B. GURDUS**
ASSOCIATE
(516) 357-3134
jason.gurdus@rivkin.com

May 22, 2008

**VIA ELECTRONIC MAIL & REGULAR MAIL**

Jeffrey S. Mandel, Esq.
PinilisHalpern, LLP
160 Morris Street
Morristown, NJ 07960

Re: *Chrisha Creations, Ltd. v. TL Toys HK, Ltd.*
Civ. Action No.: 06 CV 00499-S-LDA
RR File No. 2563-14

Dear Mr. Mandel:

Please allow this to respond to TL Toys' insufficient responses to Chrisha Creations' Second and Third Requests for Production.

TL Toys has objected to almost each and every request for production made by Chrisha Creations in its Second Requests for Production. TL Toys' objections are improper. First, none of the documents or information requested has been previously provided by TL Toys, as erroneously indicated in many of TL Toys' responses. If responsive documents or information have been provided, we demand that you immediately provide us with the bates numbers of such documents, or otherwise inform us when and where such information was provided to Chrisha Creations.

Second, all of the demands in Chrisha Creations' Second Requests for Production are relevant and material to the issues in this matter, and not unduly burdensome. Chrisha Creations' Second Requests for Production seeks corporate and financial information from TL Toys that is relevant to TL Toys' current state of business, whether there are any other companies or individuals relevant to this action and whether TL Toys will be able to pay to Chrisha Creations those damages that TL Toys may be found liable for.

Third, none of the demands in Chrisha Creations' Second Requests for Production are subject to the attorney client privilege and/or the work product doctrine. Chrisha Creations' demands are seeking TL Toys' corporate and financial information, none of which was created with respect to this litigation or prepared by TL Toys' counsel.

RIVKINRADLER LLP
ATTORNEYS AT LAW

Jeffrey S. Mandel, Esq.
May 22, 2008
Page 2

Fourth, and finally, TL Toys' response to request number 13 of Chrisha Creations' Second Requests for Production is insufficient. TL Toys has failed to specify what production samples TL Toys has in its possession and where the production samples are located.

In addition, TL Toys' response to Chrisha Creations' Third Requests for Production is insufficient. We immediately request that TL Toys specifically identify (and produce, if not already done so) those documents (by bates numbers), items, things and electronically stored information provided to, relied on, inspected by, examined, or considered by any and all experts retained by TL Toys in this litigation. Such information was not contained within TL Toys' expert reports. Merely referencing the entire document production of both Chrisha Creations and TL Toys is inadequate.

Lastly, we never received a response to our April 8, 2008 letter to you outlining TL Toys' various other deficiencies with respect to its discovery responses in this matter. We have also not received a response to our May 15, 2008 letter regarding the documents relied upon by TL Toys' expert reports.

Please immediately provide supplemental responses to Chrisha Creations' Second and Third Requests for Production, as well as responses to our April 8, 2008 letter and our May 15, 2008 letter. If we do not receive responses from you by Tuesday, May 27, 2008, we will move the Court to compel production.

Thank you for your attention herein.

Very truly yours,

RIVKIN RADLER LLP

Jason B. Gurdus

Enclosure

cc: Celeste M. Butera
Thomas C. Plunkett
Michael G. Sarli

2152510 v1

## Jason B. Gurdus

**From:** Jason B. Gurdus
**Sent:** Thursday, May 22, 2008 4:25 PM
**To:** 'Jeff Mandel'
**Cc:** Celeste Butera; tplunkett@kprlaw.com; 'mgs@gsm-law.com'
**Subject:** RE:Chrisha v. TL Toys

**Attachments:** Chrisha - Letter to Mandel - 5-22-08.pdf

Chrisha - Letter to Mandel - 5...

Attached is a letter that was mailed to you today.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com

**Jason B. Gurdus**

**From:** Jeff Mandel [jmandel@pinilishalpern.com]
**Sent:** Thursday, May 22, 2008 4:54 PM
**To:** Jason B. Gurdus
**Cc:** Celeste Butera; tplunkett@kprlaw.com; mgs@gsm-law.com
**Subject:** RE: Chrisha v. TL Toys

I am leaving the country tomorrow for several days. I will not be responding to your letter within your deadline of May 27 - the day after Memorial Day weekend. In the future, before making threats of filing motions on two working days' notice (and over a holiday weekend), please remember the courtesies that I have already extended to you in this litigation, including my consenting to each of your repeated requests for extensions of time to comply with court-imposed deadlines, agreeing to file a joint motion to extend the discovery end date, and consenting to other deadlines set forth in the court rules.

Jeffrey S. Mandel, Esq.
PinilisHalpern, LLP
160 Morris Street
Morristown, NJ 07960
(973) 401-1111 main
(973) 401-1114 fax
jmandel@pinilishalpern.com

www.jeffmandel.com

-----Original Message-----
From: Jason B. Gurdus [mailto:Jason.Gurdus@rivkin.com]
Sent: Thursday, May 22, 2008 4:25 PM
To: 'Jeff Mandel'
Cc: Celeste Butera; tplunkett@kprlaw.com; 'mgs@gsm-law.com'
Subject: RE:Chrisha v. TL Toys

Attached is a letter that was mailed to you today.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com

NOTICE: This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message.
See: http://www.rivkinradler.com/rivkinradler/disclaimer/rredisclaim.htm for further information on confidentiality.