# EXHIBIT P

F

RIVKINRADLER LLP
ATTORNEYS AT LAW

JASON B. GURDUS
ASSOCIATE
(516) 357-3134
jason.gurdus@rivkin.com

May 15, 2008

**VIA ELECTRONIC MAIL & REGULAR MAIL**

Jeffrey S. Mandel, Esq.
PinilisHalpern, LLP
160 Morris Street
Morristown, NJ 07960

Re: *Chrisha Creations, Ltd. v. TL Toys HK, Ltd.*
Civ. Action No.: 06 CV 00499-S-LDA
RR File No. 2563-14

Dear Mr. Mandel:

A review of TL Toys' expert report of Peter Fogarty indicates that it relied on several documents that have yet to be produced to plaintiff Chrisha Creations. Specifically, Chrisha Creations has not been provided with any of the documents listed on page 4 of the Mr. Fogarty's report under the section "Other information and internet references". Please immediately produce all such documents.

In addition, Mr. Fogarty's report does not identify the specific documents analyzed with respect to each of the opinions given in his report, including the TL Toys invoices referenced with respect to TL Toys' counterclaims. Please immediately provide us with the identity of the specific documents analyzed with respect to each of the opinions given in Mr. Fogarty's report, including the bates numbers of the invoices reviewed with respect to that part of the report on TL Toys' counterclaims.

Thank you for your anticipated cooperation.

Very truly yours,

RIVKIN RADLER LLP

Jason B. Gurdus

cc: Celeste Butera
2150345 v1

## Jason B. Gurdus

**From:** Jason B. Gurdus
**Sent:** Thursday, May 15, 2008 5:22 PM
**To:** 'Jeff Mandel'
**Cc:** Celeste Butera
**Subject:** Chrisha v. TL Toys

**Attachments:** Chrisha - Letter to Mandel 5-15-08.pdf

Chrisha - Letter to Mandel 5-1...

Attached is a letter that was sent to you via regular mail today.

Jason B. Gurdus
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
516.357.3134 Direct
516.357.3333 Fax
jason.gurdus@rivkin.com

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'Jeff Mandel' | | |
| Celeste Butera | Delivered: 5/15/2008 5:22 PM | Read: 5/15/2008 5:53 PM |