# EXHIBIT Q

寄件者: Stephen Skoutas [steve@chrisha.com]
寄件日期: September08日2006年Friday 4:10 AM
收件者: Queenie Lam; Jennifer; christi@chrisha.com; bill@chrisha.com
副本: Charles Ting; Linda Lam
主旨: RE: UPDATED OUTSTANDING USD856,459.10

Have Charles call Bill to discuss. He's not in the office, and I have not had an opportunity to talk to him. I am sure he will arrange payment as soon as he returns.

Best regards,

Stephen Skoutas
Chrisha Creations, Ltd.

---

**From:** Queenie Lam [mailto:queenie.lam@tltoys.com]
**Sent:** Thursday, September 07, 2006 4:57 AM
**To:** 'steve@chrisha.com'; Jennifer; christi@chrisha.com; bill@chrisha.com
**Cc:** Charles Ting; Linda Lam
**Subject:** RE: UPDATED OUTSTANDING USD856,459.10

Dear Steve

Have you reviewed the outstanding with Bill already? How long are you going to give us concrete schedule of your outstanding settlement? As you've already known that we were experiencing serious financial difficulties, and must insist on immediate payments or at least partial payment of USD500k.

Thanks for your attention.

Queenie

-----Original Message-----
**From:** Stephen Skoutas [mailto:steve@chrisha.com]
**Sent:** Tuesday, September 05, 2006 10:42 PM
**To:** Jennifer; christi@chrisha.com; bill@chrisha.com
**Cc:** Charles Ting; Queenie Lam; Linda Lam
**Subject:** RE: UPDATED OUTSTANDING USD856,459.10

I am waiting to review with Bill.

Best regards,

Stephen Skoutas
Chrisha Creations, Ltd.

---

**From:** Jennifer [mailto:Jennifer.Cheng@tltoys.com]
**Sent:** Monday, September 04, 2006 12:10 AM
**To:** 'steve@chrisha.com'; 'christi@chrisha.com'; 'bill@chrisha.com'
**Cc:** Charles Ting; Queenie Lam; Linda Lam
**Subject:** RE: UPDATED OUTSTANDING USD856,459.10
**Importance:** High

Dear Steve,

Dear Linda,

Received with thanks. I'll work on checking these and getting them back to you.

STEVE HAS REQUESTED MANY TIMES THAT YOU COUNTERSIGN OUR PURCHASE ORDERS AND FAX THEM TO US. WE STILL HAVE NOT RECEIVED ANY!?! PLEASE GET THIS DONE ASAP. THANK YOU.

Best regards,

Joe Smith
Chrisha Creations, Ltd.
81 West Greenville Road
Greenville, RI 02828-1507 U.S.A.
phone: (401) 949 4328
fax: (401) 949-4111
email: joe@chrisha.com
NOTICE: This electronic correspondence, along with any files attached to it, is intended solely for the use of the designated recipient(s) to whom it is addressed. If you have received this message in error, please advise sender by reply, and delete the original e-mail and all associated attachments.
Chrisha Creations Confidential

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Wednesday, April 19, 2006 9:46 PM
**To:** 'joe@chrisha.com'
**Subject:** RE: Sales Confirmations

Already fax out. Thank you.

-----Original Message-----
**From:** Joe Smith [mailto:joe@chrisha.com]
**Sent:** Thursday, April 20, 2006 5:39 AM
**To:** Linda Lam
**Cc:** steve@chrisha.com
**Subject:** Sales Confirmations

Dear Linda,

We received several S/Cs this morning. Thank you for your effort. Our fax machine ran out of ink overnight however, and we can only clearly read confirmations CHRS6001 through CHRS6003. Could you please re-fax confirmations CHRS6004 – CHRS6013. I apologize for this issue. Thanks for your help.

Best regards,

Joe Smith
Chrisha Creations, Ltd.
81 West Greenville Road
Greenville, RI 02828-1507 U.S.A.
phone: (401) 949 4328
fax: (401) 949-4111
email: joe@chrisha.com
NOTICE: This electronic correspondence, along with any files attached to it, is intended solely for the use of the designated recipient(s) to whom it is addressed. If you have received this message in error, please advise sender by reply, and delete the original e-mail and all associated attachments.
Chrisha Creations Confidential

寄件者: Christi Machala [Christi@chrisha.com]
寄件日期: 2006年2月14日星期二 上午 10:48
收件者: Linda Lam
主旨: FW: Follow Up on additional exclusive designs for Chrisha
重要性: 高

Hi Linda,

Please see the email below from Menards...at the bottom of the email.. I spoke with the buyer on Friday and he is moving forward......really forward with Chrisha. Please see below.

We need to begin Menards this week. I know there are a lot of samples but there is a lot of business to be had and Bill has discussed this with Charles in NY.

I have attached the drawings the buyer is referring to below. I will list them below in numerical order so we both understand. Please confirm with your understanding. Thanks.

1.) Santa looking into Globe w/ Town Inside (drawing attached for your reference) – as you can see below he wants this thing huge. We need to make the Santa 12' high with the Globe in his lap. That means the globe will need to be bigger. He would like movement in the globe. Something with elves. Maybe 2 elves spinning in front of the town. Can you send me an image to today to get his comments. He would also like to see a magnifying glass in the Santa's Hand, can you revise the image to this today so we I can confirmation before I leave on Wednesday morning?

2.) Also he loves the stacked presents – please sample today. I have attached the image again for your review. He wants this 7' long and 7' high. So when he displays he will have 10 pieces that are 70' long. This buyer loves displaying inflatables...that's why he buys and sells so many. ☺

I have listed the rest of the request below. These need to be started today. The girls need to have as many as the new exclusive designs done by Saturday so I can test and Fedex directly to the customer. Work on the major pieces...globes.

Rest of the Request:

Halloween

1.) 10' Spider Tunnel (PA97548) – I have attached the image. He said you piece was better than Gemmys so I know we got this item! Please sample with lights. No sound!

2.) 4' Pumpkin with Ghost inside with Swirling Bats(PA97545)....must have <u>flashing lights</u> inside Ghost. I have attached a picture. However he does not want the white tail of the ghost on the outside of the globe. So the only thing that should be on the outside is the green base.

3.) 6' Halloween Globe with Spinning Ghost inside with Tombstone (NO PA# yet...sample needs to be made) – I have attached a drawing the buyer has approved and will order. He said that he wants the ghost different height. I have made the notes on the drawing. The tombstone needs to be bigger than wants in the drawing because it will be holding up the ghosts as they spin. The tombstone will also be the key element of air flow that inflates the ghosts. The buyer suggest we change the background colors to a bright light purple with printed bats and change the color the color of the vests on the ghosts to green. He thinks there is too much grey. Again this is a 6' globe that must be 6' high measured from top to bottom. Again we can make the base higher to help with the height.

4.) The buyer is going to with the 8' Pop Up Assortment again this year. He is changing his styles. He wants a 8' Ghost from Pumpkin and 8' Pop Up Frankenstein from Tombstone. No sound...only lights inside the base and the character. Need PA#s for the 8' sizes...please advise so we can enter into pricelist.

Christmas (just so you know he has given Chrisha 3 slots for his TV ad...commercial. It is fantastic!!) Gemmy was only allowed one last year.

1.) 6' Rotating Globe with Dancing Mr. and Mrs. Claus – this will also be on his TV ad. I have attached the drawing the buyer has approved. The Santa and Mrs. Claus should be rotating around as if there dancing with their faces facing front. (need PA#)

2.) 6' Rotating Snowboarding Friends inside Globe – we should the buyer your animated snowboarding plush and he loved the characters. He would like to have the snowman and santa on snowboard on a rotating base in a 6' globe. This

---

寄件者: Christi Machala [Christi@chrisha.com]
寄件日期: 2006年2月10日星期五 上午 3:19
收件者: Linda Lam
副本: S.G. - Sandy Xiao
主旨: Christi Flight

Hi Linda,

I am flying in the day after Valentine's Day. ☺ Can't miss that!! So I will arrive HK on 2/16.

Mike from our office will also be coming with me. I figure with 2 of us there we can get a lot done. He knows many of the sample requests and knows exactly how the inflatables should work so he can help the girls. He will be so helpful also with the testing. He knows everything! I am planning on staying a month or so to get all these sample request done. I will list the customers below. All the customers I list below are committed and are going with Chrisha. We must work fast but efficiency so all the sample are perfect.

We fly in 2/16 and arrive in HK at 6:05pm. United Airlines flight# UA 895 from Chicago.

See you soon ! ☺

Thanks,
Christi

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Wednesday, February 08, 2006 9:15 PM
**To:** 'sheana@chrisha.com'; Christi@chrisha.com
**Cc:** S.G. - Sandy Xiao
**Subject:** 回覆: Menards

Kindly advise Christi's flight details when it's available. Hope she can fly in after the Valentine's Day. Otherwise, it's not fair to her la...

TLTOYS HK LTD.
13/F., PART B, PENINSULA CENTRE,
67 MODY ROAD, TST EAST, KOWLOON,
HONG KONG..
D# 2114-4426
T# 2722-4455
F# 2724-4488

-----原始郵件-----
寄件者: Sheana Kerwin [mailto:sheana@chrisha.com]
寄件日期: Wednesday, February 08, 2006 9:50 PM
收件者: Linda Lam; Christi@chrisha.com; Charles Ting
副本: S.G. - Sandy Xiao
主旨: RE: Menards

Linda

That sounds like a good plan to me....I know Christi will want to see and work on as many samples as she can when she is over there. I will let her know.

Thanks
Sheana

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Tuesday, February 07, 2006 9:00 PM
**To:** 'sheana@chrisha.com'; Christi@chrisha.com; Charles Ting
**Cc:** S.G. - Sandy Xiao

---

寄件者: Christi Machala [Christi@chrisha.com]
寄件日期: 2006年2月9日星期四 下午 10:29
收件者: Linda Lam
副本: S.G. - Sandy Xiao; Sheana@chrisha.com
主旨: RE: Walgreens Selected Items - SAMPLES NEEDED

I'm praying!!! We gotta make this happen. The Halloween orders should he here the first week of March! ☺

Thanks,
Christi

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Thursday, February 09, 2006 3:07 AM
**To:** 'Christi@chrisha.com'
**Cc:** S.G. - Sandy Xiao; 'Sheana@chrisha.com'
**Subject:** ??: Walgreens Selected Items - SAMPLES NEEDED

Dear Christi,

Very nice to hear that Walgreen want to buy X'mas as well – Wow ! 5 items !

Let's pray the sample girls can come back the end of this week so that we can start first thing next Monday.

Thank you very much for the detailed information.

B.R. – Linda

TLTOYS HK LTD.
13/F., PART B, PENINSULA CENTRE,
67 MODY ROAD, TST EAST, KOWLOON,
HONG KONG..
D# 2114-4426
T# 2722-4455
F# 2724-4488

-----原始郵件-----
寄件者: Christi Machala [mailto:Christi@chrisha.com]
寄件日期: Thursday, February 09, 2006 9:10 AM
收件者: Linda Lam
主旨: Walgreens Selected Items - SAMPLES NEEDED
重要性: 高

Hi Linda,

Working late tonight...so many requests...its killing me. When I come to China we also have to start some of the plush items you have to copy. We already have orders for them coming in.

This sample request fro Wlagreens must be one of the one's done first. I suggest you have the girls start this ASAP. They are required to be at Walgreens on 2/17 for final approval and to place orders. They must be in perfect working condition. They also must be in retail boxes. They do not need to have any print, they can white or brown but they must be in boxes. They will literally put these on shelves in their model store and see how many pcs they want per store. This is a huge account. We did 4 million with them last year.

I can not stress how important this is. It would be best if the girls started this first so I can review some when I get there and hopefully sent out the next day directly from the sample house.

It is very very important. Please see below. I have attached drawings and images for the items selected to help better.

1.) 6' Animated Rotating Globe with Skating Penguins – please see attached image. This globe must be 6' high from top to bottom. It is okay if you want to make the base 6" higher to get the height. The sample they had from our showroom was only 5.5' high and they want 6'. The buyer would like a North Pole Sign inside the globe...no Xmas

---

寄件者: Stephen Skoutas [sskoutas@chrisha.com]
寄件日期: 2006年2月14日星期二 下午 10:41
收件者: Linda Lam; steve@chrisha.com
副本: chrisha@netvigator.com; Christi@chrisha.com
主旨: RE: Lowe's Factory Structure Form - IMPORTANT

Linda, is your information now 100% correct?

Best regards,

Steve Skoutas
Chrisha Creations, Ltd.
81 West Greenville Road
Greenville, RI 02828-1507 U.S.A.
phone: (401) 949 4328
fax: (401) 949-4111
email: steve@chrisha.com

NOTICE: This electronic correspondence, along with any files attached to it, is intended solely for the use of the designated recipient(s) to whom it is addressed. If you have received this message in error, please advise sender by reply, and delete the original e-mail and all associated attachments.

Chrisha Creations Confidential

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Monday, February 13, 2006 11:18 PM
**To:** 'steve@chrisha.com'
**Cc:** 'chrisha@netvigator.com'; 'Christi@chrisha.com'
**Subject:** RE: Lowe's Factory Structure Form - IMPORTANT

Dear Steve,

Kindly find my answer as below :

1.) Hai Xin (city is not China, please correct info provided) **CORRECTED**
2.) Where is the info for Hung Te Le? **OUT OF BUSINESS**
3.) Shenzhen Diabo's postal code looks too long. Please correct it. **CORRECTED**
4.) Where is the info for Zhangzhou Huacheng? **PLS PULL THIS FACTORY OUT OF THE LIST**
5.) What's the CORRECT street number for Xiamen Star? **# 9 (SORRY FOR THE TYPING MISTAKE)**
6.) Is Xiamen's postal code correct? (5 digits) Please clarify… **CORRECTED**

Factory profiles :

**Company: Jiangsu Hong Bao Toy & Gift Co. Ltd.**
Street Number: 1
Street: Baohua Economic Development Zone
Address 2: Jurong City
City: Nanjing
Province / District:
Zip Code: 212415
Country: CN
Contact: Mr. Peng Lin
Phone: (511) 778-2658
Fax: (511) 788-2855
Email: sjz.toy@jlonline.com
Address 1: Baohua Economic Development Zone
Address 2: Jurong City,
Address 3: Nanjing, China
MID Code: CNJIAHONNAN

**Company: Yancheng Zhenyang Arts & Crafts Co., Ltd**
Street Number: 8
Street: North Huanghai Road
Address 2: Sheyang
City: Jiangsu
Province / District:

---

寄件者: Stephen Skoutas [sskoutas@chrisha.com]
寄件日期: 2006年2月9日星期四 上午 5:43
收件者: Linda Lam; Christi@chrisha.com
副本: sheana@chrisha.com; bill@chrisha.com; calvin@chrisha.com; Charles Ting
主旨: RE: Lowe's Factory Structure Form - IMPORTANT

Dear Linda,

Do you know what a MID code is? It is a series of numbers and letters that makes a code up that represents a factory. It is made as follows:

**AABBBCCC9999DDD**
**AA** is the 2 letter code for the COUNTRY (CN for China)
**BBB** is the first three letters of the FIRST word in the business name (XIA for Xiamen Star Arts & Crafts, for example)
**CCC** is the first three letters of the SECOND work in the business name (STA for Xiamen Star, for example)
**9999** is the first 4 numbers (or as many as are available up to 4) of the Street Address (39 for Xiamen Star, for example)
**DDD** is the first three letters of the CITY name (XIA for the city of Xiamen (I believe) for Xiamen Star.

The reason I mention this is that, although this system has been around for years, it is now a US Customs REQUIREMENT this year that the MID code be shown on ALL invoices. Failure to do so, or creating INVALID MID CODES results in heavy fines. I need your assistance to make sure that the addresses you've provided to me are 100% accurate.

1.) I have no information on TL Toys Manufactory. Please advise complete details.
2.) I do not have postal codes for any of your factories. Please provide.
3.) I do not have street numbers for several of your factories. Please provide.
4.) Please CAREFULLY CHECK OVER THE FACTORY DETAILS THAT I HAVE ON FILE FOR YOU, and please CONFIRM or CORRECT what I have.
5.) Please check my MID Codes and confirm.

Thanks in advance.

---

Company: Jiangsu Hong Bao Toy & Gift Co. Ltd.
Street Number:
Street: Baohua Economic Development Zone
Address 2 Jurong City
City: Nanjing
Province / District:
Zip Code:
Country: CN
Contact:
Phone:
Fax:
email:
address 1: Baohua Economic Development Zone
address 2: Jurong City,
address 3: Nanjing , China
MID Code: CNJIAHONNAN

---

Company: Yancheng Zhenyang Arts & Crafts Co., Ltd
Street Number: 8
Street: North Huanghai Road
Address 2 Sheyang City
City: Jiangsu
Province / District:
Zip Code:
Country: CN
Contact:
Phone:
Fax:
email:
address 1: 8 North Huanghai Road
address 2: Sheyang City,
address 3: Jiangsu , China
MID Code: CNYANZHE8JIA

---

Company: Suzhou Hai Xin Toys Co., Ltd
Street Number: 5
Street: Kefu Road
Address 2 Luzhi Town

寄件者: Linda Lam
寄件日期: 2006年2月7日星期二 下午 5:24
收件者: 'bill@chrisha.com'
副本: sheana@chrisha.com
主旨: ??: Rona's inflateable selection

Hi, Sheana,

Pls also help me to put our item# on the side for the below items urgently. Thank you very much !!

B.R. – Linda

TLTOYS HK LTD.
13/F., PART B, PENINSULA CENTRE,
67 MODY ROAD, TST EAST, KOWLOON,
HONG KONG..
D# 2114-4426
T# 2722-4455
F# 2724-4488

-----原始郵件-----
寄件者: William Machala [mailto:bill@chrisha.com]
寄件日期: Tuesday, February 07, 2006 1:10 AM
收件者: Linda Lam
副本: sheana@chrisha.com
主旨: FW: Rona's inflateable selection
重要性: 高

Linda,

This is an approx. $3 million dollar order. I need the samples listed below on February 15th for their show. If samples are not here by that date we will lose order. They can not place orders without samples at their finalization show. Sheana will clarify which below if you have any questions.

Charles called me last week and advised me this would not be a problem as the sample girls are returning today.

Thanks,
Bill

Best regards,

Bill Machala
Chrisha Creations, Ltd.
81 West Greenville Road
Greenville, RI 02828-1507 U.S.A.
phone: (401) 949 4328
fax: (401) 949-4111
email: bill@chrisha.com

NOTICE: This electronic correspondence, along with any files attached to it, is intended solely for the use of the designated recipient(s) to whom it is addressed. If you have received this message in error, please advise sender by reply, and delete the original e-mail and all associated attachments.
Chrisha Creations Confidential

**From:** Jennifer Morris
**Sent:** Thursday, February 02, 2006 5:54 PM
**To:** Bill Machala; christi@chrisha.com; sheana@chrisha.com

**Subject:** FW: Rona's inflateable selection

Bill, Christi & Sheana,

寄件者: Linda Lam
寄件日期: 2006年2月7日星期二 下午 4:03
收件者: 'bill@chrisha.com'
副本: sheana@chrisha.com
主旨: ??: Rona's inflateable selection
重要性: 高

Impressive ! Did you actually type out the below email, Bill ? Noted the emergency. However, the fact is the sample room is still empty – the girls are not back yet. Don't know what to do...Will discuss with Charles first thing I see him – either tonight or tomorrow morning...

TLTOYS HK LTD.
13/F., PART B, PENINSULA CENTRE,
67 MODY ROAD, TST EAST, KOWLOON,
HONG KONG..
D# 2114-4426
T# 2722-4455
F# 2724-4488

-----原始郵件-----
寄件者: William Machala [mailto:bill@chrisha.com]
寄件日期: Tuesday, February 07, 2006 1:10 AM
收件者: Linda Lam
副本: sheana@chrisha.com
主旨: FW: Rona's inflateable selection
重要性: 高

Linda,

This is an approx. $3 million dollar order. I need the samples listed below on February 15th for their show. If samples are not here by that date we will lose order. They can not place orders without samples at their finalization show. Sheana will clarify which below if you have any questions.

Charles called me last week and advised me this would not be a problem as the sample girls are returning today.

Thanks,
Bill

Best regards,

Bill Machala
Chrisha Creations, Ltd.
81 West Greenville Road
Greenville, RI 02828-1507 U.S.A.
phone: (401) 949 4328
fax: (401) 949-4111
email: bill@chrisha.com

NOTICE: This electronic correspondence, along with any files attached to it, is intended solely for the use of the designated recipient(s) to whom it is addressed. If you have received this message in error, please advise sender by reply, and delete the original e-mail and all associated attachments.
Chrisha Creations Confidential

**From:** Jennifer Morris
**Sent:** Thursday, February 02, 2006 5:54 PM
**To:** Bill Machala; christi@chrisha.com; sheana@chrisha.com

**Subject:** FW: Rona's inflateable selection

Bill, Christi & Sheana,

寄件者: Linda Lam
寄件日期: 2006年2月13日星期一 下午 7:19
收件者: 'Calvin Leung'
副本: 'Christi Machala'; 'Steve Skoutas'; 'Sheana Kerwin'
主旨: ??: Factory address clarification - CHRISHA

See attached information, pls. Thank you !!

TLTOYS HK LTD.
13/F., PART B, PENINSULA CENTRE,
67 MODY ROAD, TST EAST, KOWLOON,
HONG KONG..
D# 2114-4426
T# 2722-4455
F# 2724-4488

-----原始郵件-----
寄件者: Calvin Leung [mailto:chrisha@netvigator.com]
寄件日期: Monday, February 13, 2006 3:24 PM
收件者: Linda Lam
副本: 'Christi Machala'; 'Steve Skoutas'; 'Sheana Kerwin'
主旨: RE: Factory address clarification - CHRISHA

Linda,

Please advise the name of your factory under WM ID#28022265 and send us copy of factory audit report for reference.
Thanks!

*Calvin Leung*
*Chrisha Creations Ltd.*
*1215-17 Houston Center,*
*63 Mody Road, T.S.T. East, Hong Kong*
*Tel# (852) 2366 - 6182*
*Fax# (852) 2366 - 6199*

---

**From:** Linda Lam [mailto:linda.lam@tltoys.com]
**Sent:** Monday, February 13, 2006 3:13 PM
**To:** 'Calvin Leung'
**Cc:** Christi Machala; Steve Skoutas; Sheana Kerwin
**Subject:** ??: Factory address clarification - CHRISHA