# EXHIBIT R

# THE HOME DEPOT

## Compliance Audit Questionnaire

2455 PACES FERRY ROAD
ATLANTA, GEORGIA 30339-4024

VENDOR NAME: Chrisha Creation Ltd.

FACTORY NAME: Yun Yi Electronic Toys Factory FACTORY ID: 2002436

THD SUBSIDIARY: USA DEPT NO: 28

INSPECTION SERVICE: Intertek Testing Services

INSPECTION REPORT NO.: 6033738 DATE: Sep. 5. 2006

MERCHANDISE DESCRIPTION (SKU#): Christmas Lighting "Holiday Home Accents"

TOTAL QUANTITY: 894 PCS

~~P.O. NO(s). INSPECTED:~~

Date Code: 2006-8-29

We (factory) hereby declare the following:
本厂谨此证明下列资料正确无误

(Please circle the correct response.)
（请将正确答复圈出）

TRANSSHIPMENT Question) Has your company ever been identified as an illegal transshipper of imported merchandise by any U.S. government agency, including by the U.S. Customs and Border Protection on its list entitled "Names of Foreign Companies Convicted, Penalized, and/or Excluded from Entry Because of Transshipment"? YES / NO (circled)

转载问题：贵司曾否被美国政府部门确定为进口商品非法转载商，曾否被美国海关边防列入"由于转载被判罪、判罚及/或被禁止进入的外国公司"的名单上？ 是 / 否 (circled)

YH CHEN
SIGNATURE
INSPECTOR
验货员签署

SIGNATURE & COMPANY CHOP
FACTORY
厂方签署及公司盖章

Form Owner: Adam Davies - Issue Date: 2/7/6 - Version # 3



Confidential and Proprietary
This is an unpublished work containing confidential and proprietary information of The Home Depot U.S.A., Inc. All rights reserved.

6. STYLE AND COLOR

[ ] THE INSPECTED SAMPLES (EXCEPT ______________) WERE FOUND SIMILAR TO THE PHOTOS SUBMITTED BY APPLICANT.

[✓] NO REFERENCE SAMPLE / PHOTO WERE SUBMITTED BY APPLICANT / VENDOR FOR COMPARISON.

7. DATA MEASUREMENT

A/ UPC VERIFICATION (G- II ) ( 80 SAMPLES) :

- SCANNER PROVIDED BY: [✓] INTERTEK [ ] FACTORY
- INSPECTOR IS USING APPLICANT MASTER UPC LIST DATED: 09/05/06.

  (RECORD THE DATE FROM APPLICANT PO LISTING FOR ABOVE)
- ALL UPCS IN SAMPLE ARE SCANNABLE?

  [✓] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK
- UPC SCANNED NUMBERS MATCH UPC LABEL?

  [✓] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK
- UPC LABEL NO. MATCHES UPC NO. AND SKU OF PRODUCT ON MASTER LIST?

  [✓] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK

  [ ] FOR [ ]MWH [ ]YOW [ ]WORLD IMPORTS [ ]MEXICO [ ]DOMESTIC ORDER SHIPMENT, NO UPC NO. ON MASTER LIST FOR VERIFICATION

B/ UCC VERIFICATION ( 4 Cartons) :

- SCANNER PROVIDED BY: [✓] INTERTEK [ ] FACTORY
- INSPECTOR IS USING APPLICANT MASTER UCC LIST DATED: —N/G—.

  (RECORD THE DATE FROM APPLICANT PO LISTING FOR ABOVE)
- ALL UCCS IN SAMPLE ARE SCANNABLE?

  [✓] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK [ ] NIL
- UCC SCANNED NUMBERS MATCH UCC LABEL?

  [✓] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK [ ] NIL
- UCC LABEL NO. MATCHES UCC NO. AND SKU OF PRODUCT ON MASTER LIST?

  [✓] NO UCC NO. ON MASTER LIST FOR VERIFICATION

  [ ] YES [ ] NO, SEE DETAILS OF DEFECTIVE FOR PACKAGING CHECK

4. THD GENERAL CHECK POINTS: (CON'T)

K/ CHECK AND INSPECT THE SELECTED WOODEN PALLETS TO CONFORM TO APPLICANT REQUIREMENTS

- *All wooden pallets used to ship goods to Applicant must be in new/good clean condition. Wood should be cleanly sawn and free of contamination, (e.g. grease, chemicals, insect infestation, or any other material that can soil or damage the product or packaging)*
- *Pallets with cracked, broken, rotten or missing boards will not be accepted.*
- *All stringers are to be intact and must be notched to allow four-way entry. (e.g. A fork lift machine can enter the pallet from all 4 sides of the pallet.)*
- *Nails should be cleanly driven with no protruding points.*
- *Product should not overhang the sides of the pallet.*
- *Any pallets found with defects must be changed prior to release of shipment.*

*Inspectors should remind vendors / manufacturers of above guidelines during inspections.

(Note: * No need to type, for reference only)

[✓] N/A [ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

[ ] MANUFACTURER WAS REQUESTED TO MAKE NECESSARY CORRECTIVE ACTION SO AS TO CONFORM TO APPLICANT REQUIREMENTS

5. TRANSPORTATION DROP CHECK

COMMENT :

[ ] THE CHECK COULD NOT BE CONDUCTED AS THE PRODUCT WAS TOO HEAVY.

[✓] THE TRANSPORTATION DROP CHECK WAS WAIVED BY APPLICANT.

[ ] MANUFACTURER DID NOT ALLOW US TO PERFORM THE CHECK DUE TO THE FOLOWING REASON(S) :

THREE (3) CARTONS WERE SUBJECTED TO TRANSPORTATION DROP CHECK WITH FOLLOWING RESULT:

| SKU NO. | UNIT(S) PER CARTON | NO. OF PROBLEMATIC UNITS | DETAILS: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

P. 12 OF 15

4. THD GENERAL CHECK POINTS:

A/ UNDERAGE LABOR AUDIT

[✓] AUDIT RESULT SATISFACTORY [ ] REFERENCE TO ADDITIONAL CORRESPONDENCE

B/ VERIFY THAT ALL INSTRUCTIONS / CAUTION / WARNING / WARRANTY CARD ARE PRINTED IN LANGUAGE CONFORMED TO APPLICANT REQUIREMENT.

[✓] YES [ ] SEE DETAILS OF DEFECTIVE

C/ VERIFY THE EXISTENCE OF SENSORMATIC LABEL AND SPECIFY ITS LOCATION

[✓] NO SENSORMATIC LABEL ~~ON ______ SKU(S)~~ ____________________

[ ] YES, A SINGLE SENSORMATIC LABEL WAS PROPERLY LOCATED

[ ] WITHIN 3" OF UPC INSIDE THE UNIT PACKAGE

[ ] ____________________

D/ VERIFY THE ACTUAL UNITS AGAINST INSTRUCTION MANUAL

[✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE [ ] N/A

E/ VERIFY THE ACTUAL UNITS AGAINST PRODUCT REQUIREMENTS

[✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE [ ] N/A

F/ VERIFY THE COLOUR OF UNIT AGAINST APPLICANT SIGNED OFF SAMPLES

[ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE [✓] N/A

G/ VERIFY THE COLOUR OF UNIT AGAINST FACTORY CONTROLLED COLOUR SAMPLES

[ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE [✓] N/A

(***Don't type: for HD brand ceiling fan or lighting products, inspector needs to verify the factory controlled colour sample***)

H/ VERIFY THE ~~UL~~ ETL FILE NO. AND ISSUE NO. ON THE ~~UL~~ ETL LABEL

[✓] SATISFACTORY [ ] UL FILE NOT AVAILABLE [ ] SEE DETAILS OF DEFECTIVE

[✓] WAIVED BY APPLICANT

I/ DRAW ~~UL~~ ETL LABEL OF EVERY SKU (*Don't type: stick the labels at the bottom of this pages. Stick on other areas only when there is not enough space*)

[✓] DRAWN [ ] SPARE UL LABEL NOT AVAILABLE [ ] SEE DETAILS OF DEFECTIVE

J/ THE LISTING MARK OF PRODUCT

[ ] UL [ ] cUL [✓] ETL [ ] CSA [ ] NOM [ ] OTHERS________

K/ CHECK NO FIXATION STRAPS ON CARTON WITH GROSS WEIGHT LESS THAN 50lbs.

[✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

CONFORMS TO ANSI/UL STD 588
Date: 06/07
Model No: PA99012
Rating:120V, 60Hz, 1.8A
Factory Code: TLCA-1
3098980
CHRISHA CREATIONS. LTD.

CONFORMS TO ANSI/UL STD 588
Date: 06/07
Model No: PA97592
Rating:120V, 60Hz, 1.5A
Factory Code: TLCA-1
3098980
CHRISHA CREATIONS. LTD.

TL02030

Report No.:
Date code:
P.O. NO.(COMPLETE) #ID6032904 2006-8-29

P.O. NO.(PARTIAL) -NIL-

P 3 of 15

8. FORM OF PACKAGING :

MERCHANDISE CONSISTED OF Inflatable santa with Dancing snowcouple scene/Inflatable Dancing snowcouple in snowglobe, accessories & instruction sheet.

-Each unit in polybag was supported by corrugated sheet, then packed into a unit package.

-Two(2) unit packages were packed into a master carton.

-Master carton was sealed with clear gummed tape.

(* FOLLOWING IS FOR REFERENCE ONLY, NEED NOT TYPE)

TIME OF INSPECTION:

FIRST DAY:

TIME OF ARRIVAL: 17:30 TIME OF COMPLETION: 22:30

NUMBER OF ASSIGNED INSPECTOR: 1

SECOND DAY (IF NECESSARY):

TIME OF ARRIVAL: ______ TIME OF COMPLETION: ______

NUMBER OF ASSIGNED INSPECTOR: ______

REPORT WRITER: Yiautan REPORT CHECKER: Hui Peng.

FACTORY'S SIGNATURE AND CHOP: [stamp and signature]

P. 15 OF 15

Christmas Lighting PIR-HKG-HD FRI 000 REV.034

7. DATA MEASUREMENT (CON'T)

C/ POWER ON CHECK BY 4 HOURS ( 5 SAMPLES): (AT LEAST 4 HOURS)

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

D/ STABILITY CHECK AT [ ] 8 ° [ ] 12 ° (S-3)( SAMPLES) :

RESULT : [ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

E/ STRAIN RELIEF ON ~~POWER CORD~~ Check for terminal of wiring device ~~(S-1)~~ ( 5 SAMPLES):

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

F/ RUB CHECK ( 5 SAMPLES):

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE)

G/ TAPE CHECK ( 5 SAMPLES):

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

H/ UNIT DIMENSION CHECK ( 5 SAMPLES):

RESULT : For SKU# 347-952. φ87" x 72"H. φ88" x 71"H. φ87" x 73"H
For SKU# 348-144. 163"W x 96"H. 162"W x 97"H

I/ OPERATING CURRENT ( 5 SAMPLES):

RESULT : For SKU# 347-952. Spec. 1.35-1.65A. Actual Finding: 1.45A. 1.48A. 1.49A
For SKU# 348-144. Spec. 1.62-1.98A. Actual Finding: 1.76A. 1.78A

J/ SHUNT CHECK ( 5 SAMPLES):

RESULT : [ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

K/ CRIMPING STRENGTH CHECK AT 8 POUNDS ( 5 SAMPLES):

RESULT : [ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

L/ ASSEMBLY CHECK (S- )( SAMPLES):

RESULT : [ ] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

M/ Installation CHECK ( 5 SAMPLES )

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

N/ Lock rotor CHECK (1 sample/sku) ( 2 SAMPLES )

RESULT : [✓] SATISFACTORY [ ] SEE DETAILS OF DEFECTIVE

O/ Plug verification CHECK ( 4 SAMPLES ) (2 samples/sku).

Result: Satisfactory.

# THE HOME DEPOT

## Compliance Audit Questionnaire

2455 PACES FERRY ROAD
ATLANTA, GEORGIA 30339-4024

VENDOR NAME: Chrisha Creation Ltd.

FACTORY NAME: Yun Yi Electronic Toys Factory FACTORY ID: 2002436

THD SUBSIDIARY: U.S.A. DEPT NO: 28

INSPECTION SERVICE: Intertek Testing Services

INSPECTION REPORT NO.: ~~5033183~~ 5033421 DG CHEN 08/26/06 DATE: Aug 26, 2006

MERCHANDISE DESCRIPTION (SKU#): Christmas Lighting, "Holiday Home Accents"

TOTAL QUANTITY: 1012PCS

~~P.O. NO(s). INSPECTED:~~

Date Code: 2006-8-28

We (factory) hereby declare the following:
本厂谨此证明下列资料正确无误

(Please circle the correct response.)
（请将正确答复圈出）

TRANSSHIPMENT Question) Has your company ever been identified as an illegal transshipper of imported merchandise by any U.S. government agency, including by the U.S. Customs and Border Protection on its list entitled "Names of Foreign Companies Convicted, Penalized, and/or Excluded from Entry Because of Transshipment"?
转载问题：贵司曾否被美国政府部门确定为进口商品非法转载商，曾否被美国海关边防列入"由于转载被判罪、判罚及/或被禁止进入的外国公司"的名单上？

YES / **NO** (circled)
是 / **否** (circled)

DG CHEN

SIGNATURE
INSPECTOR
验货员签署

SIGNATURE & COMPANY CHOP
FACTORY
厂方签署及公司盖章

Form Owner: Adam Davies - Issue Date: 2/7/6 - Version # 3

Page 1 of 1

Confidential and Proprietary
This is an unpublished work containing confidential and proprietary information of The Home Depot U.S.A., Inc. All rights reserved.

TL02033

| (NOT MANDATORY) REVIEWED BY: CHECKED BY: | PREPARED BY : SIT WAI CHUNG APPROVED BY : HO Tze Leung ISSUED ON: Aug.17, 2006 | *****MONTHLY INVOICE [ ] PENDING INVOICE |
|---|---|---|

TO : [✓] THD USA [ ] THD CAN [ ] THD MEXICO [ ] WORLD IMPORTS [ ] MWH [ ] YOW

REPORT NO. 5033421 (ESZ015)

PROVISIONAL INSPECTION REPORT (DRAFT FOR CHRISTMAS LIGHTING)

APPLICANT : [✓] THD USA [ ] THD CAN [ ] THD MEXICO INSPECTOR(S) : DG CHEN / BIN LIU
[ ] WORLD IMPORT [ ] MWH [ ] YOW [ ] Homedepot Directly (HDD)

DATE OF INSPECTION : Aug. 26, 2006 DEPT NO. 28 COE NO. 7

PRODUCT DESCRIPTION : [ ] "Home Accents" [✓] "Holiday Home Accents".
[✓] Christmas lighting [ ] Christmas Tree [ ] Pre-lit Tree
[ ] Garland / Wreath

DATE CODE OF PRODUCT : 06/07 [ ] NIL

~~P.O NO. (COMPLETE)~~ :
Date Code — please refer to page 3
~~P.O. NO.~~ (PARTIAL) ( / ):
( / ):

VENDOR : Christa Creation Ltd VENDOR No. : 69970
SUPPLIER : — — — TOTAL QTY : 1012 PCS
FACTORY : YUN YI ELECTRONIC TOYS FACTORY FACTORY ID: 2002436
FACTORY CONTACT PERSON : [ ] Mr. [✓] Miss FU LOCATION: Shenzhen

STATUS :
[ ] ___ RE-INSPECTION [✓] PASSED [ ] FAILED

| *****Don't' Type. For office use only***** REJECT REASON: | [ ] THE PRESENCE OF ___ CRITICAL DEFECTS(S) [ ] EXCEEDS MAJOR AQL [ ] EXCEEDS MINOR AQL [ ] PO DISCREPANCY ERROR [ ] PACKAGING/LABELING (For Packaging issue only) |
|---|---|

SUMMARY OF RESULT :

| | | CRITICAL | MAJOR | MINOR |
|---|---|---|---|---|
| 1) GENERAL INSPECTION LEVEL II | SAMPLE SIZE : | 80 | 80 | 80 |
| | TOTAL FOUND : | 0 | 1 | 4 |
| | ALLOWED : | 0 | 2 | 7 |
| 2) SPECIAL INSPECTION LEVEL 3 | SAMPLE SIZE : | 13 | 13 | 13 |
| [✓] FUNCTIONAL CHECK WITH ASSEMBLY | TOTAL FOUND : | 0 | 0 | 0 |
| | ALLOWED : | 0 | 0 | 1 |
| INTERNAL CHECK | TOTAL FOUND : | 0 | 0 | 0 |
| | ALLOWED: | 0 | 0 | 1 |
| 3) SPECIAL INSPECTION LEVEL FIXED 5 SAMPLES | SAMPLE SIZE | 5 | 5 | 5 |
| [ ] HARDNESS OF PAINT | TOTAL FOUND | | | |
| | ALLOWED | 0 | 0 | 0 |
| [ ] ADHESION OF PAINT | TOTAL FOUND | | | |
| | ALLOWED : | 0 | 0 | 0 |





TL02034

INSPECTION REQUIREMENT :

FINAL RANDOM [✓] INSPECTION [ ] ___RE - INSPECTION ON THE ABOVE GOODS BEFORE SHIPMENT.
INSPECTION STANDARD ADOPTED : ANSI / ASQC - Z 1.4 - 1993 SINGLE SAMPLING PLAN FOR NORMAL INSPECTION

ACCEPTABLE QUALITY LEVEL (AQL) :

CRITICAL : NOT ALLOWED FOR THE INSPECTED SAMPLES MAJOR : 1.0 MINOR : 4.0

[ ] THIS LOT OF GOODS WERE PREVIOUSLY INSPECTED AND REJECTED ON ______________ AS PER OUR INSPECTION REPORT ISD - ______________ . AS PER MANUFACTURER CLAIMED THAT CORRECTION HAD BEEN MADE, THE RE-INSPECTION WAS THEREFORE CONDUCTED.

INSPECTION RESULT :

THE INSPECTION RESULTS WERE FOUND AS FOLLOWS :

| | | CRITICAL | MAJOR | MINOR |
|---|---|---|---|---|
| 1) GENERAL INSPECTION LEVEL II | SAMPLE SIZE : | 80 | 80 | 80 |
| PACKAGING CHECK | INDIVIDUAL FOUND : | 0 | 0 | 0 |
| AESTHETICS/ APPEARANCE CHECK | INDIVIDUAL FOUND : | 0 | 1 | 4 |
| FUNCTIONAL CHECK [✓] WITHOUT ASSEMBLY | INDIVIDUAL FOUND : | 0 | 0 | 0 |
| HIGH VOLTAGE CHECK | INDIVIDUAL FOUND : | 0 | | |
| ~~[ ] POLARITY CHECK ON LAMPHOLDER~~ | ~~INDIVIDUAL FOUND :~~ | | | |
| ~~[ ] EARTH CONTINUITY CHECK~~ | ~~INDIVIDUAL FOUND :~~ | | | |
| | TOTAL FOUND : | 0 | 1 | 4 |
| | ALLOWED : | 0 | 2 | 7 |
| 2) SPECIAL INSPECTION LEVEL 3 | SAMPLE SIZE : | 13 | 13 | 13 |
| [✓] FUNCTIONAL CHECK WITH ASSEMBLY | FOUND : | 0 | 0 | 0 |
| | ALLOWED : | 0 | 0 | 1 |
| FOR INTERNAL CHECK | FOUND : | 0 | 0 | 0 |
| | ALLOWED : | 0 | 0 | 1 |
| 3) SPECIAL INSPECTION LEVEL FIXED 5 SAMPLES | SAMPLE SIZE : | 5 | 5 | 5 |
| [ ] HARDNESS OF PAINT | FOUND : | | | |
| | ALLOWED : | 0 | 0 | 0 |
| [ ] ADHESION OF PAINT | FOUND : | | | |
| | ALLOWED : | 0 | 0 | 0 |

1. WORKMANSHIP : (CON 'T)

DETAILS OF DEFECTIVES

| (E)FOR EARTH CONTINUITY CHECK : [ ] No defective was found [✓]N/A | | CR | MA | MI |
|---|---|---|---|---|
| Defect Code : | Defect Description : | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | INDIVIDUAL FOUND : | | | |

| (F)FOR AESTHETICS/APPEARANCE CHECK [ ]No defective was found | | CR | MA | MI |
|---|---|---|---|---|
| Defect Code : | Defect Description : | | | |
| | For sku# 347-952 | | | |
| cos 105 | dirt on snowglobe CT | | — | 2 |
| | | | | |
| | For sku# 348-144 | | | |
| cos 403 | hole in the top of snowglobe B- | — | 1 | — |
| cos 105 | dirt on motor assembly C- | — | — | 1 |
| cos 105 | dirt on rain cover C- | — | — | 1 |
| | INDIVIDUAL FOUND : | 0 | 1 | 4 |
| | TOTAL FOUND : | 0 | 1 | 4 |
| | ALLOWED : | 0 | 2 | 7 |

P. 8 OF 15

8. FORM OF PACKAGING :

MERCHANDISE CONSISTED OF Inflatable Santa with dancing Snowcouple Scene / Inflatable dancing Snowcouple in snowglobe, Accessories and Instruction Sheet

—Each unit in polybag was packed into a unit package

—Two(2) unit packages were packed into a master carton and sealed with clear gummed tape.

(* FOLLOWING IS FOR REFERENCE ONLY, NEED NOT TYPE)

TIME OF INSPECTION:

FIRST DAY:

TIME OF ARRIVAL: 18:00 TIME OF COMPLETION: 23:00

NUMBER OF ASSIGNED INSPECTOR: 1

SECOND DAY (IF NECESSARY):

TIME OF ARRIVAL: ______ TIME OF COMPLETION: ______

NUMBER OF ASSIGNED INSPECTOR: ______

REPORT WRITER: DG CHEN REPORT CHECKER: LBI

FACTORY'S SIGNATURE AND CHOP: [stamp]