06-147

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISHA CREATIONS, LTD.

VS. CIVIL ACTION NO. 06-499S

TL TOYS HK, LTD.

**ASSENTED TO MOTION TO EXTEND TIME**

Now comes the plaintiff in the above matter pursuant to Federal Rule of Civil Procedure 6 and moves for an extension of time up to and including July 9, 2008, within which to file a response to the objection and memorandum filed by the defendant in opposition to the plaintiff's motion to compel further responses to interrogatories and requests for production of documents (58).

This motion is assented to by the defendant.

/s/ Thomas C. Plunkett (1662)

KIERNAN PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
Tel (401) 831-2900
Fax (401) 331-7123

/s/ Celeste M. Butera

Celeste M. Butera
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, NY 11556-0926
Tel (516) 357-3000
Fax (516) 357-3333

I hereby certify that on July 7, 2008, a copy of the foregoing was filed electronically and served electronically upon counsel as listed below.

Celeste M. Butera celeste.butera@rivkin.com
Jason B. Gurdus jason.gurdus@rivkin.com
Stephen J. Smirti, Jr. Stephen.smirti@rivkin.com
Jeffrey S. Mandel jmandel@pinilishalpern.com
Michael G. Sarli mgs@gsm-law.com