# EXHIBIT A

DAY PITNEY LLP

BOSTON CONNECTICUT NEW JERSEY NEW YORK WASHINGTON, D.C.

**JEFFREY S. MANDEL**
Attorney At Law

*Mail To:* P.O. Box 1945 Morristown, NJ 07962
*Deliver To:* 200 Campus Drive Florham Park, NJ 07932
T: (973) 966-8206 F: (973) 966 1015
jmandel@daypitney.com

March 18, 2008

**VIA FACSIMILE & FIRST CLASS MAIL**

Jason B. Gurdus, Esq.
Rivkin Radler LLP
926 Reckson Plaza
Uniondale, New York 11556-0926

*Re:* *Chrisha Creations, Ltd./TL Toys HK, Ltd.*

Dear Mr. Gurdus:

Please let us know when and where our expert can examine all of the products that were provided to and/or examined by Mark Bachman, your liability expert, including but not limited to those products referenced in Mr. Bachman's report and/or replied upon by Mr. Bachman in formulating his opinion. Examples include:

- "50 samples" of the products;
- "first quality samples" from Chrisha;
- "quality samples" from TL Toys; and
- a "rotator device" from Chrisha.

Please also let us know where any and all products that have not been returned to TL Toys are being stored, even if not provided to your expert, and when they will be made available for inspection.

Although encompassed in previously-served discovery requests, please consider this a renewed request for all non-privileged documents reviewed by your experts. Your damages expert, Christopher Gerardi, referred to several documents in his report that did not have corresponding Bates Stamps and/or that our records indicate were never provided in discovery. Examples from Mr. Gerardi's report include, but are not limited to,

- "certain customer purchase orders", as referenced on page 8;
- "customer sales histories" and supporting documentation, as referenced on page 18;
- additional documents, as referenced on page 21;
- "Home Depot Historical Sales Information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "HSN Historical Sales information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "Brooks/Eckerd Historical Sales Information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "Dollar General Historical Sales Information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "Menards Historical Sales Information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "Toys 'R' Us Historical Sales Information", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "2006 Travel and Entertainment Vendor Reports" and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "2006 New Bright Limited Vendor Reports", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "2006 UPS Supply Chain Solutions Vendor Reports", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "2006 Total Inflatable Sales", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report;
- "Payments made to TL Toys through November 2006", and supporting documents, as referenced in the exhibit to Mr. Gerardi's report; and
- copies of documents identified in the "Other and Internet References" section of the exhibit to Mr. Gerardi's report.

As for each expert, please also provide copies of all documents and/or materials supplied to the expert after preparation of the initial reports, including but not limited to the "additional information" referenced on page 14 of Mr. Gerardi's report. Lastly, please contact me at your earliest convenience to begin setting dates for depositions.

Very truly yours,

Jeff Mandel

JEFFREY S. MANDEL