Case 1:06-cv-00499-S-LDA Document 62 Filed 08/12/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Chrisha Creations, Ltd.
Plaintiff(s)

v.

Dkt. No. 1:06 CV 00499 S-LDA

TL Toys HK, Ltd.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant TL Toys HK, Ltd. hereby moves that William J. Pinilis, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael G. Sarli, Esq.
Print Name

RI Bar ID # 2719

Gidley, Sarli & Marusak, LLP
Firm and Business Address
One Turks Head Place, Suite 900
Providence, RI 02903

Email: mgs@gsm-law.com

Tel. # (401) 274-6644

Fax # (401) 331-9304

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

8/19/08
Date